UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-352

Name of party requesting extension:

Verizon Communications Inc. and Cellco Partnership d/b/a Verizon Wireless

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/2/2023

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other 45 days

New Deadline Date: 10/9/23   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: The Dacus Firm, P.C.
Address: 821 ESE Loop 323, suite 430
         Tyler, TX 75701

Phone: 903/705-1117
Fax:   903/705-1117
Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.