# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00352-JRG-RSP |
| Verizon Communications Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                              .

Date:   09/05/2023                                              /s/ Amy Hayden
                                                                         *Attorney's signature*

                                                               Amy Hayden CA Bar No. 287026
                                                                 *Printed name and bar number*

                                                                     Russ August & Kabat
                                                              12424 Wilshire Blvd., 12th Floor
                                                                     Los Angeles, CA 90025
                                                                              *Address*

                                                                    ahayden@raklaw.com
                                                                         *E-mail address*

                                                                       (310) 826-7474
                                                                      *Telephone number*

                                                                       (310) 826-6991
                                                                          *FAX number*

[Print]   [Save As...]                                                                                  [Reset]