AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00352-JRG-RSP |
| Verizon Communications Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                    .

Date:     09/27/2023                                    /s/ Qi Tong
                                                                              *Attorney's signature*

                                                               Qi Tong, CA SBN 300347
                                                               *Printed name and bar number*

                                                               Russ August & Kabat
                                                               12424 Wilshire Blvd, 12th Floor
                                                               Los Angeles, Ca 90025

                                                               *Address*

                                                               ptong@raklaw.com
                                                               *E-mail address*

                                                               (310) 826-7474
                                                               *Telephone number*

                                                               (310) 826-6991
                                                               *FAX number*

| Print | Save As... | Reset |
|---|---|---|