IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>*Defendants*. | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as lead counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390
KDominguez@gibsondunn.com

Dated:  September 29, 2023 	Respectfully submitted,

	*/s/ Katherine Q. Dominguez*
	Katherine Q. Dominguez
	New York Bar No. 4741237
	GIBSON, DUNN & CRUTCHER LLP
	200 Park Avenue
	New York, NY  10166-0193
	Telephone:  (212) 351-4000
	Facsimile:  (212) 351-4025
	Email:  KDominguez@gibsondunn.com

	*Counsel Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 29, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Katherine Q. Dominguez*