# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>*Defendants*. | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Brian Rosenthal<br>
New York Bar No. 3961380<br>
GIBSON, DUNN & CRUTCHER LLP<br>
200 Park Avenue, New York, New York 10166<br>
Telephone: (212) 351-2339<br>
Facsimile: (212) 817-9539<br>
BRosenthal@gibsondunn.com

| | |
|---|---|
| Dated:  September 29, 2023 | Respectfully submitted, |

*/s/ Brian Rosenthal*
Brian Rosenthal
New York Bar No. 3961380
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  (212) 351-2339
Facsimile:  (212) 817-9539
Email:  BRosenthal@gibsondunn.com

*Counsel Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 29, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Brian Rosenthal*