IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>    *Defendants*. | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Andrew Robb<br>
California Bar No. 291438<br>
GIBSON, DUNN & CRUTCHER LLP<br>
310 University Avenue, Palo Alto, CA 94301<br>
Telephone: (650) 849-5334<br>
Facsimile: (650) 849-5034<br>
ARobb@gibsondunn.com

Dated:  September 29, 2023 | Respectfully submitted,

*/s/ Andrew Robb*
Andrew Robb
California Bar No. 291438
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone:  (650) 849-5334
Facsimile:  (650) 849-5034
Email:  ARobb@gibsondunn.com

*Counsel Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 29, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew Robb*