**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Headwater Research LLC, | |
| *Plaintiff,* | |
| v. | CASE NO. 2:23-cv-00352 |
| Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc., | **JURY DEMANDED** |
| *Defendants.* | |

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-2490, Facsimile: (212) 716-6390
JKrevitt@gibsondunn.com

Dated:  October 9, 2023                      Respectfully submitted,

                                             /s/ Josh A. Krevitt
                                             Josh A. Krevitt
                                             New York Bar No. 2568228
                                             GIBSON, DUNN & CRUTCHER LLP
                                             200 Park Avenue
                                             New York, New York 10166
                                             Telephone:  (212) 351-2490
                                             Facsimile:  (212) 716-6390
                                             JKrevitt@gibsondunn.com

                                             *Counsel Defendants Verizon Communications,
                                             Inc., Cellco Partnership d/b/a Verizon
                                             Wireless, and Verizon Corporate Services
                                             Group Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 9, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Josh A. Krevitt*