## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> Defendants. | CIVIL ACTION NO. 2:23-CV-00352 <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants submit the following Corporate Disclosure Statement:

Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. are wholly-owned subsidiaries, either directly or indirectly, of Verizon Communications Inc.  Verizon Communications Inc. is a publicly held company.  No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

DATED:  October 9, 2023            **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Katherine Q. Dominguez*

Katherine Q. Dominguez (Lead Attorney)
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Andrew Robb
arobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone:  (650) 849-5300

Deron R. Dacus
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone: (903) 705-1117

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      */s/ Katherine Q. Dominguez*
      Katherine Q. Dominguez