# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL

Pursuant to Eastern District of Texas Local Rule 5(a)(7)(C), Defendants and Counterclaim-Plaintiffs Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Verizon") move to file Verizon's Answer under seal.

There is good cause for this document to be filed under seal. There is currently no Protective Order entered in this matter, and the Answer contains highly sensitive information relating to the terms of a licensing and development agreement between the parties. Accordingly, to preserve the confidentiality of that information, Verizon respectfully requests that the Answer be filed under seal.

DATED:  October 10, 2023                                **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Katherine Q. Dominguez*

Katherine Q. Dominguez (Lead Attorney)
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Andrew Robb
arobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone:  (650) 849-5300

Deron R. Dacus
ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone: (903) 705-1117

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ *Katherine Q. Dominguez*
Katherine Q. Dominguez

**CERTIFICATE OF CONFERENCE**

On October 10, 2023, counsel for Verizon conferred with counsel for Plaintiff Headwater Research LLC.  Counsel for Plaintiff Headwater Research LLC indicated that it does not oppose this motion.

/s/ *Katherine Q. Dominguez*
Katherine Q. Dominguez