# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:23-CV-00352 |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL

Before the Court is Defendants and Counterclaim-Plaintiffs Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Unopposed Motion to File Under Seal. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**.

It is so ordered.