# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS INC.,<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS, and VERIZON CORPORATE<br>SERVICES GROUP, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

## ORDER REGARDING AGREED MOTION FOR EXTENSION OF TIME TO FILE DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File Docket Control Order, Discovery Order, and Protective Order.  In the Agreed Motion, the Parties request an extension of time to file a Proposed Docket Control Order and a Proposed Discovery Order from **October 12, 2023** to on or before **October 19, 2023**, and an extension of time to file a Proposed Protective Order from **October 19, 2023** to on or before **October 26, 2023**.  The Parties represent that they do not seek this extension for purposes of delay, but rather to allow the Parties adequate time to address the deadlines, obligations, and protections afforded by these proposed orders, particularly in light of the recent Federal holiday on October 9, 2023.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for the Parties to file a Proposed Docket Control Order and a Proposed Discovery Order is **extended** up to and including **October**

**19, 2023**, and the deadline for the Parties to file a Proposed Protective Order is **extended** up to and including **October 26, 2023.**