IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| VERIZON COMMUNICATIONS INC., | § | |
| CELLCO PARTNERSHIP d/b/a | § | |
| VERIZON WIRELESS, and VERIZON | § | |
| CORPORATE SERVICES GROUP, | § | |
| INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Agreed Motion for Extension of Time filed by Plaintiff Headwater Research LLC and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. **Dkt. No. 33**. After due consideration, and in light of its unopposed nature, the Court **GRANTS** the motion. It is therefore

**ORDERED** that the deadline for the parties to file a Proposed Docket Control Order and Proposed Discovery Order is extended to October 19, 2023, and the deadline for the parties to file a Proposed Protective Order is extended to October 26, 2023.

**SIGNED this 13th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE