UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. ET AL.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER**

Pursuant to the Court's Order setting a deadline to file a proposed Discovery Order (D.I. 11) and extension thereto (D.I. 35), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants"),[1] (collectively, the "Parties") hereby jointly request that the Court enter the proposed Discovery Order, attached hereto as Exhibit A.

---

[1] Verizon contends that Verizon Communications Inc. ("VCI") is not a proper party to this case, and therefore VCI is not included as a moving party pending a resolution for dismissal of VCI.

Dated:  October 19, 2023

| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
|---|---|
| Katherine Q. Dominguez | Marc Fenster |
| (NY Bar No. 4741237) | CA State Bar No. 181067 |
| kdominguez@gibsondunn.com | Email: mfenster@raklaw.com |
| Brian Rosenthal | Reza Mirzaie |
| (NY Bar No. 3961380) | CA State Bar No. 246953 |
| brosenthal@gibsondunn.com | Email: rmirzaie@raklaw.com |
| **GIBSON, DUNN & CRUTCHER LLP** | Brian Ledahl |
| 200 Park Avenue | CA State Bar No. 186579 |
| New York, NY  10166-0193 | Email: bledahl@raklaw.com |
| Telephone:  (212) 351-4000 | Ben Wang |
| Facsimile:  (212) 351-4035 | CA State Bar No. 228712 |
|  | Email: bwang@raklaw.com |
| Andrew W. Robb (CA Bar No. 291438) | Dale Chang |
| arobb@gibsondunn.com | CA State Bar No. 248657 |
| **GIBSON, DUNN & CRUTCHER LLP** | Email: dchang@raklaw.com |
| 1881 Page Mill Road | Paul Kroeger |
| Palo Alto, CA 94034 | CA State Bar No. 229074 |
| Telephone:  (650) 849-5334 | Email: pkroeger@raklaw.com |
| Facsimile:  (650) 849-5034 | Neil A. Rubin |
|  | CA State Bar No. 250761 |
| Deron R. Dacus (TX Bar No. 00790553) | Email: nrubin@raklaw.com |
| **THE DACUS FIRM, P.C.** | Kristopher Davis |
| 821 ESE Loop 323, Suite 430 | CA State Bar No. 329627 |
| Tyler, Texas 75701 | Email: kdavis@raklaw.com |
| Telephone:  (903) 705-1117 | James S. Tsuei |
| Email:  ddacus@dacusfirm.com | CA State Bar No. 285530 |
|  | Email: jtsuei@raklaw.com |
| *Attorneys for Defendants* | Philip Wang |
|  | CA State Bar No. 262239 |
|  | Email: pwang@raklaw.com |
|  | Amy Hayden |
|  | CA State Bar No. 287026 |
|  | Email: ahayden@raklaw.com |
|  | Jason M. Wietholter |
|  | CA State Bar No. 337139 |
|  | Email: jwietholter@raklaw.com |
|  | **RUSS AUGUST & KABAT** |
|  | 12424 Wilshire Blvd. 12th Floor |
|  | Los Angeles, CA 90025 |
|  | Telephone: 310-826-7474 |
|  | |
|  | *Attorneys for Plaintiff* |

- 3 -

**CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of October 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                       */s/ Marc Fenster*