# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 2:23-cv-00352 |

## AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.

Plaintiff and Defendants hereby jointly move to dismiss Defendant Verizon Communications Inc. from the action pursuant to Federal Rule of Civil Procedure 21. Plaintiff and Defendants have agreed to dismiss Verizon Communications Inc. without prejudice and without costs pursuant to Rule 21 on the grounds that it is not a proper party to the action.

The parties agree that the caption should be revised as follows:

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>v.<br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 2:23-cv-00352 |

1

Dated: October 23, 2023

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
| Katherine Q. Dominguez | Marc Fenster |
| (NY Bar No. 4741237) | CA State Bar No. 181067 |
| kdominguez@gibsondunn.com | Email: mfenster@raklaw.com |
| Brian Rosenthal | Reza Mirzaie |
| (NY Bar No. 3961380) | CA State Bar No. 246953 |
| brosenthal@gibsondunn.com | Email: rmirzaie@raklaw.com |
| **GIBSON, DUNN & CRUTCHER LLP** | Brian Ledahl |
| 200 Park Avenue | CA State Bar No. 186579 |
| New York, NY 10166-0193 | Email: bledahl@raklaw.com |
| Telephone: (212) 351-4000 | Ben Wang |
| Facsimile: (212) 351-4035 | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| Andrew W. Robb (CA Bar No. 291438) | Dale Chang |
| arobb@gibsondunn.com | CA State Bar No. 248657 |
| **GIBSON, DUNN & CRUTCHER LLP** | Email: dchang@raklaw.com |
| 1881 Page Mill Road | Paul Kroeger |
| Palo Alto, CA 94034 | CA State Bar No. 229074 |
| Telephone: (650) 849-5334 | Email: pkroeger@raklaw.com |
| Facsimile: (650) 849-5034 | Neil A. Rubin |
| | CA State Bar No. 250761 |
| Deron R. Dacus (TX Bar No. 00790553) | Email: nrubin@raklaw.com |
| **THE DACUS FIRM, P.C.** | Kristopher Davis |
| 821 ESE Loop 323, Suite 430 | CA State Bar No. 329627 |
| Tyler, Texas 75701 | Email: kdavis@raklaw.com |
| Telephone: (903) 705-1117 | James S. Tsuei |
| Email: ddacus@dacusfirm.com | CA State Bar No. 285530 |
| | Email: jtsuei@raklaw.com |
| *Attorneys for Defendants* | Philip Wang |
| | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | Email: ahayden@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | Email: jwietholter@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| | |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 23, 2023 upon the following in the manner indicated:

Marc Fenster                                                                                          *VIA ELECTRONIC MAIL*
Reza Mirzaie
Brian Ledahl
Ben Wang
Dale Chang
Paul Kroeger
Neil A. Rubin
Kristopher Davis
James S. Tsuei
Philip Wang
Amy Hayden
Jason M. Wietholter
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff and Counterclaim-Defendant*

                                                                                            */s/ Katherine Q. Dominguez*
                                                                                              Katherine Q. Dominguez