# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

## ORDER REGARDING AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Voluntary Dismissal Without Prejudice of Defendant Verizon Communications Inc. In the Agreed Motion, the Parties agree to dismiss Defendant Verizon Communications Inc. without prejudice on the grounds that it is not a proper party to the action.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the caption is revised as follows:

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.<br><br>      Defendants. | CIVIL ACTION NO. 2:23-cv-00352 |