IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

### ORDER REGARDING AGREED MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File Protective Order.  In the Agreed Motion, the Parties request an extension of time to file a Proposed Protective Order from **October 26, 2023** to on or before **November 1, 2023**.  The Parties represent that they do not seek this extension for purposes of delay, but rather to allow the Parties adequate time to address the protections afforded by the proposed order.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for the Parties to file a Proposed Protective Order is **extended** up to and including **November 1, 2023.**