IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § |
| VERIZON COMMUNICATIONS INC., | § |
| CELLCO PARTNERSHIP d/b/a VERIZON | § |
| WIRELESS, and VERIZON CORPORATE | § |
| SERVICES GROUP, INC., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Agreed Motion for Extension of Time to File Protective Order filed by Plaintiff Headwater Research LLC and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. Dkt. No. 41. After consideration, and noting its agreed nature, the Motion is **GRANTED**. It is

**ORDERED** that the Parties' deadline to file a proposed protective order is extended to November 1, 2023.

**SIGNED this 30th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE