**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:23-CV-00352 |
| v. | **JURY TRIAL DEMANDED** |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., | |
| Defendants. | |

**ORDER REGARDING AGREED MOTION FOR EXTENSION OF TIME TO FILE E-DISCOVERY ORDER**

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File E-Discovery Order.  In the Agreed Motion, the Parties request an extension of time to file a Proposed E-Discovery Order from **November 21, 2023** to on or before **December 1, 2023**.  The Parties represent that they do not seek this extension for purposes of delay, but rather to allow the Parties adequate time to address the deadlines, obligations, and protections afforded by this proposed order, particularly in light of the upcoming Federal holiday on November 23, 2023.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for the Parties to file a Proposed E-Discovery Order is **extended** up to and including **December 1, 2023.**