IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File E-Discovery Order. (**Dkt. No. 46**.) In the Agreed Motion, the Parties request an extension of time to file a Proposed E-Discovery Order from **November 21, 2023** to **December 1, 2023**. Having considered the Agreed Motion, it is **GRANTED**. Accordingly,

**IT IS ORDERED** that the deadline for the Parties to file a Proposed E- Discovery Order is extended to December 1, 2023.

**SIGNED this 26th day of November, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE