# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

## ORDER REGARDING AGREED MOTION FOR EXTENSION OF TIME TO FILE E-DISCOVERY ORDER

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File E-Discovery Order.  In the Agreed Motion, the Parties request an extension of time to file a Proposed E-Discovery Order from **December 1, 2023** to on or before **December 5, 2023**.  The Parties represent that they do not seek this extension for purposes of delay, but rather to allow the Parties adequate time to address their remaining disputes and the deadlines, obligations, and protections afforded by this proposed order.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**.  Accordingly, it is **ORDERED** that the deadline for the Parties to file a Proposed E-Discovery Order is **extended** up to and including **December 5, 2023.**