# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS INC., § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS, and VERIZON CORPORATE § <br> SERVICES GROUP, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to File E-Discovery Order. In the Agreed Motion, the Parties request an extension of time to file a Proposed E-Discovery Order from December 1, 2023 to December 5, 2023. (**Dkt. No. 49**.)

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the Parties to file a Proposed E-Discovery Order is **extended** to **December 5, 2023.**

**SIGNED this 5th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE