# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:23-CV-00352<br><br>**JURY TRIAL DEMANDED** |

## ORDER REGARDING AGREED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P.R. 3-3 & 3-4 AND STANDING ORDER REGARDING SUBJECT-MATTER ELIGIBILITY CONTENTIONS

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Agreed Motion for Extension of Time to Comply with Patent Rules 3-3 and 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions.  In the Agreed Motion, the Parties request an extension of time for Verizon to comply with P.R. 3-3 & 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions from **December 14, 2023** to on or before **December 21, 2023**.  The Parties represent that they do not seek this extension for purposes of delay, but rather to allow Verizon adequate time to address its obligations required by the Patent Rules and the Standing Order.

Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**.       Accordingly,      it    is    **ORDERED**     that    the    deadline    for

Verizon to comply with P.R. 3-3 & 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions is **extended** up to and including **December 21, 2023.**