IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| VERIZON COMMUNICATIONS INC., | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS, and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Agreed Motion for Extension of Time to Comply with Patent Rules 3-3 and 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions. (**Dkt. No. 53**.) Having considered the Agreed Motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Verizon to comply with P.R. 3-3 & 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions is **extended** to **December 21, 2023.**

SIGNED this 13th day of December, 2023.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE