# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-CV-00352-JRG-RSP |
| ., CellcoPartnership, d/b/a Verizon Wireless, VerizonC( | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Verizon Communications Inc., CellcoPartnership, d/b/a Verizon Wireless, VerizonCorporate Services Group      .

Date:     02/15/2024                                                          /s/ Celine J. Crowson
                                                                                      *Attorney's signature*

                                                                       Celine J. Crowson  (DC Bar No. 0436549A)
                                                                                *Printed name and bar number*
                                                                                      Hogan Lovells US LLP
                                                                                         555 13th St NW
                                                                                     Washignton, DC 20004

                                                                                             *Address*

                                                                       celine.crowson@hoganlovells.com
                                                                                        *E-mail address*

                                                                                         (202) 637-5600
                                                                                     *Telephone number*

                                                                                         (202) 637-5910
                                                                                          *FAX number*