AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC, | ) |
| *Plaintiff* | ) |
| v. | ) |
| :., CellcoPartnership, d/b/a Verizon Wireless, VerizonCc | ) |
| *Defendant* | ) |

Case No.    2:23-CV-00352-JRG-RSP

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Verizon Communications Inc., CellcoPartnership, d/b/a Verizon Wireless, VerizonCorporate Services Group   .

Date:        02/15/2024

_____/s/ Gurtej Singh_____
*Attorney's signature*

Gurtej Singh (CA Bar No. 286547)
*Printed name and bar number*

Hogan Lovells US LLP
855 Main St, Suite 200
Redwood City, CA 94063

*Address*

tej.singh@hoganlovells.com
*E-mail address*

(650) 463-4000
*Telephone number*

(650) 463-4199
*FAX number*