# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> *Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS

Before the Court is Defendants' Unopposed Motion for Leave to Amend its Invalidity Contentions. The Court, having considered same, is of the opinion the motion should be GRANTED.