UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        *Plaintiff*,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC. ET AL.,<br><br>        *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**<u>ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS</u>**

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. The Court, having considered the motion, is of the opinion that the motion should be GRANTED.