# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC. ET AL., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. (**Dkt. No. 61**.) The motion is **GRANTED**.

**SIGNED this 21st day of March, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE