# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>CELLCO PARTNERSHIP, d/b/a<br>VERIZON WIRELESS, VERIZON<br>CORPORATE SERVICES GROUP INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |

## **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt and Parker Bunt & Ainsworth as counsel for Plaintiff. The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.