# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br>CELLCO PARTNERSHIP, d/b/a<br>VERIZON WIRELESS, VERIZON<br>CORPORATE SERVICES GROUP INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt and Parker Bunt & Ainsworth as counsel for Plaintiff. (**Dkt. No. 69**.) The Court, having considered same, is of the opinion the motion should be **GRANTED**.

It is further **ORDERED** that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

**SIGNED this 16th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE