# EXHIBIT 5

**FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**