# EXHIBIT 6

| | |
|---|---|
| **From:** | Zhu, Michelle J. |
| **To:** | rak_headwater@raklaw.com |
| **Cc:** | *** GDCTMO-Headwater |
| **Subject:** | RE: Headwater v. T-Mobile - Infringement Contentions |
| **Date:** | Tuesday, March 19, 2024 9:44:00 AM |

Counsel,

Headwater's infringement contentions remain deficient, as per our prior correspondence from February 1, 2024.  *See* 2024-02-01 K. Dominguez Ltr.  Having not received any amended contentions, T-Mobile understands Headwater's infringement allegations to be limited to the accused end-user devices and functionality, *i.e.*, the specifically identified "phones, tablets, wearables, [or] devices . . . for use with T-Mobile's wireless network services," and will carry out its discovery obligations consistent with that understanding.

**Michelle J. Zhu**

Associate Attorney

T: 202.777.9413
MZhu@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W., Washington, D.C. 20036-5306

---

**From:** Zhu, Michelle J.
**Sent:** Monday, February 26, 2024 5:21 PM
**To:** rak_headwater@raklaw.com
**Cc:** *** GDCTMO-Headwater <GDCTMO-Headwater@gibsondunn.com>
**Subject:** Headwater v. T-Mobile - Infringement Contentions

Counsel,

In light of the parties' agreement to not oppose each other's motions for leave to amend, please provide your proposed amended infringement contentions for the T-Mobile case.  Since you did not indicate otherwise on our meet and confer, we assume the amendment for T-Mobile will mirror the amendment served on Verizon.

Please direct all correspondence to our team email reflector going forward: GDCTMO-Headwater@gibsondunn.com.  Thank you.

**Michelle J. Zhu**

Associate Attorney

T: 202.777.9413
MZhu@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue N.W., Washington, D.C. 20036-5306