# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

## ORDER REGARDING DEFENDANTS' MOTION TO STRIKE AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS

Before the Court is Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Motion to Strike and Compel Supplementation of Headwater's Amended Infringement Contentions. The Court, having considered same, finds that it should be and is hereby **GRANTED**.