**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 40), Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Defendants" or "Verizon") (all together, the "parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

### I.    AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))

The parties have not identified any agreed claim constructions.

### II.   DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))

The parties' proposed constructions of disputed terms are provided in the chart below. The parties' proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

1

### A.   U.S. Patent No. 8,589,541

| Term No. | Claim Term | Headwater's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 1 | "one or more prospective … communications [over a wireless network]" (claims 1-174) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite. |
| 2 | "service usage activity" (claims 1-174) | No construction necessary; plain and ordinary meaning. | "an activity by the first software component that requires usage of a wireless network connection" |
| 3 | "background activity" (claims 1-174) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite. |

### B.   U.S. Patent No. 9,198,042

| Term No. | Claim Term | Headwater's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 4 | "device service state" (claims 1-18) | No construction necessary; plain and ordinary meaning. | "information about the current status of the device required to adequately define the actions needed from the service controller to maintain proper device-assisted service (DAS) system operation" |
| 5 | "service policy setting" (claims 1-18) | "policy setting for a network data service" | "rule for governing network service usage that can be implemented on the device" |

| 6 | "protected partition"<br><br>(claims 1-18) | No construction necessary; plain and ordinary meaning. | "a secure device assisted service execution environment" |

### C.   U.S. Patent No. 9,215,613

| | Claim Term | Headwater's Proposed Construction | Verizon's Proposed Construction |
|---|---|---|---|
| 7 | "differential traffic control policy"<br><br>(claims 1-24) | No construction necessary; plain and ordinary meaning. | "rules for controlling network traffic that distinguishes between two or more things" |
| 8 | "classify whether a particular application capable of both interacting with the user in a user interface foreground of the device, and at least some Internet service activities when not interacting with the user in the device user interface foreground, is interacting with the user in the device user interface foreground"<br><br>(claims 1-24) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite. |
| 9 | "the user of the device is directly interacting with that application or perceiving any benefit from that application"<br><br>(claim 6) | Not indefinite; no construction necessary; plain and ordinary meaning. | Indefinite. |

## III.   ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimate that three hours will be needed for the claim construction hearing.  The parties agree that each side will be allocated half of the total time permitted for the hearing.

IV. **PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))**

No party proposes to call witnesses at the claim construction hearing.

V. **OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))**

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: August 27, 2024

/s/ Michelle Zhu                                     /s/ Marc Fenster

Katherine Q. Dominguez                   Marc Fenster
(NY Bar No. 4741237)                       CA State Bar No. 181067
kdominguez@gibsondunn.com          Email: mfenster@raklaw.com
Josh A. Krevitt                                   Reza Mirzaie
(NY Bar No. 2568228)                       CA State Bar No. 246953
jkrevitt@gibsondunn.com                  Email: rmirzaie@raklaw.com
Brian Rosenthal                                  Brian Ledahl
(NY Bar No. 3961380)                       CA State Bar No. 186579
brosenthal@gibsondunn.com            Email: bledahl@raklaw.com
**GIBSON, DUNN & CRUTCHER LLP**   Ben Wang
200 Park Avenue                                CA State Bar No. 228712
New York, NY  10166-0193              Email: bwang@raklaw.com
Telephone:  (212) 351-4000            Adam Hoffman
Facsimile:  (212) 351-4035             CA State Bar No. 218740
                                                         Email: ahoffman@raklaw.com
Robert Vincent                                  Dale Chang
rvincent@gibsondunn.com                CA State Bar No. 248657
**GIBSON, DUNN & CRUTCHER LLP**   Email: dchang@raklaw.com
2001 Ross Avenue, Suite 2100         Paul Kroeger
Dallas, Texas 75201-2923               CA State Bar No. 229074
Telephone: (214) 698-3100             Email: pkroeger@raklaw.com
Facsimile: (214) 571-2900              Neil A. Rubin
                                                         CA State Bar No. 250761
Andrew W. Robb                              Email: nrubin@raklaw.com
(CA Bar No. 291438)                        Kristopher Davis
arobb@gibsondunn.com                   CA State Bar No. 329627
**GIBSON, DUNN & CRUTCHER LLP**   Email: kdavis@raklaw.com
310 University Ave                            James S. Tsuei
Palo Alto, CA 94301                         CA State Bar No. 285530
Telephone: (650) 849-5300             Email: jtsuei@raklaw.com
                                                         Philip Wang
Michelle Zhu                                    CA State Bar No. 262239
mzhu@gibsondunn.com                   Email: pwang@raklaw.com
**GIBSON, DUNN & CRUTCHER LLP**   Amy Hayden
1050 Connecticut Avenue, N.W.      CA State Bar No. 287026
Washington, DC 20036                    Email: ahayden@raklaw.com
Telephone: (202) 777-9413            Jason M. Wietholter
                                                         CA State Bar No. 337139
Melissa R. Smith                             Email: jwietholter@raklaw.com
melissa@gillamsmithlaw.com          Qi (Peter) Tong
**GILLIAM & SMITH, LLP**              TX State Bar No. 24119042
303 South Washington Avenue        Email: ptong@raklaw.com

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*Cellco Partnership, d/b/a Verizon Wireless*
*and Verizon Corporate Services Group Inc.*

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster