# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC., <br><br> Defendants, | CASE NO. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Defendants and Counterclaim-Plaintiffs Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Unopposed Motion to File Under Seal. (**Dkt. No. 81**.) The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**.

**SIGNED this 4th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE