IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>  Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO TEMPORARILY SUBSTITUTE LEAD COUNSEL**

Plaintiff Headwater Research LLC ("Plaintiff") files this unopposed motion to temporarily substitute lead counsel. Mr. Marc Fenster of Russ August & Kabat is designated as lead counsel in this case. D.I. 4. In order to ensure compliance with the Court's orders and rules concerning lead counsel participation in various issues, including discovery meet-and-confers and hearings, while not unnecessarily delaying progression of the case, Plaintiff respectfully requests that Mr. Reza Mirzaie be permitted to serve as Lead Counsel for Plaintiff in the above captioned case during the September 16, 2024 Hearing on Motion. *See* August 27, 2024 Text Notice of Hearing on Motion. Mr. Reza Mirzaie is a senior attorney on the team that has been involved as counsel representing Plaintiff in this matter since its filing and has full decision making authority in the case.

Defendants do not oppose this request.

| | |
|---|---|
| Dated: September 13, 2024 | Respectfully submitted, |
| | /s/ *Marc Fenster* |
| | Marc Fenster |
| | CA State Bar No. 181067 |
| | mfenster@raklaw.com |
| | Reza Mirzaie |
| | CA State Bar No. 246953 |
| | rmirzaie@raklaw.com |
| | Brian Ledahl |
| | CA State Bar No. 186579 |
| | bledahl@raklaw.com |
| | Ben Wang |
| | CA State Bar No. 228712 |
| | bwang@raklaw.com |
| | Adam Hoffman |
| | CA State Bar No. 218740 |
| | ahoffman@raklaw.com |
| | Dale Chang |
| | CA State Bar No. 248657 |
| | dchang@raklaw.com |
| | Paul Kroeger |
| | CA State Bar No. 229074 |
| | pkroeger@raklaw.com |
| | Neil A. Rubin |
| | CA State Bar No. 250761 |
| | nrubin@raklaw.com |
| | Kristopher Davis |
| | CA State Bar No. 329627 |
| | kdavis@raklaw.com |
| | James S. Tsuei |
| | CA State Bar No. 285530 |
| | jtsuei@raklaw.com |
| | Philip Wang |
| | CA State Bar No. 262239 |
| | pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | ahayden@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | jwietholter@raklaw.com |
| | Qi Peter Tong |
| | TX State Bar No. 24119042 |
| | Email: ptong@raklaw.com |
| | RUSS AUGUST & KABAT |

12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@wsfirm.com

***Attorneys for Plaintiff,
Headwater Research LLC***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of September 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Marc Fenster*
Marc Fenster
