# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S MOTION TO TEMPORARILY SUBSTITUTE LEAD COUNSEL

Before the Court is Plaintiff's Unopposed Motion to Temporarily Substitute Lead Counsel. The Court, having considered the same, is of the opinion that the motion should be **GRANTED**. Accordingly, **IT IS HEREBY ORDERED** that Mr. Reza Mirzaie shall serve as Lead Counsel for Plaintiff during the September 16, 2024, motion hearing.