IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    Defendants. | Case No. 2:23-cv-00352-JRG-RSP |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Temporarily Substitute Lead Counsel. (**Dkt. No. 85**.) The motion is denied, since the Court does not favor temporary changes in Lead counsel. However, Plaintiff's Lead counsel is hereby excused from participation in the September 16, 2024, motion hearing.

SIGNED this 13th day of September, 2024.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE