# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| VERIZON COMMUNICATIONS, INC. et al, | § § § | |
| | § | |
| *Defendants*. | § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### September 16, 2024

**OPEN: 1:30 pm**                                                                 **ADJOURN: 4:32 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Reza Mirzaie |
| | Dale Chang |
| | Jason Wietholter |
| | Andrea Fair |
| | |
| ATTORNEY FOR DEFENDANTS: | Kate Dominguez |
| | Andrew Robb |
| | |
| COURT REPORTER: | Shelly Holmes |
| | |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready. Kate Dominguez introduced co-counsel and announced ready.

The Court heard arguments on Defendants' Motion to Strike and Compel Supplementation of Headwater's Amended Infringement Contentions (Dkt. No. 72) and Plaintiff's Motion Compel Core Technical Documents (Dkt. No. 74).  Kate Dominguez argued for defendants.  Dale Chang, Jason Wietholter and Reza Mirzaie argued for plaintiff.  The Court took the motions under submission.