# EXHIBIT 1

**EXHIBIT 1**
**Patent Family Tree**

