IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>  Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

## ORDER REGARDING DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW AND THE RELATED MANUFACTURER CASES

Before the Court is Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Verizon") Motion to Stay Pending Resolution of *Inter Partes* Review and the Related Manufacturer Cases. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.