

**EXHIBIT 7**

**Exhibit G - U.S. Patent No. 9,198,042 ("'042 Patent")**

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by Verizon in conjunction with Verizon's servers, hardware, software, and services leased, owned, supported, and/or operated by Verizon comprising Verizon's wireless network services, and all versions and variations thereof since the issuance of the asserted patent.

<u>Claim 1</u>

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. A method comprising: | To the extent the preamble is limiting, Verizon's Accused Instrumentalities practice the steps of a method as set forth in the limitations below. |
| [1a] receiving, over a service control link, a report from a wireless end-user device, the report comprising information about a device service state; | The Accused Instrumentalities comprise receiving, over a service control link, a report from a wireless end-user device, the report comprising information about a device service state. Verizon offers telecommunications service plans to customers that are provided through various network elements such as telecommunications base stations and cell sites, edge servers, and other telecommunications servers. Verizon provides various network service plans to customers for purchase, including through the Verizon.com website as well as through Verizon-provided services such as its pre-paid mobile service category, Total By Verizon. *See, e.g.*: |



https://www.verizon.com/sales/digital/plans/popularplan.html?line=newLine1&mtnFlow=P



https://www.totalbyverizon.com/plans

Verizon sells mobile devices such as phones, tablets, and hotspot access points which communicate with the Verizon wireless service network, which is a wireless access network. Such devices comprise end-user devices, as do devices which customers purchase elsewhere and "bring" to the Verizon network. *See, e.g.*:





https://www.verizon.com/smartphones/?sort=best-sellers



https://www.verizon.com/internet-devices/

The Accused Instrumentalities use different service plans to provide service, for example, to mobile hotspot devices, mobile phones and tablets provisioned with an "unlimited" data plan, mobile phones and tablets provisioned with a prepaid plan, mobile phones and tablets which for which the associated subscriber account has reached its allotted data limit for the service period, and mobile phones and tablets which are specifically communicating with Verizon servers to purchase or increase data allotments (e.g., a Verizon "Data Boost").

*See, e.g.*:



https://www.verizon.com/solutions-and-services/add-ons/entertainment/premium-streaming/#pricing



Shop   Why Verizon   Support          Sign in          Search

Have a phone you love? Get $540 when you bring your phone. ⓘ

# Data Boost FAQs

Learn what a Data Boost is, how your mobile data plan uses Data Boosts, what a Data Boost costs and how to get one.

- How much does a data boost cost, and how much data do I get?

- How do I buy a data boost?

## About Data Boosts

Introduct

Expand All                                                           About Da

Using Da

**1. What's a Data Boost?**                                 —      Was this hel

A Data Boost is extra high-speed data the Account Owner or Account Manager can buy in My Verizon to help the account's lines avoid slower connection speeds.



How the Data Boost is used depends on your plan:

| Your plan | What buying a Data Boost does |
|---|---|
| Unlimited Plus and most previously-available Unlimited mobile phone plans. | When you add a 5 GB Data Boost to a line on your account, Mobile Hotspot 4G LTE / 5G ⓘ speed resumes for that line. When you go over your plan's data allowance, your general device use and Mobile Hotspot data may still be temporarily slower than other traffic in times of congestion. |
| Unlimited Welcome | Data Boosts aren't available unless you first buy the $10/month 100 GB Mobile Hotspot perk* You can then add a data boost to that perk if needed. |
| Go Unlimited** | Data Boosts aren't available. |
| Shared Data Plan – 5GB**, Shared Data Plan – 10GB**, The new Verizon Plan (shared data plans, e.g., S, M, L)** | Buy a Data Boost to add 1 GB of 4G LTE / 5G ⓘ data for the account's general device use, including Mobile Hotspot. |
| Unlimited Plus and Essential, Plus, Pro & Premium plans for mobile hotspot devices | Buy a Data Boost to add 5 GB more of 4G LTE / 5G ⓘ / 5G Ultra Wideband ⓘ data to your mobile hotspot device. |
| Prepaid monthly phone plans*** | You can buy more high speed data for your general device use, including Mobile Hotspot. |

Introduction

**About Data Boosts**

Using Data Boosts

Was this helpful?



https://www.verizon.com/support/data-boost-faqs/

Verizon's network receives service plan information from devices which correspond to the subscriber service plan associated with that wireless end-user device, which is a report comprising information about a device service state. For example, Verizon's network receives an attach request, bearer resource allocation request, bearer resource modification request, or PDN connectivity request from a wireless end-user device (UE), which includes a report comprising information about the UE's service state such as UE network capability, UE status, and protocol configuration options (PCO):

Table 8.2.4.1: ATTACH REQUEST message content

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | Security header type | Security header type 9.3.1 | M | V | 1/2 |
| | Attach request message identity | Message type 9.8 | M | V | 1 |
| | EPS attach type | EPS attach type 9.9.3.11 | M | V | 1/2 |
| | NAS key set identifier | NAS key set identifier 9.9.3.21 | M | V | 1/2 |
| | EPS mobile identity | EPS mobile identity 9.9.3.12 | M | LV | 5-12 |
| | UE network capability | UE network capability 9.9.3.34 | M | LV | 3-14 |
| | ESM message container | ESM message container 9.9.3.15 | M | LV-E | 5-n |
| 19 | Old P-TMSI signature | P-TMSI signature 9.9.3.26 | O | TV | 4 |
| 50 | Additional GUTI | EPS mobile identity 9.9.3.12 | O | TLV | 13 |
| 52 | Last visited registered TAI | Tracking area identity 9.9.3.32 | O | TV | 6 |
| 5C | DRX parameter | DRX parameter 9.9.3.8 | O | TV | 3 |
| 31 | MS network capability | MS network capability 9.9.3.20 | O | TLV | 4-10 |
| 13 | Old location area identification | Location area identification 9.9.2.2 | O | TV | 6 |
| 9- | TMSI status | TMSI status 9.9.3.31 | O | TV | 1 |
| 11 | Mobile station classmark 2 | Mobile station classmark 2 9.9.2.4 | O | TLV | 5 |
| 20 | Mobile station classmark 3 | Mobile station classmark 3 9.9.2.5 | O | TLV | 2-34 |
| 40 | Supported Codecs | Supported Codec List 9.9.2.10 | O | TLV | 5-n |
| F- | Additional update type | Additional update type 9.9.3.0B | O | TV | 1 |
| 5D | Voice domain preference and UE's usage setting | Voice domain preference and UE's usage setting 9.9.3.44 | O | TLV | 3 |
| D- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| E- | Old GUTI type | GUTI type 9.9.3.45 | O | TV | 1 |
| C- | MS network feature support | MS network feature support 9.9.3.20A | O | TV | 1 |
| 10 | TMSI based NRI container | Network resource identifier container 9.9.3.24A | O | TLV | 4 |
| 6A | T3324 value | GPRS timer 2 9.9.3.16A | O | TLV | 3 |
| 5E | T3412 extended value | GPRS timer 3 9.9.3.16B | O | TLV | 3 |
| 6E | Extended DRX parameters | Extended DRX parameters 9.9.3.46 | O | TLV | 3 |
| 6F | UE additional security capability | UE additional security capability 9.9.3.53 | O | TLV | 6 |
| 6D | UE status | UE status 9.9.3.54 | O | TLV | 3 |
| 17 | Additional information requested | Additional information requested 9.9.3.55 | O | TV | 2 |

**Table 8.3.8.1: BEARER RESOURCE ALLOCATION REQUEST message content**

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | EPS bearer identity | EPS bearer identity 9.3.2 | M | V | 1/2 |
| | Procedure transaction identity | Procedure transaction identity 9.4 | M | V | 1 |
| | Bearer resource allocation request message identity | Message type 9.8 | M | V | 1 |
| | Linked EPS bearer identity | Linked EPS bearer identity 9.9.4.6 | M | V | 1/2 |
| | Spare half octet | Spare half octet 9.9.2.9 | M | V | 1/2 |
| | Traffic flow aggregate | Traffic flow aggregate description 9.9.4.15 | M | LV | 2-256 |
| | Required traffic flow QoS | EPS quality of service 9.9.4.3 | M | LV | 2-14 |
| 27 | Protocol configuration options | Protocol configuration options 9.9.4.11 | O | TLV | 3-253 |
| C- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| 33 | NBIFOM container | NBIFOM container 9.9.4.19 | O | TLV | 3-257 |
| 7B | Extended protocol configuration options | Extended protocol configuration options 9.9.4.26 | O | TLV-E | 4-65538 |
| 5C | Extended EPS QoS | Extended quality of service 9.9.4.30 | O | TLV | 12 |

**Table 8.3.10.1: BEARER RESOURCE MODIFICATION REQUEST message content**

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | EPS bearer identity | EPS bearer identity 9.3.2 | M | V | 1/2 |
| | Procedure transaction identity | Procedure transaction identity 9.4 | M | V | 1 |
| | Bearer resource modification request message identity | Message type 9.8 | M | V | 1 |
| | EPS bearer identity for packet filter | Linked EPS bearer identity 9.9.4.6 | M | V | 1/2 |
| | Spare half octet | Spare half octet 9.9.2.9 | M | V | 1/2 |
| | Traffic flow aggregate | Traffic flow aggregate description 9.9.4.15 | M | LV | 2-256 |
| 5B | Required traffic flow QoS | EPS quality of service 9.9.4.3 | O | TLV | 3-15 |
| 58 | ESM cause | ESM cause 9.9.4.4 | O | TV | 2 |
| 27 | Protocol configuration options | Protocol configuration options 9.9.4.11 | O | TLV | 3-253 |
| C- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| 33 | NBIFOM container | NBIFOM container 9.9.4.19 | O | TLV | 3-257 |
| 66 | Header compression configuration | Header compression configuration 9.9.4.22 | O | TLV | 5-257 |
| 7B | Extended protocol configuration options | Extended protocol configuration options 9.9.4.26 | O | TLV-E | 4-65538 |
| 5C | Extended EPS QoS | Extended quality of service 9.9.4.30 | O | TLV | 12 |

**Table 8.3.20.1: PDN CONNECTIVITY REQUEST message content**

| IEI | Information Element | Type/Reference | Presence | Format | Length |
|---|---|---|---|---|---|
| | Protocol discriminator | Protocol discriminator 9.2 | M | V | 1/2 |
| | EPS bearer identity | EPS bearer identity 9.3.2 | M | V | 1/2 |
| | Procedure transaction identity | Procedure transaction identity 9.4 | M | V | 1 |
| | PDN connectivity request message identity | Message type 9.8 | M | V | 1 |
| | Request type | Request type 9.9.4.14 | M | V | 1/2 |
| | PDN type | PDN type 9.9.4.10 | M | V | 1/2 |
| D- | ESM information transfer flag | ESM information transfer flag 9.9.4.5 | O | TV | 1 |
| 28 | Access point name | Access point name 9.9.4.1 | O | TLV | 3-102 |
| 27 | Protocol configuration options | Protocol configuration options 9.9.4.11 | O | TLV | 3-253 |
| C- | Device properties | Device properties 9.9.2.0A | O | TV | 1 |
| 33 | NBIFOM container | NBIFOM container 9.9.4.19 | O | TLV | 3-257 |
| 66 | Header compression configuration | Header compression configuration 9.9.4.22 | O | TLV | 5-257 |
| 7B | Extended protocol configuration options | Extended protocol configuration options 9.9.4.26 | O | TLV-E | 4-65538 |

3GPP TS 24.301 v15.03

# Flows

There are three scenarios where the PCO value will be passed to the host:

- When a new PCO value has arrived on an activated connection
- When an app or service queries for the latest PCO value from the modem
- When a connection is bridged or activated for the first time and a PCO value already exists in the modem

For the first scenario, the modem should send an NDIS_STATUS_WWAN_PCO_STATUS notification to the OS indicating a new PCO value change whenever a new PCO value is received from the network, with the appropriate NDIS port number to represent the corresponding PDN. To avoid draining the battery unnecessarily, the modem should avoid noisy notifications, as described in Modem behavior with Selective Suspend and Connected Standby.

For the second scenario, when an app or service queries for PCO value from the modem on an activated PDN connection, the host will send the modem an OID_WWAN_PCO query request to read the latest cached PCO value in the modem.

For the third scenario, when a connection is activated or bridged on the host, the modem should send an **NDIS_STATUS_WWAN_PCO_STATUS** notification when a PCO value already exists in the modem for the activated or bridged connection the host requested. The notification should be passed up from the corresponding NDIS port number of the PDN.

| | |
|---|---|
| | https://learn.microsoft.com/en-us/windows-hardware/drivers/network/mb-protocol-configuration-options-pco-operations |
| [1b] determining, based on the report, that a particular service policy setting of the wireless end-user device needs to be modified, the particular service policy setting being stored in a protected partition of the wireless end-user device, the protected partition configured to deter or prevent unauthorized modifications to the particular service policy setting, the particular service policy setting being associated with a service profile that provides for access by the wireless end-user device to a network data service over a wireless access network, the particular service policy setting configured to assist in controlling one or more communications associated with the wireless end-user device over the wireless access network; and | The Accused Instrumentalities comprise "determining, based on the report, that a particular service policy setting of the wireless end-user device needs to be modified, the particular service policy setting being stored in a protected partition of the wireless end-user device, the protected partition configured to deter or prevent unauthorized modifications to the particular service policy setting, the particular service policy setting being associated with a service profile that provides for access by the wireless end-user device to a network data service over a wireless access network, the particular service policy setting configured to assist in controlling one or more communications associated with the wireless end-user device over the wireless access network."<br><br>Examples of such service policy settings on the wireless end-user device include, for example, APN access settings and service plan settings stored on the wireless end-user device, including for example in an encrypted partition of the device or in an encrypted SIM card. Such service policy settings are configured to assist in controlling one or more communications associated with the wireless end-user device over the wireless access network, insofar as the policies are used by Verizon to determine the levels of service that are to be provided to the wireless end-user device.<br><br>Carrier configuration information (which is service profile information) on a given wireless end-user device is secured within the device through the use of privileges and other access settings, including through the use of matching signatures between the carrier settings and one stored with the SIM card information. *See, e.g.*: https://www.verizon.com/support/knowledge-base-212894/ |