# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order (Dkt. No. 40) and would show the Court as follows:

The current deadline for the Parties to Complete Fact Discovery and File Motions to Compel Discovery is December 13, 2024. At this time, the Parties request a brief extension of the deadline to January 10, 2025. Given the proximity of the current deadline to the Thanksgiving and Christmas holidays, this brief extension will allow the Parties additional time to complete fact discovery. As a result of this brief extension of the fact discovery deadline, the parties also request brief extensions of the deadlines to: serve expert witness disclosures, complete expert discovery, file dispositive motions; file motions and to strike expert testimony (including *Daubert* motions) and responses thereto, and serve pretrial disclosures and objections thereto. No other deadlines will be affected by this amendment.

Good cause exists because the Parties are still completing fact discovery and have a significant number of depositions to complete before fact discovery closes. This brief extension of

the fact discovery deadline will provide the Parties, third-parties, and all of the witnesses additional time with which to schedule such depositions so as to minimize the burden as much as possible during the winter holiday season. Good cause further exists to amend the deadlines for filing dispositive motions (and responses thereto) and filing motions to strike expert testimony (including *Daubert* motions) (and responses thereto) because the proposed amended dates will permit the parties to still complete pretrial matters and pretrial disclosures well in advance of the submission of such pretrial disclosures and without affecting any other deadlines.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order (Dkt. No. 40) as follows:

| ORIGINAL DATE | AMENDED DATE | EVENT |
| --- | --- | --- |
| March 24, 2025 | April 1, 2025 | Serve Objections to Rebuttal Pretrial Disclosures |
| March 17, 2025 | March 25, 2025 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| March 3, 2025 | March 13, 2025 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| February 24, 2025 | March 10, 2025 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |

| ORIGINAL DATE | AMENDED DATE | EVENT |
|---|---|---|
| February 10, 2025 | February 24, 2025 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| February 10, 2025 | February 24, 2025 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties.</u> |
| February 3, 2025 | February 20, 2025 | Deadline to Complete Expert Discovery |
| January 21, 2025 | February 10, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| December 19, 2024 | January 15, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| December 13, 2024 | January 10, 2025 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| December 3, 2024 | December 27, 2025 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |

Dated: November 26, 2024

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
| Katherine Q. Dominguez | Marc Fenster |
| (NY Bar No. 4741237) | CA State Bar No. 181067 |
| kdominguez@gibsondunn.com | Email: mfenster@raklaw.com |
| Brian Rosenthal | Reza Mirzaie |
| (NY Bar No. 3961380) | CA State Bar No. 246953 |
| brosenthal@gibsondunn.com | Email: rmirzaie@raklaw.com |
| **GIBSON, DUNN & CRUTCHER LLP** | Brian Ledahl |
| 200 Park Avenue | CA State Bar No. 186579 |
| New York, NY 10166-0193 | Email: bledahl@raklaw.com |
| Telephone: (212) 351-4000 | Ben Wang |
| Facsimile: (212) 351-4035 | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| Andrew W. Robb (CA Bar No. 291438) | Adam Hoffman |
| arobb@gibsondunn.com | CA State Bar No. 218740 |
| **GIBSON, DUNN & CRUTCHER LLP** | Email: ahoffman@raklaw.com |
| 1881 Page Mill Road | Dale Chang |
| Palo Alto, CA 94034 | CA State Bar No. 248657 |
| Telephone: (650) 849-5334 | Email: dchang@raklaw.com |
| Facsimile: (650) 849-5034 | Paul Kroeger |
| | CA State Bar No. 229074 |
| Deron R. Dacus (TX Bar No. 00790553) | Email: pkroeger@raklaw.com |
| **THE DACUS FIRM, P.C.** | Neil A. Rubin |
| 821 ESE Loop 323, Suite 430 | CA State Bar No. 250761 |
| Tyler, Texas 75701 | Email: nrubin@raklaw.com |
| Telephone: (903) 705-1117 | Kristopher Davis |
| Email: ddacus@dacusfirm.com | CA State Bar No. 329627 |
| | Email: kdavis@raklaw.com |
| *Attorneys for Defendants,* | James S. Tsuei |
| *Verizon* | CA State Bar No. 285530 |
| | Email: jtsuei@raklaw.com |
| | Philip Wang |
| | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | Email: ahayden@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | Email: jwietholter@raklaw.com |
| | Qi (Peter) Tong |
| | TX State Bar No. 24119042 |

Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of November 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*s/ Marc Fenster*
Marc Fenster
