IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>*Defendants.* | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendants Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Ryan Iwahashi
CA Bar No. 284766
GISH PLLC
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 630-8960
Ryan@gishpllc.com

Dated:  December 18, 2024

Respectfully submitted,

*/s/ Ryan Iwahashi*
Ryan Iwahashi CA Bar No. 284766
Gish PLLC
50 California Street, Suite 1500,
San Francisco, CA 94111
Telephone:  (415) 630-8960
Email: Ryan@gishpllc.com

*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 18, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ryan Iwahashi*
Ryan Iwahashi