IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>*Defendants*. | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Robert Vincent
Texas Bar No. 24056474
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100, Dallas Texas 75201
Telephone: (214) 698-3281
Facsimile: (214) 571-2921
RVincent@gibsondunn.com

Dated:  December 24, 2024

Respectfully submitted,

*/s/ Robert Vincent*
Robert Vincent
Texas Bar No. 24056474
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Suite 2100
Dallas, TX  75201-2923
Telephone:  (214) 698-3281
Facsimile:  (214) 571-2921
Email:  RVincent@gibsondunn.com

*Counsel Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 24, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Robert Vincent*