**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND FIRST AMENDED DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the First Amended Docket Control Order (Dkt. No. 119) and would show the Court as follows:

The current deadline for the Parties to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof is January 15, 2025, and the current deadline for the Parties to Serve Disclosures for Rebuttal Expert Witnesses is February 10, 2025. At this time, the Parties request a brief extension of the deadline to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof to **January 20, 2025** (from January 15, 2025) and a brief extension of the deadline to Serve Disclosures for Rebuttal Expert Witnesses to **February 14, 2025** (from February 10, 2025). These brief extensions of less than one week will allow the Parties additional time to complete fact discovery before the expert disclosures and to incorporate that fact discovery into such expert disclosures.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the First Amended Docket Control Order (Dkt. No. 119) as follows:

| ORIGINAL DATE | AMENDED DATE | EVENT |
|---|---|---|
| February 10, 2025 | **February 14, 2025** | Serve Disclosures for Rebuttal Expert Witnesses |
| January 15, 2025 | **January 20, 2025** | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

Dated:  December 27, 2024

| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
|---|---|
| Katherine Q. Dominguez<br>(NY Bar No. 4741237)<br>kdominguez@gibsondunn.com<br>Brian Rosenthal<br>(NY Bar No. 3961380)<br>brosenthal@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone:  (212) 351-4000<br>Facsimile:  (212) 351-4035<br><br>Andrew W. Robb (CA Bar No. 291438)<br>arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94034<br>Telephone:  (650) 849-5334<br>Facsimile:  (650) 849-5034<br><br>Deron R. Dacus (TX Bar No. 00790553)<br>**THE DACUS FIRM, P.C.**<br>821 ESE Loop 323, Suite 430 | Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761 |

Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants*

Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Ryan Lundquist
CO State Bar No.
Email: rlundquist@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of December 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*s/ Marc Fenster*
Marc Fenster
