# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s Motion for Leave to Supplement its Invalidity Contentions and File Amended Answer. **Dkt. No. 126**. Having considered the Motion, the Court hereby finds that the Motion should be and hereby is **GRANTED**.

**SIGNED this 30th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE