# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

## ORDER

Before the Court is Defendants and Counterclaim-Plaintiffs Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Unopposed Motion to File their Second Amended Answer Under Seal. The Court, having considered the same, is of the opinion that the motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Defendants have leave to file their Second Amended Answer under seal.

**SIGNED this 8th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE