# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants.* | Case No. 2:23-CV-00352-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the Joint Motion to Dismiss of Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants"), (together, the "Parties"). Having considered the same, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that (1) Headwater's claims against Verizon asserted in Count 2 of Headwater's Complaint are **DISMISSED WITH PREJUDICE**; (2) Verizon's counterclaims for relief and defenses against Headwater's claims asserted in Count 2 of Headwater's Complaint are **DISMISSED WITHOUT PREJUDICE**; and (3) the Parties shall bear their own respective costs and expenses relating to this litigation.