## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

HEADWATER RESEARCH LLC,

     *Plaintiff*,

v.

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS and VERIZON CORPORATE
SERVICES GROUP, INC.,

     *Defendants.*

Case No. 2:23-CV-00352-JRG-RSP

### ORDER OF PARTIAL DISMISSAL

Before the Court is the Joint Motion to Dismiss a Claim filed by Plaintiff Headwater Research LLC and Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.. **Dkt. No. 144**. Having considered the same, the Court finds that the Motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that (1) Headwater's claims against Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. asserted in **Count 2** of Headwater's Complaint are **DISMISSED WITH PREJUDICE**; (2) Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s counterclaims for relief and defenses against Headwater's claims asserted in Count 2 of Headwater's Complaint are **DISMISSED WITHOUT PREJUDICE**; and (3) the Parties shall bear their own respective costs and expenses relating to this litigation.

     **SIGNED this 2nd day of February, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE