# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

## DEFENDANTS' UNOPPOSED MOTION TO CHANGE LEAD ATTORNEY DESIGNATION

Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Defendants" or "Verizon") respectively move the court to change their lead attorney designation from Katherine Dominguez to Josh Krevitt of Gibson, Dunn & Crutcher LLP.  Ms. Dominguez is unable to attend the forthcoming discovery hearing set for February 5, 2025 due to a scheduling conflict.  Furthermore, Mr. Krevitt is a senior trial lawyer with significant experience in this Court.  This change is not sought for the purposes of delay, and Mr. Krevitt is fully prepared to proceed with the forthcoming discovery hearing and will remain Defendants' lead attorney through trial.

Plaintiff Headwater Research LLC does not oppose this request.

Dated: February 4, 2025

By: */s/ Katherine Q. Dominguez*
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3112
Facsimile: 214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5334
Facsimile: 650.849.5034

Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
Telephone: 202.777.9413
Fax: 202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
**Hogan Lovells**
555 13th St NW,
Washington, DC 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)

Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco CA, 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone:  903.705.1117

*Attorneys for Verizon*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

                                                                        */s/ Katherine Q. Dominguez*
                                                                        Katherine Q. Dominguez

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h). This motion is unopposed.

                                                                        */s/ Katherine Q. Dominguez*
                                                                        Katherine Q. Dominguez