IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>  Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CHANGE LEAD ATTORNEY DESIGNATION**

  Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Defendants" or "Verizon") Unopposed Motion to Change Lead Attorney Designation.  Having considered the Motion, the Court hereby finds that the Motion should be **GRANTED.**

  IT IS ORDERED that Josh Krevitt is recognized as lead counsel of record for Defendants.