# EXHIBIT 1

**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

**FILED UNDER SEAL**