IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>　　　　*Defendants.* | Civil Action No. 2:23-cv-00379-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>　　　　*Plaintiff,*<br><br>　　v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>　　　　*Defendants.* | Civil Action No. 2:23-cv-00377-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S
UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

1

Plaintiff Headwater Research, LLC ("Headwater") respectfully requests to extend the deadline to respond to Verizon and T-Mobile's Motion to Compel ItsOn Documents (Dkt. 142 (2:23-cv-00352), Dkt. 141 (2:23-cv-00379)) (the "Motion") by two days.

The Motion was filed on January 22, 2025. Headwater's response to the Motion is due on February 5, 2025. *See* Local CV-7(e). Headwater seeks a two-day extension to its deadline to respond to the Motion, which would move the deadline from February 5, 2025 to February 7, 2025.

Good cause exists to modify Headwater's response deadline because counsel for Headwater involved in preparing its response to the Motion were also involved in the discovery hearing before Judge Payne this morning. Defendants do not oppose this request. The requested extension is not sought for the purpose of delay and will not require extension of any other deadlines.

Dated: February 5, 2025

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
RUSS AUGUST & KABAT

        12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE OF COUNSEL

I hereby certify that counsel of record for Headwater and Defendants Verizon and T-Mobile have met and conferred in compliance with Local CV-7(h). Defendants do not oppose this motion.

*/s/ Marc Fenster*
Marc Fenster

4