IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Civil Action No. 2:23-cv-00379-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| **HEADWATER RESEARCH LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Civil Action No. 2:23-cv-00377-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before the Court is Plaintiff Headwater Research, LLC ("Headwater")'s Unopposed Motion to Extend Response Deadline ("Motion"). The Court has considered the Motion, and is of

- 2 -

the opinion that should the Motion be GRANTED.  Accordingly, Headwater's Motion is hereby GRANTED.