# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | CASE NO. 2:23-CV-00379-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. et al, | § § | CASE NO. 2:23-CV-00397-JRG-RSP |
| T-MOBILE US, INC., ET AL. | § | |
| AT&T, INC., ET AL. | § § | |
| *Defendants*. | § § | |

## Motions Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### February 5, 2025

**OPEN: 9:03 am**                                                     **ADJOURN: 2:04pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Kecia Clendening |

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready on behalf of Headwater Research.  Melissa Smith introduced co-counsel and announced ready on behalf of Verizon and T-Mobile. Nick Matthews introduced co-counsel and announced ready on behalf of AT&T.

Andrew Robb argued Defendant's Motion to compel Corporate Document Production (2:23CV352 #122 and 2:23CV379 #126). Marc Fenster and Philip Wang argued on behalf of the plaintiff's.

Court in Recess at 10:37am. Court reconvened at 10:54am.

Andrew Robb argued Defendant's Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery and ESI on behalf of Verizon and T-Mobile (2:23CV352 #123 and 2:23CV379 #124) Reza Mirzaie and Philip Wang argued on behalf of plaintiffs.

Erik Fountain argued Defendant's Motion to Compel the Production of Documents on behalf of AT&T (2:23CV397 #94). Philip Wang argued on behalf of Plaintiff's.

Erik Fountain argued Defendant's Motion to Compel Supplemental Interrogatory Responses on behalf of AT&T (2:23CV397 #95). Philip Wang argued on behalf of Plaintiff's.

Court in Recess at 12:24pm. Court Reconvened at 1:32pm

Philip Wang discussed an agreement on Plaintiff's Motion to Compel Relevant Usage Data on behalf of Plaintiff's (2:23CV397 #96). Erik Fountain confirmed. Additional arguments provided by Philip Wang on behalf of Plaintiff's. Erik Fountain argued on behalf of Defendant's.

Court Adjourned at 2:04pm