# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:23-CV-0352-JRG-RSP**
**Headwater Research, LLC v. Verizon Communications, Inc., et al.**
**2:23-CV-0379-JRG-RSP**
**Headwater Research, LLC v. T-Mobile US, Inc., et al.**
**2:23-CV-0397-JRG-RSP**
**Headwater Research, LLC v. AT&T, Inc., et al.**
**February 5, 2025       9:00 am**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Reza Mirzaie | Headwater (plaintiff) |
| Marc Fenster | " |
| Philip Wang | " |
| Andrea Fair | " |
| Nick Mathews | AT+T |
| Erik Fountain | AT+T |
| Malissa Smith | TMO |
| Josh Kravitt | TMO / Verizon |
| Andrew Robb | TMO / Verizon |
| | |
| | |
| | |
| | |
| | |
| | |