# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants, | CIVIL ACTION NO. 2:23-cv-00352 |

## ORDER

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s Unopposed Motion to Change Lead Attorney Designation. **Dkt. No. 147**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED.**

Therefore, it is **ORDERED** that Josh Krevitt is recognized as lead counsel of record for Defendants.

SIGNED this 5th day of February, 2025.

                                                          ROY S. PAYNE
                                                         UNITED STATES MAGISTRATE JUDGE