# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| § | |
| VERIZON COMMUNICATIONS INC., § | |
| CELLCO PARTNERSHIP d/b/a VERIZON § | |
| WIRELESS, and VERIZON CORPORATE § | |
| SERVICES GROUP, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Extension of Time to Respond to Verizon's Motion to Compel (Dkt. No. 142). **Dkt. No. 151**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Headwater to respond to Verizon's motion to compel (Dkt. No. 142) is extended to February 7, 2025.

**SIGNED this 6th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE