# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § CELLCO PARTNERSHIP D/B/A § VERIZON WIRELESS and VERIZON § CORPORATE SERVICES GROUP INC. § § *Defendants*. § | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Attorney for Plaintiff by Amy Hayden. **Dkt. No. 159**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Amy Hayden is hereby withdrawn as counsel of record in this case and terminated from electronic notifications in connection with the above-captioned matter.

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE