**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| HEADWATER RESEARCH LLC, | |
|       Plaintiff, | |
|    v. | CIVIL ACTION NO. 2:23-cv-00352 |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC., | |
|       Defendants, | |

**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO
COMPEL ITSON DOCUMENTS**

Before the Court is the Joint Motion of Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s (collectively, "Verizon" or "Defendants") to Continue the Hearing on Verizon's Motion to Compel ItsOn Documents.  The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Hearing set for Wednesday, March 12, 2025, at 9:00 AM before Magistrate Judge Roy S. Payne is taken off calendar and will be rescheduled for approximately two weeks later.

It is so ordered.