# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants. | CASE NO. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is the Joint Motion of Plaintiff Headwater Research, LLC and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s to Continue the Hearing on Verizon's Motion to Compel ItsOn Documents. **Dkt. No. 162**. The Court, having considered the Motion, is of the opinion that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the Hearing set for Wednesday, March 12, 2025, at 9:00 AM before the undersigned is hereby reset for **April 2, 2025 at 9:00AM**.

SIGNED this 10th day of March, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE