IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

**<u>ORDER</u>**

Before the Court is Plaintiff Headwater Research LLC and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc., Defendants T-Mobile USA, Inc. and Sprint Corp., and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC, and

AT&T Corp.'s Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions. **Dkt. No. 165**.

The Motion is **DENIED**. A party is not permitted to file a single motion in a single case which asks the Court to do something affecting multiple non-consolidated cases. If the parties wish to adjust deadlines in several cases, they must file a motion in each of them.

**SIGNED this 30th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE