# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## DEFENDANTS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL

Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") respectively move the court to excuse lead counsel for the upcoming April 2, 2025 Hearing on the Motions to Compel ItsOn Documents.  Mr. Krevitt is unable to attend the forthcoming discovery hearing set due to a scheduling conflict.  Mr. Robert Vincent will attend the hearing and is a senior member of the team representing Verizon.

Plaintiff Headwater Research LLC does not oppose this request.

Dated: March 31, 2025                    By:  /s/ *Josh A. Krevitt*

    Josh A. Krevitt (lead counsel)
    jkrevitt@gibsondunn.com
    Katherine Q. Dominguez
    kdominguez@gibsondunn.com
    Brian A. Rosenthal
    brosenthal@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    200 Park Avenue
    New York, NY 10166-0193
    Telephone: 212.351.4000
    Facsimile: 212.351.4035

    Robert Vincent
    rvincent@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    2001 Ross Avenue, Suite 2100
    Dallas, TX 75201
    Telephone: 214.698.3112
    Facsimile: 214.571.2910

    Andrew W. Robb (CA Bar No. 291438)
    arobb@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    310 University Avenue
    Palo Alto, CA 94301
    Telephone: 650.849.5334
    Facsimile: 650.849.5034

    Michelle Zhu
    mzhu@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    1700 M Street N.W.
    Washington, D.C. 20036
    Telephone: 202.777.9413
    Fax: 202.831.6063

    Celine Crowson (D.C. Bar No. 0436549A)
    **Hogan Lovells**
    555 13th St NW,
    Washington, DC 20004
    Telephone: 202-637-5600
    celine.crowson@hoganlovells.com

    Tej Singh (California Bar No. 286547)
    Yi Zhang (California Bar No. 342823)

Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco CA, 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone:  903.705.1117

*Attorneys for Verizon*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h).  This motion is unopposed.

*/s/ Josh A. Krevitt*
Josh A. Krevitt