IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") Unopposed Motion to Excuse Lead Counsel. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is so **ORDERED**.