IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

**ORDER**

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s Unopposed Motion to Excuse Lead Counsel. **Dkt. No. 167**. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Mr. Krevitt is excused from attending the April 2, 2025 Hearing on the Motions to Compel.

**SIGNED this 1st day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE