# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

HEADWATER RESEARCH LLC,

    *Plaintiff*,

v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,

    *Defendants*.

Civil Action No. 2:23-cv-00352-JRG-RSP

## ORDER

Before the Court is Plaintiff Headwater Research LLC and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc.'s Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions. **Dkt. No. 168**. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Headwater's response deadline for the pending Motions for Sanctions Under FRCP 37(e)(1) is extended to April 8, 2025, and Verizon's reply deadline is extended to April 21, 2025.

It is further **ORDERED** that Verizon's reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including *Daubert* motions, is extended to April 30, 2025.

**SIGNED this 1st day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE