IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
PLAINTIFF HEADWATER'S MOTION TO STRIKE
CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY**

I, Kristopher Davis, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater Research LLC's Motion to Strike Certain Opinions of Verizon Expert Kevin Jeffay. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Kevin Jeffay, Ph.D. Regarding Invalidity of U.S. Patent Nos. 8,589,541 and 9,215,613, dated January 29, 2025.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,589,541.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Rebuttal Expert Report of Kevin Jeffay, Ph.D. Regarding Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613, dated March 13, 2025.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from Headwater's First Set of Interrogatories to Defendants, dated January 17, 2025.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from Defendants' Fifth Supplemental Responses to Plaintiff Headwater Research LLC's First Set of Interrogatories, dated February 7, 2025.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Rebuttal Expert Report of Laura Stamm Regarding Damages, dated March 13, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2025, at Los Angeles, California.

*/s/ Kristopher Davis*
Kristopher Davis

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System.

*/s/ Reza Mirzaie*

Reza Mirzaie

2