IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CELLO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c)**

On consideration of Defendants' Motion for Judgment on the Pleadings under Fed. R. Civ. P. Rule 12(c), the Court is of the opinion that the Motion should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the Pleadings is **GRANTED**, and the Court enters judgment that U.S. Patent No. 8,589,541 (the "'541 Patent") and U.S. Patent No. 9,215,613 (the "'613 Patent") are invalid under 35 U.S.C. § 101.