IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## UNOPPOSED MOTION TO EXTEND FILING DEADLINE

Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Defendants") respectfully file this Unopposed Motion to Extend Filing Deadline and would show the Court as follows:

Per the docket control order (Dkt. No. 145), the current deadline for the parties to file dispositive motions and motions to strike expert testimony was April 2, 2025. Although Defendants began the filing process several hours before the deadline and were able to get many of the motions on file by the deadline, due to technical difficulties with PACER, some of Defendants' motions were not filed before midnight Central Time. To account for the motions that were delayed, Defendants respectfully request a brief extension of their deadline to file dipositive motions and motions to strike expert testimony to April 3, 2025, 2:30 AM Central Time.

Accordingly, Defendants respectfully request that the Court grant this Unopposed Motion.

1

Dated:  April 4, 2025

/s/ *Josh A. Krevitt*
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone:  903.705.1117

*Attorneys for Verizon*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on April 4, 2025, counsel for Verizon conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

s

3