IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>   *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND FILING DEADLINE**

  Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, "Defendants") Unopposed Motion to Extend Filing Deadline. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

  Defendants' deadline to file dispositive motions and motions to strike expert testimony is extended to April 3, 2025, 2:30 AM Central Time.

  It is so **ORDERED**.