# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Unopposed Motion to Extend Filing Deadline. **Dkt. No. 192**. Having considered the Motion, the Court finds that is should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants' deadline to file dispositive motions and motions to strike expert testimony is extended to encompass April 3, 2025.

**SIGNED this 5th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE