# Exhibit 7

**From:** Bethany Stevens bstevens@wscllp.com
**Subject:** Re: Headwater v. AT&T, T-Mobile, Verizon - Apple production
**Date:** March 12, 2025 at 12:37 PM
**To:** Neil Rubin nrubin@raklaw.com, Kristopher Davis kdavis@raklaw.com, James Tsuei jtsuei@raklaw.com, headwater@raklaw.com, Sim, Charlie CSim@gibsondunn.com, Vincent, Robert RVincent@gibsondunn.com, Kevin Hess khess@McKoolSmith.com, Nicholas Mathews nmathews@McKoolSmith.com, Sean O'Leary soleary@McKoolSmith.com
**Cc:** Hannah Cannom hcannom@wscllp.com, Wang, Dennis Dennis.Wang@wilmerhale.com

Dear Counsel,
Please find an Apple document production at the following link (password to follow):
https://wscllp.box.com/s/m3vzz8kmt9ugzh9ykt2bnesz5vua3268
These documents are produced subject to Apple's objections and responses to Headwater's subpoena, and are designated pursuant to the Protective Order.
Regards,

**Bethany Stevens**
**Walker Stevens Cannom LLP**
(213) 337-4551 | bstevens@wscllp.com

---

**From:** Bethany Stevens <bstevens@wscllp.com>
**Date:** Friday, January 10, 2025 at 8:46 PM
**To:** "ddacus@dacusfirm.com" <ddacus@dacusfirm.com>, Sean O'Leary <soleary@McKoolSmith.com>
**Cc:** "Sim, Charlie" <CSim@gibsondunn.com>, "Vincent, Robert" <RVincent@gibsondunn.com>, Kevin Hess <khess@McKoolSmith.com>, Nicholas Mathews <nmathews@McKoolSmith.com>, Neil Rubin <nrubin@raklaw.com>, Kristopher Davis <kdavis@raklaw.com>, James Tsuei <jtsuei@raklaw.com>, "headwater@raklaw.com" <headwater@raklaw.com>, Hannah Cannom <hcannom@wscllp.com>
**Subject:** Headwater v. AT&T, T-Mobile, Verizon - Apple production

Dear Counsel,

Please find an Apple document production at the following link (password to follow): https://wscllp.box.com/s/j4autp7eb380u2w6dgyut1fm2xftbepo

These documents are produced subject to Apple's objections and responses to the defendants' subpoenas, and are designated pursuant to the Protective Order.

Regards,

**Bethany Stevens**
**Walker Stevens Cannom LLP**
(213) 337-4551 | bstevens@wscllp.com