# Exhibit 10

**From:** **Steffen Lake** lake@fr.com
**Subject:** RE: Headwater third-party subpoenas to Samsung (2:23-cv-00379-JRG-RSP, 2:23-cv-00397-JRG-RSP, and 2:23-cv-00352-JRG-RSP)
**Date:** February 13, 2025 at 4:08 PM
**To:** kdavis@raklaw.com
**Cc:** jwietholter@raklaw.com, Ben Thompson BThompson@fr.com, nrubin@raklaw.com, Erin Alper alper@fr.com, Tae Hong hong@fr.com, Thad Kodish TKodish@fr.com, Jared Hartzman hartzman@fr.com, Katie Prescott prescott@fr.com, headwater@raklaw.com

Hi Kris,

As a preliminary matter, our team is unavailable to have a lead-and-local meet and confer at that time tomorrow. Please propose a time on Monday or Tuesday for such a meet and confer, if necessary. Second, I am available for the rest of this evening to discuss a potential resolution – please feel free to call me on my cell at ▮▮▮▮▮▮▮▮▮.

Thank you,
**Steffen Lake ::** Associate **::** Fish & Richardson P.C.

---

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Thursday, February 13, 2025 1:46 PM
**To:** Steffen Lake <lake@fr.com>
**Cc:** jwietholter@raklaw.com; Ben Thompson <BThompson@fr.com>; nrubin@raklaw.com; Erin Alper <alper@fr.com>; Tae Hong <hong@fr.com>; Thad Kodish <TKodish@fr.com>; Jared Hartzman <hartzman@fr.com>; Katie Prescott <prescott@fr.com>; headwater@raklaw.com
**Subject:** Re: Headwater third-party subpoenas to Samsung (2:23-cv-00379-JRG-RSP, 2:23-cv-00397-JRG-RSP, and 2:23-cv-00352-JRG-RSP)

[This email originated outside of F&R.]

Steffen,

We still have not received the signed declarations or Samsung's deposition availability. Please provide those today. If Samsung will not do so, we will open the conference line below **tomorrow at 11:30 am ET / 10:30 am CT / 8:30 am PT** for a lead-local meet-and-confer on a motion to compel. If you'd like to discuss anything before then, just let me know.

Time:  Friday, Feb. 14 at 11:30 am ET / 10:30 am CT / 8:30 am PT
Dial-in:  **424-338-0628**

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

On Feb 7, 2025, at 1:02 PM, Kristopher Davis <kdavis@raklaw.com> wrote:

Steffen,

We have not received the signed declarations. Please provide them now. Our subpoenas to Samsung have long been outstanding, and we have met and conferred with you several times about them. We have also attempted to work with Samsung to minimize burden, including through the proposed declarations we provided to you nearly two months ago. We would obviously prefer to avoid having to file a motion to compel or preclude on these issues but intend to do so promptly. We also maintain our deposition subpoena to Samsung but are willing to consider forgoing or at least substantially limiting that if the declarations are provided today. Please confirm you will provide them, and please provide Samsung's deposition availability.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com


On Jan 23, 2025, at 2:13 PM, Steffen Lake <lake@fr.com> wrote:

Hi Jason,

Samsung is reviewing the declarations as amended. Given the short turnaround time, it is unlikely that we can provide signed documents today, but we expect to do so by next week.

Thank you,
**Steffen Lake ::** Associate **::** Fish & Richardson P.C.

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, January 21, 2025 1:18 PM
**To:** Steffen Lake <lake@fr.com>
**Cc:** kdavis@raklaw.com; Benjamin Thompson <BThompson@fr.com>; nrubin@raklaw.com; Erin Alper <alper@fr.com>; Tae Hong <hong@fr.com>; rak_headwater@raklaw.com; Thad Kodish

<TKodish@fr.com>; Jared Hartzman <hartzman@fr.com>; Katie Prescott <prescott@fr.com>
**Subject:** Re: Headwater third-party subpoenas to Samsung (2:23-cv-00379-JRG-RSP, 2:23-cv-00397-JRG-RSP, and 2:23-cv-00352-JRG-RSP)

Steffen,

I am attaching amended declarations which provide further clarity and resolve any ambiguities. Please confirm that Samsung will provide signed declarations by Thursday, January 23, 2205.

```
************************************************************
************************************************************
****
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please
contact the sender by reply email and destroy all copies of
the original message.
************************************************************
************************************************************
****
```

```
********************************************************************************
******************************************
This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized use or
disclosure is prohibited. If you are not the intended recipient, please contact
the sender by reply email and destroy all copies of the original message.
********************************************************************************
******************************************
```