# Exhibit 12



**CONFIDENTIAL
OUTSIDE ATTORNEYS' EYES ONLY
CONTAINS SOURCE CODE**

# Transcript of Richard Wesel, Ph.D.

**Date:** March 17, 2025
**Case:** Headwater Research LLC -v- Verizon/T-Mobile/AT&T

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

## Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF TEXAS
 3                   MARSHALL DIVISION
 4
 5   HEADWATER RESEARCH LLC,
 6           Plaintiff,
 7      vs.      Civil Action No. 2:23-cv-00379-JRG-RSP
 8   T-MOBILE USA, INC., et al.,      (Lead case)
 9           Defendants.
10   -------------------------------
11   HEADWATER RESEARCH LLC,
12           Plaintiff,
13      vs.      Civil Action No. 2:23-cv-00397-JRG-RSP
14   AT&T SERVICES, INC., et al.,
15           Defendants.
16   -------------------------------
17   HEADWATER RESEARCH LLC,
18           Plaintiff,
19      vs.      Civil Action No. 2:23-cv-00352-JRG-RSP
20   VERIZON COMMUNICATIONS, INC., et al.,
21           Defendants.
22   -------------------------------
23
24      * CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY *
25               * CONTAINS SOURCE CODE *
```

## Page 2

```
 1
 2              VIDEOTAPED DEPOSITION OF
 3                RICHARD WESEL, Ph.D.
 4                Monday, March 17, 2025
 5
 6
 7   Job No.: 576451
 8   Pages:  1 - 232
 9
10
11
12         Videotaped deposition of RICHARD WESEL, Ph.D.,
13   produced as a witness at the instance of the Defendant,
14   and duly sworn, was taken in the above-styled and
15   numbered cause on Monday, March 17, 2025, from 11:53 a.m.
16   to 9:06 p.m. Eastern Time, before Alison C. Webster, RPR,
17   CRR, RMR, RDR, CSR-6266 (Michigan); License No. 14559
18   (California); License No. 084.004953 (Illinois);
19   CSR-12432 (Texas), reported by stenographic method, via
20   videoconference, pursuant to the Federal Rules of Civil
21   Procedure and the provisions stated on the record or
22   attached hereto.
23
24
25
```

## Page 3

```
 1                  A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF
 4       KRISTOPHER DAVIS, ESQUIRE
 5       JASON M. WIETHOLTER, ESQUIRE
 6       JAMES N. PICKENS, ESQUIRE
 7       REZA MIRZAIE, ESQUIRE
 8       RYAN K. LUNDQUIST, ESQUIRE
 9       Russ August & Kabat
10       12424 Wilshire Boulevard
11       12th Floor
12       Los Angeles, California 90025
13       310.826.7474
14       kdavis@raklaw.com
15       jwietholter@raklaw.com
16       jpickens@raklaw.com
17       rmirzaie@raklaw.com
18       rlundquist@raklaw.com
```

## Page 4

```
 1           A P P E A R A N C E S   C O N T I N U E D
 2
 3   ON BEHALF OF THE DEFENDANTS T-MOBILE USA, INC.,
 4   and VERIZON COMMUNICATIONS, INC.
 5       BRIAN ROSENTHAL, ESQUIRE
 6       CHARLIE SIM, ESQUIRE
 7       Gibson, Dunn & Crutcher LLP
 8       200 Park Avenue
 9       New York, New York 10166
10       212.351.2339
11       brosenthal@gibsondunn.com
12       csim@gibsondunn.com
13
14       HANNAH BEDARD, ESQUIRE
15       Gibson, Dunn & Crutcher LLP
16       1700 M Street, N.W.
17       Washington, D.C. 20003
18       202.777.9579
19       hbedard@gibsondunn.com
```

17

1  MR. ROSENTHAL: Exhibit Number 4 is
2  Appendix C to that report.
3  MARKED FOR IDENTIFICATION:
4  EXHIBIT 4
5  12:00 p.m.
6  MR. ROSENTHAL: Exhibit Number 5 is
7  Appendix D to that report.
8  MARKED FOR IDENTIFICATION:
9  EXHIBIT 5
10  12:00 p.m.
11 BY MR. ROSENTHAL:
12 Q. Let me just stop there. The reports that you've --
13  the report that you generated on February 13th, 2025,
14  and the appendices and exhibits thereto constitute
15  your infringement opinions. Correct?
16 A. **Well, let's see. I believe there are -- there's a**
17  **rebuttal report and then a supplementary report, two**
18  **brief reports that also, you know, add to my**
19  **opinions.**
20 Q. Okay. So Exhibit Number -- let me -- let me start
21  with just the February 13th reports.
22  On February 13th, you served an
23  infringement report in all three cases. Correct?
24 A. **That's correct.**
25 Q. And the body of the report, as I understand it, was

18

1  intended to be identical across all three cases.
2  Correct?
3 A. **It's the same report submitted for all three cases,**
4  **and then Appendices A, B, and C provide things that**
5  **are specific for each defendant.**
6 Q. Okay. And so Appendix A was specific to Verizon,
7  Appendix B was specific to T-Mobile, and Appendix C
8  was specific to AT&T. Correct?
9 A. **Yes, that's correct.**
10  MR. ROSENTHAL: And then Exhibit Number 6
11  to this deposition is the supplemental infringement
12  report which is entitled Rebuttal Expert Report -- I'm
13  sorry, it's entitled Rebuttal Expert Report of
14  Dr. Richard D. Wesel Regarding Non-Infringing
15  Alternatives, dated March 13th, 2025.
16  MARKED FOR IDENTIFICATION:
17  EXHIBIT 6
18  12:02 p.m.
19 BY MR. ROSENTHAL:
20 Q. Correct?
21 A. **Yes, that's correct.**
22 Q. Okay. And then Exhibit Number 7 is an errata that was
23  served last night to your opening infringement report.
24  Correct?
25  MARKED FOR IDENTIFICATION:

19

1  EXHIBIT 7
2  12:03 p.m.
3 A. **I mean, I haven't downloaded that exhibit yet, but, I**
4  **mean, that -- that is -- that's the last of the**
5  **reports, yes.**
6 BY MR. ROSENTHAL:
7 Q. And then in addition to what we've just identified,
8  you also had a supplemental report, I believe.
9  Correct?
10 A. **Yes.**
11 Q. That was just served a few days ago. Right?
12 A. **That's correct.**
13  MR. ROSENTHAL: Charlie, could you please
14  put that in as an exhibit?
15  MR. SIM: Yeah, give me a moment here.
16  MR. ROSENTHAL: Thank you.
17  MR. SIM: All right, that should be
18  uploading now.
19  MR. ROSENTHAL: That's Exhibit 14?
20  MR. SIM: Correct.
21  MR. ROSENTHAL: Did we put that in the
22  Chat? There it is. Okay.
23  MARKED FOR IDENTIFICATION:
24  EXHIBIT 14
25  12:05 p.m.

20

1 BY MR. ROSENTHAL:
2 Q. And Exhibit Number 14 is your supplemental report with
3  respect to infringement that is dated March 15th,
4  2025. Correct?
5 A. **Again, I haven't downloaded it, but I believe you.**
6 Q. Okay. So feel free to download or look at your own
7  copies of them, but as I understand it, you served an
8  expert report on February 13th, 2025. You served a
9  rebuttal report on March 13th, 2025. You served a
10  supplemental report on March 15th, 2025. And you
11  served errata to your first report on March 16th,
12  2025. Correct?
13 A. **Yes, that's correct.**
14 Q. And those are all the submissions that you've made
15  with respect to your opinions in this case. Correct?
16 A. **That's correct.**
17 Q. And do those four documents and the appendices and
18  exhibits thereto reflect all of the opinions that you
19  intend to offer at trial?
20 A. **Well, I believe so. Unless there's the need to file**
21  **another supplemental report on some issue that comes**
22  **up later, so... these are all the reports -- these**
23  **represent all of my opinions up to this time.**
24 Q. Great. And other than the errata that you served
25  yesterday with respect to your February 13th report,