# Exhibit 14

**From:** Bedard, Hannah L. HBedard@gibsondunn.com
**Subject:** RE: Headwater v. Verizon (23-cv-352) - Amended Initial Disclosures
**Date:** February 6, 2025 at 12:43 PM
**To:** Robb, Andrew ARobb@gibsondunn.com, Kristopher Davis kdavis@raklaw.com, Zhu, Michelle J. MZhu@gibsondunn.com
**Cc:** rak_headwater@raklaw.com, *** GDCVerizon-Headwater GDCVerizon-Headwater@gibsondunn.com, HLVerizon Headwater HLVerizonHeadwater@hoganlovells.com

Counsel,

Please let us know whether February 25 works for Headwater for Mr. Rice's deposition. We are also awaiting your response about Mr. Giancarlo's availability; please let us know once you have it.

We are aware Mr. Russell's counsel has offered 2/25, 2/26, 3/12, and 3/26 as possible dates for his deposition, and we are looking into those dates. We are also working on securing dates for Mr. Harris and Mr. Raissinia. Mr. Raissinia's counsel let us know he has been sick but hopes to be available towards the end of next week. We will update you on each as soon as we know.
In light of these pending depositions, we're attaching for your review joint motions to take certain depositions out of time, for filing with the court by tomorrow in both the Verizon and T-Mobile cases. Please let us know if you have any edits or if we have your permission to add your signature block and signature.

Thanks,
Hannah

**Hannah L. Bedard**
Associate Attorney

T: +1 202.777.9579
HBedard@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

**From:** Robb, Andrew <ARobb@gibsondunn.com>
**Sent:** Thursday, January 30, 2025 5:00 PM
**To:** Kristopher Davis <kdavis@raklaw.com>; Zhu, Michelle J. <MZhu@gibsondunn.com>
**Cc:** rak_headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** RE: Headwater v. Verizon (23-cv-352) - Amended Initial Disclosures

Counsel – Mr. Rice is available for deposition on February 25th.

Please confirm that date works for Headwater.

Best regards,
Andrew

**Andrew Robb**

Andrew Robb
Partner

T: +1 650.849.5334 | M: +1 408.960.9187
ARobb@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

---

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Friday, January 24, 2025 5:08 PM
**To:** Zhu, Michelle J. <MZhu@gibsondunn.com>
**Cc:** rak_headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) - Amended Initial Disclosures

Michelle,

When is Mr. Rice available for deposition?

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

> On Jan 24, 2025, at 5:06 PM, Zhu, Michelle J. <MZhu@gibsondunn.com> wrote:
>
> Counsel –
>
> At the deposition of Kartik Umamaheswaran, Headwater requested that Verizon provide an additional witness on issues relating to Verizon's network capacity. Setting aside that none of the 30(b)(6) topics call for a witness on network capacity, and that Mr. Kondratiuk previously testified on certain capacity-related issues, Verizon notes that Mr. Rice, who is being disclosed herein, is knowledgeable about various capacity-related topics as well.

Best regards,
Michelle

**Michelle J. Zhu**
Associate Attorney

T: +1 202.777.9413 | M: +1 202.768.1709
MZhu@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Washington, D.C. 20036-4504

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

<2025-01-24 Verizon's Fourth Amended Initial Disclosures.pdf>

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Headwater - TMO - Joint Motion for Leave for Out of Time...** 

**Headwater - Verizon_ Joint Motion to Take Depos Out of...**