# Exhibit V



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

## Assignment abstract of title for Application 13737748

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Security Techniques For Device Assisted Services Gregory G. Raleigh | 9198042 Nov 24, 2015 | 20130145422 Jun 6, 2013 | 13737748 Jan 9, 2013 | | |

## Assignments (2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 041248/0777 | Dec 29, 2016 | Jan 4, 2017 | 56 | 6 |

Conveyance
MERGER AND CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| HEADWATER PARTNERS I LLC HEADWATER MANAGEMENT LLC | ANN TAYLOR 1011 PRUITT PLACE TYLER, TX 75703 |

Assignee
HEADWATER RESEARCH LLC
1011 PRUITT PLACE
TYLER, TEXAS 75703

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 029617/0601 | Jan 11, 2013 | Jan 11, 2013 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| RALEIGH, GREGORY G. | ANN TAYLOR 350 MARINE PARKWAY, SUITE 300 REDWOOD SHORES, CA 94065 |

Assignee
HEADWATER PARTNERS I LLC
350 MARINE PARKWAY, SUITE 300
REDWOOD SHORES, CALIFORNIA 94065

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4210295

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | MERGER AND CHANGE OF NAME |
| EFFECTIVE DATE: | 12/29/2016 |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| HEADWATER PARTNERS I LLC | 12/29/2016 |

### NEWLY MERGED ENTITY DATA

| Name | Execution Date |
|---|---|
| HEADWATER MANAGEMENT LLC | 12/29/2016 |

### MERGED ENTITY'S NEW NAME (RECEIVING PARTY)

| | |
|---|---|
| Name: | HEADWATER RESEARCH LLC |
| Street Address: | 1011 PRUITT PLACE |
| City: | TYLER |
| State/Country: | TEXAS |
| Postal Code: | 75703 |

### PROPERTY NUMBERS Total: 56

| Property Type | Number |
|---|---|
| Patent Number: | 8839387 |
| Patent Number: | 8839388 |
| Patent Number: | 8868455 |
| Patent Number: | 8886162 |
| Patent Number: | 8893009 |
| Patent Number: | 8897743 |
| Patent Number: | 8897744 |
| Patent Number: | 8898079 |
| Patent Number: | 8898293 |
| Patent Number: | 8903452 |
| Patent Number: | 8924469 |
| Patent Number: | 8924543 |
| Patent Number: | 8924549 |
| Patent Number: | 8948025 |
| Patent Number: | 9014026 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 9026079 |
| **Patent Number:** | 9037127 |
| **Patent Number:** | 9094311 |
| **Patent Number:** | 9137701 |
| **Patent Number:** | 9137739 |
| **Patent Number:** | 9143976 |
| **Patent Number:** | 9154428 |
| **Patent Number:** | 9173104 |
| **Patent Number:** | 9179308 |
| **Patent Number:** | 9179315 |
| **Patent Number:** | 9179316 |
| **Patent Number:** | 9179359 |
| **Patent Number:** | 9198042 |
| **Patent Number:** | 9198074 |
| **Patent Number:** | 9198075 |
| **Patent Number:** | 9198076 |
| **Patent Number:** | 9198117 |
| **Patent Number:** | 9204282 |
| **Patent Number:** | 9204374 |
| **Patent Number:** | 9215159 |
| **Patent Number:** | 9215613 |
| **Patent Number:** | 9220027 |
| **Patent Number:** | 9225797 |
| **Patent Number:** | 9232403 |
| **Patent Number:** | 9247450 |
| **Patent Number:** | 9253663 |
| **Patent Number:** | 9258735 |
| **Patent Number:** | 9270559 |
| **Patent Number:** | 9271184 |
| **Patent Number:** | 9277433 |
| **Patent Number:** | 9277445 |
| **Patent Number:** | 9319913 |
| **Patent Number:** | 9351193 |
| **Patent Number:** | 9386121 |
| **Patent Number:** | 9386165 |
| **Patent Number:** | 9392462 |
| **Patent Number:** | 9491199 |
| **Patent Number:** | 9491564 |

| Property Type | Number |
|---|---|
| Patent Number: | 9521578 |
| Patent Number: | 9532161 |
| Patent Number: | 9532261 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 903-201-6211 |
| Email: | patent@headwaterllc.com |
| Correspondent Name: | ANN TAYLOR |
| Address Line 1: | 1011 PRUITT PLACE |
| Address Line 4: | TYLER, TEXAS 75703 |

| | |
|---|---|
| NAME OF SUBMITTER: | ANN TAYLOR |
| SIGNATURE: | /Ann Taylor/ |
| DATE SIGNED: | 01/04/2017 |

**Total Attachments: 3**
source=Certificate_Merger#page1.tif
source=Certificate_Merger#page2.tif
source=Certificate_Merger#page3.tif

**PATENT**
**REEL: 041248 FRAME: 0779**



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"HEADWATER PARTNERS I LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "HEADWATER MANAGEMENT LLC" UNDER THE NAME OF "HEADWATER RESEARCH LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF DECEMBER, A.D. 2016, AT 3:02 O`CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

4966025  8100M
SR# 20167326785

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203606635
Date: 12-29-16

**PATENT**
**REEL: 041248 FRAME: 0780**

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:02 PM 12/29/2016
FILED 03:02 PM 12/29/2016
SR 20167326785 - File Number 4966025

## CERTIFICATE OF MERGER

### MERGING

### HEADWATER PARTNERS I LLC
### A DELAWARE LIMITED LIABILITY COMPANY

### WITH AND INTO

### HEADWATER MANAGEMENT LLC
### A DELAWARE LIMITED LIABILITY COMPANY

---

Pursuant to Section 18-209 of the Delaware Limited Liability Company Act

---

Headwater Management LLC, a Delaware limited liability company (the "**LLC**"), does hereby certify as follows:

FIRST:        The LLC is a limited liability company duly formed and existing under the laws of the State of Delaware and Headwater Partners I LLC (the "**Company**") is a limited liability company duly formed and existing under the laws of the State of Delaware.

SECOND:        The Agreement and Plan of Merger (the "**Merger Agreement**"), dated as of December 29, 2016, by and among the Company and the LLC, setting forth the terms and conditions of the merger of the Company with and into the LLC (the "**Merger**"), has been approved, adopted, certified, executed and acknowledged by the LLC and the Company in accordance with Section 18-209 of the Delaware Limited Liability Company Act.

THIRD:        The LLC shall be the surviving entity of the Merger (the "**Surviving LLC**") and the name of the Surviving LLC shall be changed to "Headwater Research LLC".

FOURTH:        The executed Merger Agreement is on file at the principal place of business and office of the Surviving LLC at the following address: 1011 Pruitt Place, Tyler, Texas 75703.

FIFTH:        A copy of the Merger Agreement will be furnished by the Surviving LLC, on request and without cost, to any member of the Company or the LLC.

SIXTH:        The Merger shall be effective upon the filing of this Certificate of Merger with the Secretary of State of the State of Delaware.

\*                \*                \*

HWP - Certificate of Merger (HWM and HWPI)

PATENT
REEL: 041248 FRAME: 0781

**IN WITNESS WHEREOF**, Headwater Management LLC has caused this Certificate of Merger to be executed by an authorized person on December 29, 2016.

**HEADWATER MANAGEMENT LLC**

By:    /s/ Greg Raleigh

Name:  Greg Raleigh

Title:  Manager

[*Signature Page to Certificate of Merger*]

**502192854      01/11/2013**

| PATENT ASSIGNMENT |
| :---: |

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| Gregory G. Raleigh | 01/11/2013 |

**RECEIVING PARTY DATA**

| Name: | Headwater Partners I LLC |
| --- | --- |
| Street Address: | 350 Marine Parkway, Suite 300 |
| City: | Redwood Shores |
| State/Country: | CALIFORNIA |
| Postal Code: | 94065 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
| --- | --- |
| Application Number: | 13737748 |

**CORRESPONDENCE DATA**

Fax Number:
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:                      650-517-2791
Email:                       ann.taylor@headwaterllc.com
Correspondent Name:   Ann Taylor
Address Line 1:           350 Marine Parkway, Suite 300
Address Line 4:           Redwood Shores, CALIFORNIA 94065

| ATTORNEY DOCKET NUMBER: | RALEP025C1 |
| --- | --- |
| NAME OF SUBMITTER: | Ann Taylor |

Total Attachments: 1
source=P025C1Assignment#page1.tif

13737748

CH $40.00

**PATENT**
**REEL: 029617 FRAME: 0601**

502192854

Attorney Docket No.:  RALEP025C1

## ASSIGNMENT OF PATENT APPLICATION

Whereas I/we the undersigned inventor(s) have invented certain new and useful improvements as set forth in the patent application entitled:

SECURITY TECHNIQUES FOR DEVICE ASSISTED SERVICES

for which I (we) have executed an application for a United States Letters patent which was filed in the U.S. Patent and Trademark Office on January 9, 2013, and which bears the Application No. 13/737,748, and I (we) authorize and request the attorneys appointed in said application to hereafter complete this assignment by inserting above the filing date and serial number of said application when known;

For good and valuable consideration, the receipt and sufficiency of which is herby acknowledged, I/We the undersigned inventor(s) hereby:

1.      Sell(s), assign(s) and transfer(s) to Headwater Partners I LLC, a Delaware Limited Liability Company having a principal place of business at 350 Marine Parkway, #300, Redwood City, CA 94065 (hereinafter referred to as "Assignee"), the entire right, title, and interest in any and all improvements and inventions disclosed in, application(s) (including foreign applications) based upon, and Patent(s) (including foreign patents) granted upon the information which is disclosed in the above-referenced application and/or in any provisional application to which the above-referenced application claims priority.

2.      Authorize and request the Commissioner of Patents to issue any and all Letters Patents resulting from said application or any division(s), continuation(s), substitute(s) or reissue(s) thereof to the Assignee.

3.      Agree to execute all papers and documents and, entirely at the Assignee's expense, perform any acts which are reasonably necessary in connection with the prosecution of said application, as well as any derivative applications thereof, foreign applications based thereon, and/or the enforcement of patents resulting from such applications.

4.      Agree that the terms, covenants and conditions of this assignment shall inure to the benefit of the Assignee, its successors, assigns and other legal representative, and shall be binding upon the inventor(s), as well as the inventor's heirs, legal representatives, and assigns.

5.      Warrant and represent that I/we have not entered, and will not enter into any assignment, contract, or understanding that conflicts with this assignment.

Signed on the date(s) indicated beside my (our) signature(s).

Signature:  _____     Date:  __1/11/2013__
            Gregory G. Raleigh