AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Cellco Partnership d/b/a Verizon Wireless et al | ) |
| *Defendant* | ) |

Case No.   2:23-cv-00352-JRG-RSP

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                    .

Date:      04/17/2025

/s/ Minna Jay
*Attorney's signature*

Minna Jay CA Bar No. 305941
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

mjay@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|