# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO EXTEND FILING DEADLINE FOR MOTIONS *IN LIMINE*

Before the Court is Plaintiff Headwater Research LLC and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s (collectively, the "Parties") Joint Motion to Extend the Filing Deadline for Motions *in Limine*. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Parties' deadline to file motions *in limine* is extended to May 1, 2025. The deadline for filing responses to motions in limine shall remain the same as set forth in the Docket Control Order, on May 12, 2025. Dkt. No. 145 at 2.

It is so **ORDERED**.