IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SIXTH OPPOSED MOTION *IN LIMINE***

Defendants respectfully move the Court for leave to file a sixth opposed motion *in limine*, in addition to the five motions allowed by the Court's Standing Order. The proposed sixth motion *in limine* is attached hereto as Exhibit 1.

Specifically, Defendants seek leave to file a motion *in limine* that is identical to a MIL the Court has already adopted in the *Samsung* litigation: that Headwater be precluded from presenting evidence, testimony, or argument that Samsung's fact witnesses have not read the patents-in-suit or formed opinions regarding the patents-in-suit unless the witnesses were designated on such topics; and shall not present any argument, evidence, or testimony suggesting that a party's corporate representative at trial is obligated to prepare on any particular topic or is charged with knowledge of others within the company unless said representative was previously designated as a 30(b)(6) witness on said topic. *Headwater Research, LLC v. Samsung Elecs. Co.*, No. 2:22-CV-422-JRG-RSP, Dkt. No. 350 at 4 (E.D. Tex. July 8, 2024).

During the meet and confer process, Headwater indicated it would agree to the MIL, except

1

it insisted on two new caveats, both of which are improper.  The nature of these demanded caveats, and the reasons why they are improper, is addressed in the attached proposed sixth MIL.

The Court has discretion to allow the filing of additional motions *in limine* when good cause is shown.  Here, good cause exists.  The motion *in limine* should not be disputed, as the Court already entered the same MIL against Headwater in an earlier case on substantively similar facts, and the new caveats Headwater insists on are improper.  Defendants respectfully submit that the additional burden of a sixth MIL is minimal, as the issue has already been briefed and decided in a prior case.

For the foregoing reasons, Defendants respectfully requests that the Court grant this motion for leave to file an additional motion *in limine*.

Dated: May 1, 2025

By: */s/ Josh A. Krevitt*
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  214.698.3112
Facsimile:  214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  650.849.5334
Facsimile:  650.849.5034

Hannah L. Bedard
hbedard@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:  202.777.9413
Facsimile:  202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
**Hogan Lovells**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone:  202.637.5600

Tej Singh (California Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (California Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (California Bar No. 344100)
kyle.xu@hoganlovells.com
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415.374.2300

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone:  903.705.1117

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 1, 2025.

/s/ *Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF CONFERENCE

I hereby certify that pursuant to Local Rules CV-7(h) and (i), counsel for Defendants conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff indicated that they oppose the relief sought herein.

/s/ *Josh A. Krevitt*
Josh A. Krevitt