# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SIXTH OPPOSED MOTION *IN LIMINE*

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.'s (collectively, "Verizon") Defendants' Motion For Leave To File Sixth Opposed Motion *In Limine*. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is so **ORDERED**.