IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Joint Motion to Extend the Filing Deadline for Motions *in Limine*. **Dkt. No. 222**. The Court, having considered the Motion, is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the Parties' deadline to file motions *in limine* is extended to May 1, 2025. The deadline for filing responses to motions *in limine* shall remain the same as set forth in the Docket Control Order, on May 12, 2025. Dkt. No. 145 at 2.

**SIGNED this 29th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE