# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br>　　　　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING

　　Pursuant to the Court's Docket Control Order, Plaintiff Headwater Research LLC requests daily transcripts and realtime reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this notice is being submitted via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: May 5, 2025

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Marc Fenster*
　　　　　　　　　　　　　　　　　　　Marc Fenster
　　　　　　　　　　　　　　　　　　　CA State Bar No. 181067
　　　　　　　　　　　　　　　　　　　Reza Mirzaie
　　　　　　　　　　　　　　　　　　　CA State Bar No. 246953
　　　　　　　　　　　　　　　　　　　Brian Ledahl
　　　　　　　　　　　　　　　　　　　CA State Bar No. 186579
　　　　　　　　　　　　　　　　　　　Ben Wang
　　　　　　　　　　　　　　　　　　　CA State Bar No. 228712
　　　　　　　　　　　　　　　　　　　Paul Kroeger
　　　　　　　　　　　　　　　　　　　CA State Bar No. 229074
　　　　　　　　　　　　　　　　　　　Neil A. Rubin
　　　　　　　　　　　　　　　　　　　CA State Bar No. 250761

Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Dale Chang
CA State Bar No. 248567
Jason M. Wietholter
CA State Bar No. 337139
Matthew Aichele
VA State Bar No. 77821
Adam S. Hoffman
CA State Bar No. 218740
Minna Jay
CA State Bar No. 305941
Ryan Lundquist
CO State Bar No. 56449
Qi (Peter)Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                                                  */s/ Marc Fenster*
                                                  Marc Fenster