AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00352-JRG |
| Verizon Communications Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                        .

Date:    05/08/2025                                        s/ James Pickens
                                                            *Attorney's signature*

                                                James Pickens CA Bar No. 307474
                                                    *Printed name and bar number*

                                                        Russ August & Kabat
                                                    12424 Wilshire Blvd., 12th Floor
                                                        Los Angeles, CA 90025

                                                              *Address*

                                                        jpickens@raklaw.com
                                                          *E-mail address*

                                                          (310) 826-7474
                                                         *Telephone number*

                                                          (310) 979-8268
                                                           *FAX number*