# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SIXTH OPPOSED MOTION *IN LIMINE***

Headwater respectfully opposes Defendants' motion for leave to file a sixth motion *in limine* because it circumvents this Court's limitation on MILs without proper justification. While Defendants assert that Headwater should have simply agreed to this MIL because it was previously entered, Defendants neglect to mention that they refused to agree to Headwater's MIL #1, which likewise seeks to impose MIL orders previously granted in other Headwater cases. In other words, both sides asked each other to agree to certain previously entered MILs. The difference is that, when Defendants refused, Headwater fit its request into the Court's 5 MIL / 15-page briefing limits, whereas Defendants did not and instead moved for leave to submit a sixth MIL using an additional two pages. Rather than burden the Court with its own motion for leave and more pages of briefing, Headwater narrowed its MIL requests to stay within the limits. Headwater respectfully submits that Defendants should not be rewarded for doing otherwise.

To the extent Defendants are granted leave, Headwater submits that its two clarifications should be included if the Court is inclined to grant Defendants' MIL, for the reasons set forth in Headwater's accompanying [proposed] opposition.

1

Dated: May 8, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*
Marc Fenster (CA SBN 181067)
mfenster@raklaw.com
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Brian Ledahl (CA SBN 186579)
bledahl@raklaw.com
Ben Wang (CA SBN 228712)
bwang@raklaw.com
Dale Chang (CA SBN 248657)
dchang@raklaw.com
Paul Kroeger (CA SBN 229074)
pkroeger@raklaw.com
Kristopher Davis (CA SBN 329627)
kdavis@raklaw.com
Philip Wang (CA SBN 262239)
pwang@raklaw.com
Jason M. Wietholter (CA SBN 337139)
jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

                                      */s/ Reza Mirzaie*
                                      Reza Mirzaie