IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC., <br><br> Defendants. | Case No. 2:23-cv-00352-JRG-RSP <br><br> **JURY DEMANDED** |

**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE
TO FILE SIXTH OPPOSED MOTION *IN LIMINE***

Before the Court is Defendants' Motion for Leave to File Sixth Opposed Motion *in Limine*.

The Court has considered the Motion and is of the opinion that it should be and hereby is **DENIED**.