# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00352-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC., | |
| Defendants. | |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO
DEFENDANTS' PROPOSED SIXTH MOTION *IN LIMINE***

1.        I, Reza Mirzaie, declare as follows:

2.        I am counsel for Headwater Research, LLC ("Headwater") in the above-captioned matter. I provide this declaration in support of Headwater's Motions *in Limine* ("MILs"). I have personal knowledge of the facts set forth herein, and if called upon to testified, I could and would testify competently thereto.

3.        Attached as Exhibit A is a true and correct copy of excerpts from the trial transcript in *Headwater v. Samsung,* 2:23-cv-00103-JRG-RSP (E.D. Tex), dated April 23, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2025 in Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie