IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>  Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER DENYING DEFENDANTS' SIXTH OPPOSED MOTION *IN LIMINE***

Before the Court is Defendants' Sixth Opposed Motion *in Limine*. The Court has considered the Motion and is of the opinion that it should be and hereby is **DENIED**.