# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | |
| v. | Case No. 2:23-CV-00352-JRG-RSP |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order and would show the Court as follows:

The current deadline for the Parties to file the Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations is May 12, 2025. The Parties respectfully request a brief extension of the deadline to file the these papers to May 14, 2025, to allow additional time for the Parties to narrow disputes in advance of the Pretrial Conference, which is currently set for May 19, 2025. No other deadlines will be affected by these amendments.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order (Dkt. No. 131) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| May 19, 2025 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| May 12, 2025 | May 14, 2025 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| May 12, 2025 | May 14, 2025 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| May 12, 2025 | | Responses to *Motions in Limine* |

Dated: May 12, 2025

Respectfully submitted,

By:   */s/ Marc Fenster*

    Marc Fenster
    CA State Bar No. 181067
    Reza Mirzaie
    CA State Bar No. 246953
    Brian Ledahl
    CA State Bar No. 186579
    Ben Wang
    CA State Bar No. 228712
    Adam Hoffman
    CA State Bar No. 218740
    Paul Kroeger
    CA State Bar No. 229074
    Neil A. Rubin
    CA State Bar No. 250761
    Kristopher Davis
    CA State Bar No. 329627
    James S. Tsuei
    CA State Bar No. 285530
    Philip Wang

By:   */s/ Josh Krevitt*

    Katherine Q. Dominguez
    kdominguez@gibsondunn.com
    Josh A. Krevitt
    jkrevitt@gibsondunn.com
    Brian A. Rosenthal
    brosenthal@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166-0193
    Telephone: 212.351.4000
    Facsimile: 212.351.4035

    Robert Vincent
    rvincent@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Suite 2100
    Dallas, TX 75201
    Telephone: 214.698.3112
    Facsimile: 214.571.2910

CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5334
Facsimile: 650.849.5034

Michelle Zhu
mzhu@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.777.9413
Fax: 202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
Hogan Lovells
555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
Hogan Lovells
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants,*
*Cellco Partnership d/b/a Verizon Wireless*
*and Verizon Corporate Services Group Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 12, 2025.

*/s/ Marc Fenster*
Marc Fenster