# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

### ORDER GRANTING JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE FOR JUDICIAL EFFICIENCY AND TO SCHEDULE HEARING ON DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. NO. 164)

Before the Court is the Joint Motion of Plaintiff Headwater Research LLC ("Headwater" or "Plaintiff") and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc. (collectively, "Verizon" or "Defendants") (collectively, the "Parties") to Reschedule Pretrial Conference for Judicial Efficiency and to Schedule Hearing on Defendants' Motion for Sanctions Under Rule 37(e)(1) (Dkt. No. 164). The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court hereby resets the Pretrial Conference for May 30, 2025 at 9:00 AM and hereby sets a hearing on Defendants' Motion For Sanctions Under Rule 37(e)(1) (Dkt. No. 164) for May 29, 2025 at 9:00 AM.

It is so **ORDERED**.