UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Case No. 2:23-CV-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order and would show the Court as follows:

The current deadline for the Parties to file the Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations was May 12, 2025. The Parties recently requested a brief extension of this deadline to May 14, 2025, to allow additional time for the Parties to narrow disputes in advance of the Pretrial Conference, which is currently set for May 19, 2025. The Parties respectfully request a further brief extension of the deadline to file these papers to May 16, 2025, to allow additional time for the Parties to narrow disputes.

The Parties further note: on May 13, 2025, the Parties jointly requested that the May 19, 2025 Pretrial Conference be reset to May 30, 2025, for judicial efficiency purposes. *See* Dkt. 278.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order (Dkt. No. 131) as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| May 12, 2025 | May 16, 2025 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| May 12, 2025 | May 16, 2025 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |

Dated: May 14, 2025                                     Respectfully submitted,

By:   */s/ Marc Fenster*                                By:   */s/ Josh Krevitt*

Marc Fenster                                            Katherine Q. Dominguez
CA State Bar No. 181067                                 kdominguez@gibsondunn.com
Reza Mirzaie                                            Josh A. Krevitt
CA State Bar No. 246953                                 jkrevitt@gibsondunn.com
Brian Ledahl                                            Brian A. Rosenthal
CA State Bar No. 186579                                 brosenthal@gibsondunn.com
Ben Wang                                                GIBSON, DUNN & CRUTCHER LLP
CA State Bar No. 228712                                 200 Park Avenue
Adam Hoffman                                            New York, NY 10166-0193
CA State Bar No. 218740                                 Telephone: 212.351.4000
Paul Kroeger                                            Facsimile: 212.351.4035
CA State Bar No. 229074
Neil A. Rubin                                           Robert Vincent
CA State Bar No. 250761                                 rvincent@gibsondunn.com
Kristopher Davis                                        GIBSON, DUNN & CRUTCHER LLP
CA State Bar No. 329627                                 2001 Ross Avenue, Suite 2100
James S. Tsuei                                          Dallas, TX 75201

2

CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,
Headwater Research LLC*

Telephone: 214.698.3112
Facsimile: 214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5334
Facsimile: 650.849.5034

Michelle Zhu
mzhu@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.777.9413
Fax: 202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
Hogan Lovells
555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
Hogan Lovells
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants,*
*Cellco Partnership d/b/a Verizon Wireless*
*and Verizon Corporate Services Group Inc.*

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 14, 2025.

*/s/ Marc Fenster*
Marc Fenster