# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is the Joint Motion of Plaintiff Headwater Research LLC and Defendants Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc. to Reschedule Pretrial Conference for Judicial Efficiency and to Schedule Hearing on Defendants' Motion for Sanctions Under Rule 37(e)(1). **Dkt. No. 278**. The Court, having considered the Motion, is of the opinion that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the Pretrial Conference is reset for May 30, 2025 at 9:00 AM.

It is further **ORDERED** that Defendants' Motion for Sanctions Under Rule 37(e)(1) (Dkt. No. 164) is set for hearing on May 29, 2025 at 9:00 AM.

**SIGNED this 14th day of May, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE