# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | CASE NO. 2:23-CV-00379-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. et al, | § | |
| T-MOBILE US, INC., ET AL. | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### May 29, 2025

**OPEN:** 9:03 a.m.                                             **ADJOURN:** 12:14 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEY FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Jenny Monroe |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

Josh Krevitt argued Defendants' Motions for Sanctions. 2:23-cv-00352, Dkt. No. 164, and 2:23-cv-00379, Dkt. No. 163. Marc Fenster responded. Josh Krevitt replied. Marc Fenster sur-replied. The Court carried the motion for further review of the record.

The Court postponed hearing oral argument on the Motions to Compel. 2:23-cv-00352, Dkt. No. 266, and 2:23-cv-00379, Dkt. No. 256. The Court further indicated to the parties that they would be decided on the papers. If the Court determines further argument is needed, the Court will take them up at a further hearing.