# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0352-JRG-RSP
Headwater Research, LLC v. Verizon Communications, Inc., et al.
2:23-CV-0379-JRG-RSP
Headwater Research, LLC v. T-Mobile US, Inc., et al.

May 29, 2025     9:00 am

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Plaintiff Headwater Research |
| Reza Mirzaie | " |
| Jason Wietholter | " |
| Philip Wang | " |
| Kristopher Davis | " |
| ~~Andrea Fair~~ Andrea Fair | " |
| Dale Chang | " |
| Robert Vincent | TMO/Verizon |
| Kate Dominguez | " |
| Andrew Robb | " |
| Brian Rosenthal | " |
| Charlie Sim | " |
| Hannah Bedard | " |
| Deron Dacus | Verizon |
| Tom Gorham | TMO |
| Josh Krevitt | TMO/Verizon |
| Adam Hoffman | Plaintiff Headwater |