# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00352-JRG-RSP |
| § | |
| CELLCO PARTNERSHIP D/B/A VERIZON § | |
| WIRELESS and VERIZON CORPORATE § | |
| SERVICES GROUP INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. The Court is of the opinion that the parties might benefit from mediation. Accordingly, the Court **ORDERS** the parties to mediate in this case as soon as practical. The mediation shall be conducted by the Hon. David Folsom, 6002 Summerfield Drive, Texarkana, Texas 75503, david@folsomadr.com. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel, local counsel, and a representative who has full and unilateral authority to act on and compromise on all pending disputes. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The district's applicable local rules shall otherwise govern and apply in all respects. The mediator may, within his discretion, afford any participant permission to attend virtually. However, the mediator may, by the same token, require in person participation, from any or all participants. Such matters are left to the mediator's sound discretion.

## So Ordered this

**Jun 3, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE