IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Case No. 2:23-cv-00352-JRG-RSP <br> CELLCO PARTNERSHIP d/b/a § <br> VERIZON WIRELESS, *et al* § <br> § <br> *Defendants*. § | |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 10th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE