AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:23-cv-00352-JRG-RSP |
| Cellco Partnership, d/b/a Verizon Wireless et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                          .

Date:      06/18/2025                                              /s/ Mackenzie Paladino
                                                                  *Attorney's signature*

                                                          Mackenzie Paladino, NY SBN 6039366
                                                          *Printed name and bar number*

                                                              Russ August & Kabat
                                                          12424 Wilshire Blvd., 12th Floor
                                                              Los Angeles, CA 90025

                                                                  *Address*

                                                              mpaladino@raklaw.com
                                                                  *E-mail address*

                                                                  (310) 826-7474
                                                                  *Telephone number*

                                                                  (310) 979-8268
                                                                  *FAX number*

Print          Save As...                                              Reset