# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>    *Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

## DEFENDANTS' NOTICE OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES

Pursuant to the Court's June 13, 2025 email correspondence, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") hereby give notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on June 23, 2025.

Verizon reserves the right to discuss prior art references, including but not limited to with respect to discussing the background state of the relevant art, non-infringing alternatives, and the lack of technical benefits attributable to the asserted patents over the prior art. Verizon also reserves the right to rely upon any closely related references, including literature that demonstrates the operation and public availability of the prior art.

Verizon does not intend to present any invalidity theories at the jury trial scheduled for June 23, 2025. Pursuant to the Court's ruling at the June 18, 2025 Pre-Trial Conference, to the

extent trial in this matter does not proceed on June 23, 2025, Verizon reserves the right to amend this notice within seven days of receiving a new trial setting.

Verizon intends to present the following equitable defenses: equitable estoppel, acquiescence, implied license, and waiver.

Verizon makes this disclosure based on its current knowledge and understanding of the asserted claims, Headwater's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date.

Dated: June 19, 2025        By:   */s/ Josh A. Krevitt*

Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3112
Facsimile: 214.571.2910

Andrew W. Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5334
Facsimile: 650.849.5034

Hannah L. Bedard
hbedard@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.777.9413
Fax: 202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
**Hogan Lovells**
555 13th St NW,

3

Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone: 903.705.1117

*Attorneys for Verizon*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 19, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*  
Josh A. Krevitt
