**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| VERIZON COMMUNICATIONS, INC. et al | § | |

---

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**June 18, 2025**

OPEN:   9:00 a.m.                                    ADJOURN:     11:24 a.m.

---

ATTORNEYS FOR PLAINTIFF:             See attached.

ATTORNEYS FOR DEFENDANTS:         See attached.

LAW CLERK:                                      Greg Saltz

COURT REPORTER:                           Shelly Holmes

COURTROOM DEPUTY:                      Wendy Asbel

Court opened.  Case called.  Andrea Fair introduced co-counsel and announced ready.  Deron Dacus introduced co-counsel and announced ready.

The Court noted on today's agenda being the remaining issues regarding the witnesses on each side and the potential issues regarding objections to first day deposition designations, and asked the parties if they had any additional issues to add.  Kris Davis mentioned outstanding issues including exhibits, depo designations, indemnification issues, hearsay issues, redactions, and a disqualification issue of a recently filed appearance by an attorney from WilmerHale.  Rob Vincent responded regarding related issues.

The Court heard objections to the witnesses and argument on deposition designations.   Mr. Davis argued for Plaintiff.  Mr. Vincent argued for Defendants.  The Court ordered Defendants to provide a narrowed list for trial by Monday.

The Court asked the parties to address the existing issues regarding Mr. Russell's deposition designation.  Dale Chang argued for Plaintiff.  Mr. Vincent responded.  The Court instructed the Parties to send the Court the transcript and line objections, the Court to then take up the issues on the papers.  Defendants will work on a narrowed list of designations and take up the matter

again this afternoon.  The Court asked the parties about the Kartik Umamaheswaran deposition designations.  Mr. Vincent responded.  The Court instructed the Parties to send the Court the transcript and line objections, the Court to then take up the issues on the papers.

Mr. Davis addressed the financial interest and indemnification issues and provided names of the relevant witnesses.  Deron Dacus responded.  The Court has tabled the matter temporarily and requested that the parties meet and confer on the issue.

The Court moved on to the issues regarding exhibits.  Mr. Davis addressed the issue regarding PTX-1188.  Mr. Vincent responded.  Defendants addressed the exhibits they would like reconsidered.  Mr. Vincent addressed the issue regarding DTX-14 and JX-15.  Mr. Davis responded.  The Court made rulings.

After the break the Court continued hearing argument on exhibits.  Mr. Davis argued for Plaintiff and addressed the issues regarding PTX-265, PTX-37, PTX-219, and PTX-81.  Mr. Vincent argued for Defendants.  The Court made rulings.

Next, the Court heard the parties' argument on invalidity issues.  Mr. Davis argued for Plaintiff. Mr. Vincent argued for Defendants. Mr. Fenster addressed the issue regarding preparing for trial. The Court made rulings.

The Court addressed the matter regarding the newly enrolled Wilmer Hale attorney and instructed the parties to take it up via written motion.  Brian Ledahl responded.  Andrew Danford replied.

The Court asked the parties regarding the results of their discussions regarding live fact witnesses. Mr. Vincent and Mr. Davis responded accordingly.  The Court set a deadline for Defendant to inform Plaintiff of their final witness list by tomorrow.

Mr. Davis addressed the matter of indemnification.  The Court stated that Plaintiff can address the issue in testimony.

The hearing was adjourned.