# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:23-CV-0352-JRG-RSP**
**Headwater Research LLC v. Verizon Communications Inc., et al.**
**June 18, 2025     9:00 am**

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Headwater |
| Reza Mirzaie | " |
| Kris Davis | " |
| Brian Ledahl | " |
| Dale Chang | " |
| James Tsuei | " |
| Philip Wang | " |
| Deron Dacus | Verizon |
| Robert Vincent | " |
| Andrew Danford | " |
| Michelle Zhu | " |
| | |
| | |
| | |
| | |
| | |