# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00352-JRG-RSP |
| v. | **JURY DEMANDED** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC., | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO REDACT PORTIONS OF THE MAY 30, 2025 PRETRIAL CONFERENCE TRANSCRIPT

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the May 30, 2025 Pretrial Conference Transcript. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.