# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |

### ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO EXPEDITE BRIEFING ON HEADWATER'S MOTION TO RECONSIDER PARTIAL DENIAL OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY (DKT. 353)

  Before the Court is Plaintiff's Unopposed Motion to Expedite Briefing on Headwater's Motion to Reconsider Partial Denial of Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery (Dkt. 353). The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

  Accordingly, Defendants' opposition to Headwater's Motion to Reconsider is due on or before July 1, 2025, and is limited to no more than four pages in length. No further briefing is permitted.