# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the May 30, 2025 Pretrial Conference Transcript. **Dkt. No. 352**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the redacted May 30, 2025 Pretrial Conference Transcript, attached as Dkt. No. 352-1, is entered.

**SIGNED this 25th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE