IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. 2:23-cv-00352-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court issues this Order to resolve first day deposition designation disputes. The Court—having now reviewed the transcripts of the depositions, any contemporaneous objections (or lack thereof), and the Parties' objections made following the pre-trial conference[1]—makes the following rulings:

**March 26, 2025 Deposition of Thomas Russel**

- 57:5-12 – The objection is sustained.

- 70:17-71:6 – The objection is overruled.

- 71:7-71:24 – The objection is sustained.

- 71:25-72:16 – The objection is overruled.

- 92:4-17 – The objection is overruled.

- 105:13-106:5 – The objection is overruled.

- 132:21-133:2 – The objection is sustained.

- 135:21-136:13 – The objection is overruled.

---

[1] *See* Dkt. No. 348 at 2.

- 136:14-136:23 – The objection is sustained.
- 136:24-137:8 – The objection is overruled.
- 137:9-138:1 – The objection is sustained.
- 139:5-25 – The objection is sustained.
- 140:20-141:6 – The objection is overruled.
- 213:5-9 – The objection is overruled.
- 213:10-214:8 – The objection is sustained.

**Use of errata for January 10, 2025 Deposition of Kartik Umamaheswaran**

- Use of errata as to 125:15-126:3 – The objection is sustained; this is an improper use of errata.
- Use of errata as to 132:15-21 – The objection is sustained; this is an improper use of errata.
- Use of errata as to 135:20-25 – The objection is sustained; this is an improper use of errata.
- Use of errata as to 140:8-24 – The objection is sustained; this is an improper use of errata.
- Use of errata as to 148:18-25 – The objection is sustained; this is an improper use of errata.
- Use of errata as to 168:7-12 – The objection is sustained; this is an improper use of errata.

**SIGNED this 25th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE