IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO REDACT PORTIONS OF THE JUNE 5, 2025 PRETRIAL CONFERENCE TRANSCRIPT**

　　Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the June 5, 2025 Pretrial Conference Transcript. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

1