# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

**VERIZON'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF MS. LAURA STAMM TO RESPOND TO HEADWATER'S RECENTLY ALLOWED SUPPLEMENTAL EXPERT REPORTS**

## I. INTRODUCTION

The Court recently granted leave for Headwater to supplement its expert reports to address certain data which Apple produced after the close of fact discovery ("Apple Data"). *See* Dkt. 347. Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Verizon") respectfully move to supplement the expert report of its damages expert, Ms. Laura Stamm ("Stamm Supplemental Report") to respond to Headwater's recently allowed supplemental reports. *See* Ex. 1. Headwater does not oppose Verizon's motion.

## II. BACKGROUND

On March 15, 2025, Headwater served a supplemental expert report for its technical expert, Dr. Richard Wesel, addressing—among other things—a document produced by Apple bearing Bates number APL-HEADWATER_00000716.

On March 19, 2025, Headwater served a report from its spectrum expert, Dr. Coleman Bazelon, calculating the effect of the Apple Data on Dr. Bazelon's saved spectrum opinions.

Verizon opposed Headwater's attempt to supplement its expert reports with new discovery. Nonetheless, on March 18, 2025, Verizon served the one-page Stamm Supplemental Report addressing Dr. Wesel's opinions regarding the Apple Data in the event Headwater would be permitted to supplement its reports.

On April 8, 2025, Headwater moved to for leave to supplement Dr. Wesel and Dr. Bazelon's opinions to address the Apple Data, as addressed in their supplemental reports served on March 15 and March 19. Verizon opposed the motion.

On June 20, 2025, the Court granted in-part Headwater's motion to supplement Dr. Wesel and Dr. Bazelon's opinions, allowing the portions of their reports that discuss the Apple Data. Dkt. 347 at 3-4. The Court denied Headwater's request to address other late-produced discovery.

On June 24, 2025, Verizon asked Headwater to confirm that Headwater would not oppose a motion for leave by Verizon to supplement Ms. Stamm's opinions with the supplemental report served on March 18, 2025, in light of the Court's partial grant of Headwater's motion for leave. On June 25, 2025, Headwater confirmed it would not oppose Verizon's motion.

## III.  ARGUMENT

The Court should grant Verizon's unopposed motion to supplement Ms. Stamm's opinions with the Stamm Supplemental Report. *See* Ex. 1. While it was Verizon's position that the supplemental reports by Headwater were untimely, and thus no supplemental reports by Verizon were necessary, Verizon nonetheless served the Supplemental Stamm Report on Headwater more than three months ago on March 18, 2025 for the possible eventuality the Court would allow Headwater's supplemental reports. Now that the Court has allowed Dr. Wesel and Dr. Bazelon to supplement their opinions to discuss the Apple Data, Verizon respectfully submits that the Court should grant Verizon leave to supplement Ms. Stamm's opinions with the supplemental report, which is purely responsive to the new issues raised in the portions of the supplemental reports by Dr. Wesel and Dr. Bazelon recently allowed by the Court.

Headwater will not be prejudiced if the Court allows the Stamm Supplemental Report. Headwater does not oppose this motion. The Stamm Supplemental Report also narrowly addresses the same Apple Data Headwater's experts discuss in their supplemental reports. And Verizon provided copies of the Stamm Supplemental Report to Headwater more than three months ago on March 18, 2025, which was only three days after Headwater served Dr. Wesel's supplemental report.

## IV.  CONCLUSION

Verizon respectfully requests that the Court grant leave for it to supplement Ms. Stamm's report with the Stamm Supplemental Report.

| | |
|---|---|
| Dated: June 26, 2025 | By: */s/ Josh A. Krevitt* |

        Josh A. Krevitt
        jkrevitt@gibsondunn.com
        Katherine Q. Dominguez
        kdominguez@gibsondunn.com
        Brian A. Rosenthal
        brosenthal@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Avenue
        New York, NY  10166-0193
        Telephone:  212.351.4000
        Facsimile:  212.351.4035

        Robert Vincent
        rvincent@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        2001 Ross Avenue, Suite 2100
        Dallas, TX 75201
        Telephone:  214.698.3112
        Facsimile:  214.571.2910

        Andrew W. Robb (CA Bar No. 291438)
        arobb@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        310 University Avenue
        Palo Alto, CA 94301
        Telephone:  650.849.5334
        Facsimile:  650.849.5034

        Michelle Zhu
        mzhu@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        1700 M Street, N.W.
        Washington, D.C. 20036
        Telephone:  202.777.9413
        Fax:  202.831.6063

        Celine Crowson (D.C. Bar No. 0436549A)
        **Hogan Lovells**
        555 13th St NW,
        Washington, D.C. 20004
        Telephone:  202-637-5600
        celine.crowson@hoganlovells.com

        Tej Singh (California Bar No. 286547)
        Yi Zhang (California Bar No. 342823)

Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 26, 2025.

/s/ *Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Verizon complied with the meet and confer requirement in Local Rule CV-7(h) and counsel for Headwater indicated via email on June 25, 2025 that Headwater does not oppose this motion.

/s/ *Josh A. Krevitt*
Josh A. Krevitt