# EXHIBIT 1

**CONFIDENTIAL DOCUMENT
FILED UNDER SEAL**