UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-cv-00352 |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF MS. LAURA STAMM**

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Verizon") Unopposed Motion for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwater's Recently Allowed Supplemental Expert Reports ("Motion"). Having considered the briefing, the Court hereby **GRANTS** the Motion. **IT IS SO ORDERED**.