# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS INC., § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS, and VERIZON CORPORATE § <br> SERVICES GROUP, INC., § <br> § <br> *Defendants*. § | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the June 5, 2025 Pretrial Conference Transcript. **Dkt. No. 359**. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

**SIGNED this 27th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE