**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., | Case No. 2:23-CV-00352-JRG-RSP |
| *Defendants*. | |

**DEFENDANTS' NOTICE OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES**

Pursuant to the Court's June 27, 2025 email correspondence, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") hereby give notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on July 7, 2025.

Verizon reserves the right to discuss prior art references, including but not limited to with respect to discussing the background state of the relevant art, non-infringing alternatives, and the lack of technical benefits attributable to the asserted patents over the prior art. Verizon also reserves the right to rely upon any closely related references, including literature that demonstrates the operation and public availability of the prior art.

Verizon does not intend to present any invalidity theories at the jury trial scheduled for July 7, 2025. Pursuant to the Court's ruling at the June 18, 2025 Pre-Trial Conference, to the

extent trial in this matter does not proceed on July 7, 2025, Verizon reserves the right to amend this notice within seven days of receiving a new trial setting.

Verizon intends to present the following equitable defenses: equitable estoppel, acquiescence, implied license, and waiver.

Verizon makes this disclosure based on its current knowledge and understanding of the asserted claims, Headwater's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date.

Dated: July 3, 2025                    By:  /s/ Josh A. Krevitt
                                            Josh A. Krevitt
                                            jkrevitt@gibsondunn.com
                                            Katherine Q. Dominguez
                                            kdominguez@gibsondunn.com
                                            Brian A. Rosenthal
                                            brosenthal@gibsondunn.com
                                            Eliyahu Balsam
                                            ebalsam@gibsondunn.com
                                            Charlie Sim
                                            csim@gibsondunn.com
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            200 Park Avenue
                                            New York, NY  10166-0193
                                            Telephone:  212.351.4000
                                            Facsimile:  212.351.4035

                                            Robert Vincent
                                            rvincent@gibsondunn.com
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            2001 Ross Avenue, Suite 2100
                                            Dallas, TX 75201
                                            Telephone:  214.698.3112
                                            Facsimile:  214.571.2910

                                            Andrew W. Robb
                                            arobb@gibsondunn.com
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            310 University Avenue
                                            Palo Alto, CA 94301
                                            Telephone:  650.849.5334
                                            Facsimile:  650.849.5034

                                            Hannah L. Bedard
                                            hbedard@gibsondunn.com
                                            Michelle Zhu
                                            mzhu@gibsondunn.com
                                            **GIBSON, DUNN & CRUTCHER LLP**
                                            1700 M Street, N.W.
                                            Washington, D.C. 20036
                                            Telephone:  202.777.9413
                                            Fax:  202.831.6063

                                            Celine Crowson (D.C. Bar No. 0436549A)
                                            **Hogan Lovells**
                                            555 13th St NW,

3

Washington, D.C. 20004
Telephone:  202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone:  903.705.1117

*Attorneys for Verizon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*
Josh A. Krevitt