# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:23-cv-352-JRG-RSP<br><br>(Lead Case) |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Plaintiff Headwater Research LLC, ("Plaintiff"), and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Garrett Parish, Texas State Bar No. 24125824, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, Texas 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: July 3, 2025                                      Respectfully submitted,

                                                         */s/ Garrett C. Parish*
                                                         Marc Fenster
                                                         CA State Bar No. 181067
                                                         Reza Mirzaie
                                                         CA State Bar No. 246953
                                                         Brian Ledahl
                                                         CA State Bar No. 186579
                                                         Ben Wang
                                                         CA State Bar No. 228712
                                                         Adam Hoffman
                                                         CA State Bar No. 218740
                                                         Paul Kroeger

CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
Garrett C. Parish
Texas Bar No. 24125824
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com
garrett@millerfairhenry.com

***Attorneys For Plaintiff,
Headwater Research LLC***