# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., | § § § § § |
| *Defendants*. | § |

## ORDER

Before the Court is the Claim Construction Memorandum Opinion and Order ("Order") of Magistrate Judge Payne dated January 21, 2025 (Dkt. No. 140). Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group, Inc. ("Verizon") have filed Objections to the Order (Dkt. No. 148), with Plaintiff Headwater Research LLC ("Headwater") filing a response (Dkt. No. 158.)

After considering the reasoning provided in the Order, the underlying claim construction briefing, and Verizon's Objections, the Court agrees with the conclusions reached within the Order and finds Verizon's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** Verizon's Objections and **ADOPTS** Magistrate Judge Payne's Order.

**So ORDERED and SIGNED this 8th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE