# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:23-cv-00352-JRG-RSP |
| VERIZON COMMUNICATIONS INC., | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS, and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| *Defendants*. | § | |

## ORDER

Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group, Inc previously filed a Motion to Dismiss for Lack of Standing (Dkt. No. 189.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 292), recommending denial of Verizon's Motion to Dismiss for Lack of Standing. Verizon has now filed Objections (Dkt. No. 330) and Headwater has filed its Response (Dkt. No. 364.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Lack of Standing, the Report and Recommendation, Verizon's Objections, and Headwater's Response, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous. Consequently, the Court **OVERRULES** Verizon's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion to Dismiss for Lack of Standing (Dkt. No. 189) is **DENIED**.

So ORDERED and SIGNED this 9th day of July, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE