**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:23-cv-00352-JRG-RSP |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., | § § § § § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group, Inc previously filed a Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,589,541. (Dkt. No. 177.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 311), recommending denial of Verizon's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,589,541. Verizon has now filed Objections (Dkt. No. 340) and Headwater has filed its Response (Dkt. No. 373).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,589,541, the Report and Recommendation, and the briefing on Verizon's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous. Consequently, the Court **OVERRULES** Verizon's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,589,541 (Dkt. No. 177) is **DENIED**.

So ORDERED and SIGNED this 9th day of July, 2025.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE