# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> VERIZON COMMUNICATIONS INC., § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS, and VERIZON CORPORATE § <br> SERVICES GROUP, INC., § <br> § <br> *Defendants*. § | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Defendants Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group, Inc. previously filed a Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products (Dkt. No. 183.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 315), recommending denial of Verizon's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products. Verizon has now filed Objections (Dkt. No. 342) and Headwater has filed its Response (Dkt. No. 370).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products, the Report and Recommendation, and the briefing on Verizon's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous. Consequently, the Court **OVERRULES** Verizon's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products (Dkt. No. 183) is **DENIED**.

**So ORDERED and SIGNED this 9th day of July, 2025.**

                                                RODNEY GILSTRAP  
                                                UNITED STATES DISTRICT JUDGE