UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO EXPEDITE BRIEFING ON HEADWATER'S MOTION TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR**

Before the Court is Plaintiff's Unopposed Motion to Expedite Briefing on Plaintiff's Motion to Disqualify Wilmer Cutler Pickering Hale & Dorr. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, Defendants' opposition to Headwater's Motion to Disqualify is due on or before July 14, 2025. No further briefing is permitted.