IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP |

### ORDER

Before the Court is Plaintiff's Unopposed Motion to Expedite Briefing on Plaintiff's Motion to Disqualify Wilmer Cutler Pickering Hale & Dorr (Dkt. No. 385). **Dkt. No. 386**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants' opposition to Headwater's Motion to Disqualify is due **by July 11, 2025 at 3:00 p.m.** No further briefing is permitted.

**SIGNED this 10th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1