**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> Defendants. | Civil Action No. 2:23-cv-00352-JRG-RSP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF DEFENDANTS' OBJECTIONS TO ORDER DISQUALIFYING WILMER CUTLER PICKERING HALE AND DORR LLP**

Before the Court is Defendants' Unopposed Motion to Expedite Briefing and Consideration of Defendants' Objections to Order Disqualifying Wilmer Cutler Pickering Hale and Dorr LLP.  Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff's response, if any, to Defendants' Objections to Order Disqualifying Wilmer Cutler Pickering Hale and Dorr LLP is due by **July 14, 2025**.

**SO ORDERED.**

_____
United States District Judge

1