# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

## DEFENDANTS' NOTICE OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES

Pursuant to the Court's July 7, 2025 email correspondence, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") hereby give notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on July 17, 2025.

Verizon reserves the right to discuss prior art references, including but not limited to with respect to discussing the background state of the relevant art, non-infringing alternatives, and the lack of technical benefits attributable to the asserted patents over the prior art. Verizon also reserves the right to rely upon any closely related references, including literature that demonstrates the operation and public availability of the prior art.

Verizon does not intend to present any invalidity theories at the jury trial scheduled for July 17, 2025. Pursuant to the Court's ruling at the June 18, 2025 Pre-Trial Conference, to the

extent trial in this matter does not proceed on July 17, 2025, Verizon reserves the right to amend this notice within seven days of receiving a new trial setting.

Verizon intends to present the following equitable defenses: equitable estoppel, acquiescence, implied license, and waiver.

Verizon makes this disclosure based on its current knowledge and understanding of the asserted claims, Headwater's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date.

Dated: July 14, 2025        By:  /s/ *Josh A. Krevitt*
　　　　　　　　　　　　　　　　Josh A. Krevitt
　　　　　　　　　　　　　　　　jkrevitt@gibsondunn.com
　　　　　　　　　　　　　　　　Katherine Q. Dominguez
　　　　　　　　　　　　　　　　kdominguez@gibsondunn.com
　　　　　　　　　　　　　　　　Brian A. Rosenthal
　　　　　　　　　　　　　　　　brosenthal@gibsondunn.com
　　　　　　　　　　　　　　　　Eliyahu Balsam
　　　　　　　　　　　　　　　　ebalsam@gibsondunn.com
　　　　　　　　　　　　　　　　Charlie Sim
　　　　　　　　　　　　　　　　csim@gibsondunn.com
　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, NY  10166-0193
　　　　　　　　　　　　　　　　Telephone:  212.351.4000
　　　　　　　　　　　　　　　　Facsimile:  212.351.4035

　　　　　　　　　　　　　　　　Robert Vincent
　　　　　　　　　　　　　　　　rvincent@gibsondunn.com
　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　Telephone:  214.698.3112
　　　　　　　　　　　　　　　　Facsimile:  214.571.2910

　　　　　　　　　　　　　　　　Andrew W. Robb
　　　　　　　　　　　　　　　　arobb@gibsondunn.com
　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　310 University Avenue
　　　　　　　　　　　　　　　　Palo Alto, CA 94301
　　　　　　　　　　　　　　　　Telephone:  650.849.5334
　　　　　　　　　　　　　　　　Facsimile:  650.849.5034

　　　　　　　　　　　　　　　　Hannah L. Bedard
　　　　　　　　　　　　　　　　hbedard@gibsondunn.com
　　　　　　　　　　　　　　　　Michelle Zhu
　　　　　　　　　　　　　　　　mzhu@gibsondunn.com
　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　1700 M Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Telephone:  202.777.9413
　　　　　　　　　　　　　　　　Fax:  202.831.6063

　　　　　　　　　　　　　　　　Celine Crowson (D.C. Bar No. 0436549A)
　　　　　　　　　　　　　　　　**Hogan Lovells**
　　　　　　　　　　　　　　　　555 13th St NW,

Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Phone: 903.705.1117

*Attorneys for Verizon*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*
Josh A. Krevitt
