## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:23-cv-00352-JRG-RSP |
| VERIZON COMMUNICATIONS INC., | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS, and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

The Court issues this Order *sua sponte*. Jury selection in this case has been previously set for Thursday, July 17, 2025, at 9:00 a.m. The Court **RESETS** jury selection for Wednesday, July 16, 2025, at 1:00 p.m. The Court does not intend to begin evidence until the morning of Thursday, July 17, 2025. Further, in light of material narrowing of the issues before the Court since the time of the pre-trial conference, the previous allocation of 11 hours per side to present evidence is **REDUCED** to 10 hours per side. The time allocation previously given for *voir dire*, opening statements, and closing statements remains unchanged.

So ORDERED and SIGNED this 14th day of July, 2025.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE