IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff,*<br>v.<br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br>*Defendants.* | § § § § § § § § § § § § Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Expedite Briefing and Consideration of Defendants' Objections to Order Disqualifying Wilmer Cutler Pickering Hale and Dorr LLP (Dkt. 391) (the "Motion") filed by Defendants Verizon Communications Inc., Cellco Partnership d/b/a/ Verizon Wireless, and Verizon Corporate Services Group, Inc. (collectively, "Defendants" or "Verizon"). (Dkt. No. 395.)  In the Motion, Verizon moves under Local Rule CV-7(e) for expedited briefing and consideration of Defendants' Objection to Judge Payne's July 11, 2025, Memorandum Order granting Plaintiff Headwater Research LLC's motion to disqualify Wilmer Cutler Pickering Hale and Dorr LLP.  (*Id.* at 1.)  Defendants represent that they met and conferred with counsel for Plaintiff concerning the relief sought by this Motion and that counsel for Plaintiff did not oppose the Motion but also could not agree to file a response by the close of business today. (*Id.* at 2.)

Having considered the Motion, and noting that Headwater does not oppose the request to expedite briefing, the Court finds that the request to expedite briefing should be and hereby is **GRANTED**.  It is therefore **ORDERED** that Headwater shall have until 12:00 p.m. central time on July 15, 2025, to file its response, if any, to Defendants' Objections to Order Disqualifying Wilmer Cutler Pickering Hale and Dorr LLP (Dkt. 391).

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE