AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Headwater Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-CV-00352-JRG-RSP |
| Verizon Communications, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Service Group.

Date: 07/14/2025

/s/ Joseph Raffetto
*Attorney's signature*

Joseph Raffetto (DC Bar 982602 )
*Printed name and bar number*

Hogan Lovells US LLP
555 13 th St NW
Washington, DC 20004
*Address*

joseph.raffetto@hoganlovells.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*