# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Joint Motion for Leave to Supplement Expert Reports. **Dkt. No. 401**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiff is hereby given leave to supplement the opening expert reports of Coleman Bazelon and Jim Bergman.

It is further **ORDERED** that Defendants are hereby given leave to supplement the rebuttal expert report of Laura Stamm.

**SIGNED this 15th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE