IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Plaintiff Headwater Research LLC previously filed a Motion to Disqualify Wilmer Cutler Pickering Hale & Dorr. (Dkt. No. 385.) Magistrate Judge Payne entered a Memorandum Order granting Headwater's Motion to Disqualify. (Dkt. No. 391). Defendants have now filed Objections (Dkt. No. 394) and Headwater has filed its Response (Dkt. No. 402.)

After reviewing the briefing on the Motion to Disqualify, Judge Payne's Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law. Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 394) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 391).

So ORDERED and SIGNED this 15th day of July, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE