IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Headwater Research LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,<br><br>*Defendants*. | CASE NO. 2:23-cv-00352<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Jaysen S. Chung
California Bar No. 280708
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715
Telephone: (415) 393-8271
Facsimile: (415) 374-8405
JSChung@gibsondunn.com

Dated: July 16, 2025

Respectfully submitted,

/s/ *Jaysen S. Chung*
Jaysen S. Chung
California Bar No. 280708
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8271
Facsimile: (415) 374-8405
Email: JSChung@gibsondunn.com

*Counsel Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 16, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jaysen S. Chung*