IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| v. | § § | CASE NO. 2:23-CV-00352-JRG-RSP |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** *et al* | § § § § | |

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
July 16, 2025

**OPEN:** 12:53 PM                                              **ADJOURN:** 06:09 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                                       Riley Zoch
                                                             Danielle Zapata
                                                             Gregory Saltz

COURT REPORTER:                           Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 12:53 PM | Court opened. |
| 12:53 PM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 01:07 PM | Court called for announcements from the parties. |
| 01:08 PM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 01:18 PM | Prospective Jurors began introduction of themselves. |
| 01:39 PM | Court provided additional instructions to Jury Pool. |
| 01:43 PM | *Voir dire* on behalf of Plaintiff by Ms. Fair. |
| 02:13 PM | *Voir dire* on behalf of Defendants by Mr. Dacus. |
| 02:44 PM | Bench conference with counsel re: challenges for cause. |
| 02:47 PM | Bench conference concluded. |
| 02:47 PM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 02:49 PM | Remainder of Jury Pool recessed. |
| 02:50 PM | Counsel approached bench. |
| 02:51 PM | Strike conference began with specifically named juror(s). |

| TIME | MINUTE ENTRY |
|---|---|
| 03:03 PM | Strike conference concluded.  Attorneys excused to exercise strikes. |
| 03:03 PM | Recess. |
| 03:36 PM | Court reconvened. |
| 03:36 PM | Instructions given by the Court.  Jurors selected. |
| 03:39 PM | Jurors sworn. |
| 03:41 PM | Remainder of Jury Pool excused. |
| 03:42 PM | Additional instructions given by the Court. |
| 03:59 PM | Jury recessed for break. |
| 03:59 PM | Court addressed Dkt. No. 38 and GRANTED same. |
| 04:01 PM | Recess. |
| 04:20 PM | Court reconvened. |
| 04:21 PM | Jury returned to courtroom. |
| 04:21 PM | Court gave preliminary instructions to Jury. |
| 04:56 PM | Notebooks provided to Jury. |
| 04:56 PM | Continuation of Court's preliminary instructions to Jury. |
| 05:03 PM | Plaintiff's opening statement by Mr. Fenster. |
| 05:33 PM | Defendants' opening statement by Mr. Krevitt. |
| 06:03 PM | Opening statements concluded. |
| 06:04 PM | Court provided instructions to the Jury. |
| 06:04 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:05 PM | Court will be available in the morning to take up any unresolved overnight disputes.  Court encouraged the parties to continue with their meet and confer obligations. |
| 06:09 PM | Court adjourned. |