

**2:23-cv-00352-JRG-RSP**
**Headwater Research LLC v Cellco Partnership d/b/a Verizon Wireless *et al***
**July 16, 2025 at 9:00 AM**

## Trial (with Jury Selection) -- Day 1

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Plaintiff |
| Reza Mirzaie | " " |
| Brian Ledahl | " " |
| Andrea Fair | " " |
|  |  |
| Deron Dacus | Defendants |
| Brian Rosenthal | " " |
| Katherine Dominguez | " " |
| Josh Krevitt | " " |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Gregory Raleigh | Plaintiff |
| Steven Rice | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |