# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Case No. 2:23-CV-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE REGARDING UPDATES TO
## PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon") submit this joint notice regarding updates to proposed jury instructions and verdict form. On May 16, 2025, the parties filed proposed jury instructions and verdict forms with the JPTO. *See* Dkt. 283-11 (proposed jury instructions), Dkts. 283-12 & 283-13 (proposed verdict forms). Subsequently, the parties served final elections that substantially narrowed the issues for trial. *See* Dkts. 393, 396.

Accordingly, the parties wish to provide the Court with updated versions of the jury instructions and verdict form that reflect the final elections. Attached hereto is Exhibit A (proposed jury instructions), and the parties will supplement with Exhibit B (proposed verdict form).

The parties are continuing to meet and confer on the jury instructions and verdict form in an effort to narrow disputes. The parties will also exchange positions and objections for any remaining disputes. The parties expect to submit final proposed jury instructions and verdict form before the charge conference, in accordance with the Court's guidance and procedures.

| | |
|---|---|
| Dated: July 17, 2025 | Respectfully submitted, |
| | |
| /s/ Marc Fenster | /s/ Josh A. Krevitt |
| Marc Fenster | Josh A. Krevitt |
| CA State Bar No. 181067 | jkrevitt@gibsondunn.com |
| Reza Mirzaie | Katherine Q. Dominguez |
| CA State Bar No. 246953 | kdominguez@gibsondunn.com |
| Brian Ledahl | Brian A. Rosenthal |
| CA State Bar No. 186579 | brosenthal@gibsondunn.com |
| Ben Wang | Eliyahu Balsam |
| CA State Bar No. 228712 | ebalsam@gibsondunn.com |
| Adam Hoffman | Charlie Sim |
| CA State Bar No. 218740 | csim@gibsondunn.com |
| Paul Kroeger | **GIBSON, DUNN & CRUTCHER LLP** |
| CA State Bar No. 229074 | 200 Park Avenue |
| Neil A. Rubin | New York, NY 10166-0193 |
| CA State Bar No. 250761 | Telephone: 212.351.4000 |
| Kristopher Davis | Facsimile: 212.351.4035 |
| CA State Bar No. 329627 | |
| James S. Tsuei | Robert Vincent |
| CA State Bar No. 285530 | rvincent@gibsondunn.com |
| Philip Wang | **GIBSON, DUNN & CRUTCHER LLP** |
| CA State Bar No. 262239 | 2001 Ross Avenue, Suite 2100 |
| James Milkey | Dallas, TX 75201 |
| CA State Bar No. 281283 | Telephone: 214.698.3112 |
| Jason M. Wietholter | Facsimile: 214.571.2910 |
| CA State Bar No. 337139 | |
| James Pickens | Andrew W. Robb (CA Bar No. 291438) |
| CA State Bar No. 307474 | arobb@gibsondunn.com |
| Qi (Peter) Tong | **GIBSON, DUNN & CRUTCHER LLP** |
| TX State Bar No. 24119042 | 310 University Avenue |
| RUSS AUGUST & KABAT | Palo Alto, CA 94301 |
| 12424 Wilshire Blvd. 12th Floor | Telephone: 650.849.5334 |
| Los Angeles, CA 90025 | Facsimile: 650.849.5034 |
| Telephone: 310-826-7474 | |
| rak_headwater@raklaw.com | Hannah L. Bedard |
| | hbedard@gibsondunn.com |
| Andrea L. Fair | Michelle Zhu |
| TX State Bar No. 24078488 | mzhu@gibsondunn.com |
| MILLER FAIR HENRY PLLC | **GIBSON, DUNN & CRUTCHER LLP** |
| 1507 Bill Owens Parkway | 1700 M Street, N.W. |
| Longview, Texas 75604 | Washington, D.C. 20036 |
| Telephone: 903-757-6400 | Telephone: 202.777.9413 |
| | Facsimile: 202.831.6063 |
| | |
| | Jaysen S. Chung |

2

andrea@millerfairhenry.com

*Attorneys for Plaintiff Headwater*

jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
Telephone:  415.393.8200
Facsimile:  415.393.8306

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
**Hogan Lovells**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone:  202.637.5600

Tej Singh (California Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (California Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (California Bar No. 344100)
kyle.xu@hoganlovells.com
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415.374.2300

Deron R. Dacus (TX Bar No. 00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone:  903.705.1117

*Attorneys for Defendants Verizon*

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

I certify that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing of this joint notice.

*/s/ Marc Fenster*
Marc Fenster