# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS,** *et al* | § | |
| | § | |

## MINUTES FOR JURY TRIAL DAY NO. 2
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 17, 2025

**OPEN:** 08:31 AM                                                                 **ADJOURN:** 06:19 PM

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEYS FOR DEFENDANTS:       See attached

LAW CLERKS:                     Riley Zoch
                                Danielle Zapata
                                Gregory Saltz

COURT REPORTER:                 Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:               Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:31 AM | Court opened. |
| 08:33 AM | Jury entered the courtroom. |
| 08:33 AM | Rule invoked. |
| 08:34 AM | Plaintiff's case-in-chief: |
| 08:34 AM | Witness sworn. |
| 08:34 AM | Direct examination of Dr. Gregory Raleigh by Ms. Fair. |
| 09:21 AM | Cross examination of Dr. Gregory Raleigh by Mr. Krevitt. |
| 09:53 AM | Redirect examination of Dr. Gregory Raleigh by Ms. Fair. |
| 10:01 AM | Recross examination of Dr. Gregory Raleigh by Mr. Krevitt. |
| 10:03 AM | Completion of testimony of Dr. Gregory Raleigh. |
| 10:03 AM | Jury recessed for break. |
| 10:08 AM | Recess. |
| 10:18 AM | Court reconvened. |
| 10:19 AM | Jury returned to courtroom. |
| 10:20 AM | Ms. Fair introduced the video deposition designation of Mr. Thomas Russell. |
| 10:36 AM | Video deposition designation of Mr. Thomas Russell concluded. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:36 AM | Ms. Fair introduced the video deposition designation of Mr. Kartik Umamaheswaran. |
| 10:49 AM | Video deposition designation of Mr. Kartik Umamaheswaran concluded. |
| 10:49 AM | Ms. Fair introduced the video deposition designation of Mr. Michael Kondratiuk. |
| 10:54 AM | Video deposition designation of Mr. Michael Kondratiuk concluded. |
| 10:54 AM | Ms. Fair introduced the video deposition designation of Mr. Amith Yamasani. |
| 10:55 AM | Court provided an instruction re: witness, Mr. Amith Yamasani. |
| 10:55 AM | Continuation of video deposition designation of Mr. Amith Yamasani. |
| 11:14 AM | Video deposition designation of Mr. Amith Yamasani concluded. |
| 11:14 AM | Ms. Fair introduced the video deposition designation of Mr. Michael Schiksnis. |
| 11:14 AM | **Courtroom sealed**. |
| 11:15 AM | Continuation of video deposition designation of Mr. Michael Schiksnis. |
| 11:16 AM | Video deposition designation of Mr. Michael Schiksnis concluded. |
| 11:16 AM | **Courtroom unsealed**. |
| 11:17 AM | Ms. Fair introduced the video deposition designation of Mr. David Chan. |
| 11:18 AM | Court provided an instruction re: witness, Mr. David Chan. |
| 11:37 AM | Video deposition designation of Mr. David Chan concluded. |
| 11:38 AM | Jury recessed for lunch break. |
| 11:39 AM | Recess. |
| 12:42 PM | Court reconvened. |
| 12:45 PM | Jury returned to courtroom. |
| 12:45 PM | Witness sworn. |
| 12:46 PM | Court provided explanation to Jury re: use of an adverse witness. |
| 12:47 PM | Direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:05 PM | **Courtroom sealed**. |
| 01:06 PM | Continuation direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:21 PM | **Courtroom unsealed**. |
| 01:22 PM | Continuation direct examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 01:32 PM | Cross examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Rosenthal. |
| 02:11 PM | Redirect examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Mirzaie. |
| 02:18 PM | Recross examination of Mr. Kartik Venkatraman (adverse witness) by Mr. Rosenthal. |
| 02:20 PM | Completion of testimony of Mr. Kartik Venkatraman (adverse witness). |
| 02:20 PM | Ms. Fair introduced the video deposition designation of Mr. Kyle Malady. |
| 02:23 PM | Video deposition designation of Mr. Kyle Malady concluded. |
| 02:24 PM | Jury recessed for break. |
| 02:25 PM | Recess. |
| 02:37 PM | Court reconvened. |
| 02:38 PM | Jury returned to courtroom. |
| 02:38 PM | Witness sworn. |
| 02:39 PM | Direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 04:09 PM | **Courtroom sealed.** |
| 04:10 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:17 PM | **Courtroom unsealed.** |
| 04:18 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 04:29 PM | Objection made. |
| 04:29 PM | Jury retired to jury room. |
| 04:29 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:33 PM | Jury returned to courtroom. |
| 04:34 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 05:01 PM | Bench conference. |
| 05:02 PM | Bench conference concluded. |
| 05:02 PM | Jury recessed for break. |
| 05:05 PM | Recess. |
| 05:15 PM | Court reconvened. |
| 05:15 PM | Jury returned to courtroom. |
| 05:16 PM | Continuation direct examination of Dr. Richard Wesel by Mr. Fenster. |
| 05:44 PM | Cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 06:01 PM | Bench conference. |
| 06:02 PM | Bench conference concluded. |
| 06:02 PM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 06:17 PM | Court provided instructions to the Jury. |
| 06:17 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 06:18 PM | Court will be available in the morning to take up any unresolved overnight disputes. Court encouraged the parties to continue with their meet and confer obligations. |
| 06:19 PM | Court adjourned. |