# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| v. | § § | CASE NO.  2:23-CV-00352-JRG-RSP |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** *et al* | § § § § | |

### MINUTES FOR JURY TRIAL DAY NO. 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 18, 2025

**OPEN:  08:32 AM**                                                                                 **ADJOURN:   06:06 PM**

ATTORNEYS FOR PLAINTIFF:         See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERKS:                                     Riley Zoch
                                                            Danielle Zapata
                                                            Gregory Saltz

COURT REPORTER:                          Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:32 AM | Court opened. |
| 08:33 AM | Exhibits used prior day read into the record. |
| 08:36 AM | Jury entered the courtroom. |
| 08:36 AM | Continuation Plaintiff's case-in-chief: |
| 08:36 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:06 AM | Bench conference. |
| 09:08 AM | Bench conference concluded. |
| 09:09 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:20 AM | Bench conference. |
| 09:23 AM | Bench conference concluded. |
| 09:23 AM | Continuation cross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 09:55 AM | Redirect examination of Dr. Richard Wesel by Mr. Fenster. |
| 10:26 AM | Recross examination of Dr. Richard Wesel by Mr. Rosenthal. |
| 10:33 AM | Completion of testimony of Dr. Richard Wesel. |
| 10:34 AM | Jury recessed for break. |
| 10:35 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:46 AM | Court reconvened. |
| 10:48 AM | Jury returned to courtroom. |
| 10:48 AM | Ms. Fair introduced the video deposition designation of Mr. Ed Diaz. |
| 10:48 AM | Court provided explanation to the Jury re: testimony offered by video deposition when witness is present in the courtroom to later provide live testimony. |
| 10:53 AM | Video deposition designation of Mr. Ed Diaz concluded. |
| 10:53 AM | Witness affirmed. |
| 10:54 AM | Direct examination of Dr. Coleman Bazelon by Mr. Ledahl. |
| 11:24 AM | Cross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 12:10 PM | Bench conference. |
| 12:11 PM | Bench conference concluded. |
| 12:12 PM | Redirect examination of Dr. Coleman Bazelon by Mr. Ledahl. |
| 12:19 PM | Recross examination of Dr. Coleman Bazelon by Mr. Dacus. |
| 12:23 PM | Completion of testimony of Dr. Coleman Bazelon. |
| 12:23 PM | Jury recessed for lunch break. |
| 12:25 PM | Court directed counsel to meet and confer and ordered the submission of a jointly prepared updated final jury instructions and verdict form by 12:00 noon on Monday in Word format and electronically transmitted to Court staff. |
| 12:26 PM | Recess. |
| 01:39 PM | Court reconvened. |
| 01:39 PM | Jury returned to courtroom. |
| 01:40 PM | Witness sworn. |
| 01:40 PM | Direct examination of Mr. Jim Bergman by Mr. Ledahl. |
| 02:12 PM | Cross examination of Mr. Jim Bergman by Ms. Dominguez. |
| 02:42 PM | Redirect examination of Mr. Jim Bergman by Mr. Ledahl. |
| 02:45 PM | Completion of testimony of Mr. Jim Bergman. |
| 02:46 PM | Plaintiff rested its case-in-chief. |
| 02:46 PM | Jury recessed for break. |
| 02:47 PM | Court addressed the following:<br>• Dkt. No. 309; and<br>• Dkt. No. 381. |
| 02:57 PM | Recess. |
| 03:11 PM | Court reconvened. |
| 03:12 PM | Jury returned to courtroom. |
| 03:12 PM | Defendants' case-in-chief: |
| 03:12 PM | Witness sworn. |
| 03:13 PM | Direct examination of Mr. Steven Rice by Mr. Krevitt. |
| 03:47 PM | Bench conference. |
| 03:51 PM | Bench conference concluded. |
| 03:52 PM | Cross examination of Mr. Steven Rice by Ms. Fair. |
| 04:13 PM | Redirect examination of Mr. Steven Rice by Mr. Krevitt. |
| 04:18 PM | Completion of testimony of Mr. Steven Rice. |
| 04:19 PM | Witness sworn. |
| 04:20 PM | Direct examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:40 PM | Cross examination of Mr. Ed Diaz by Mr. Chang. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:43 PM | Objection raised. |
| 04:43 PM | Jury retired to the jury room. |
| 04:44 PM | Court heard argument outside presence of the Jury and made rulings as set forth in the record. |
| 04:49 PM | Jury returned to courtroom. |
| 04:49 PM | Continuation cross examination of Mr. Ed Diaz by Mr. Chang. |
| 04:52 PM | Redirect examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:54 PM | Recross examination of Mr. Ed Diaz by Mr. Chang. |
| 04:55 PM | Additional redirect examination of Mr. Ed Diaz by Ms. Dominguez. |
| 04:56 PM | Completion of testimony of Mr. Ed Diaz. |
| 04:56 PM | Mr. Dacus introduced the video deposition designation of Dr. Gregory Raleigh. |
| 04:57 PM | Court provided explanation to the Jury re: testimony offered by video deposition when witness is present in the courtroom and previously provided live testimony. |
| 04:57 PM | Continuation of video deposition designation of Dr. Gregory Raleigh. |
| 05:12 PM | Video deposition designation of Dr. Gregory Raleigh concluded. |
| 05:12 PM | Mr. Dacus introduced the video deposition designation of Mr. Alireza Raissinia. |
| 05:12 PM | Bench conference. |
| 05:13 PM | Bench conference concluded. |
| 05:13 PM | Continuation video deposition designation of Mr. Alireza Raissinia. |
| 05:21 PM | Video deposition designation of Mr. Alireza Raissinia concluded. |
| 05:21 PM | Mr. Dacus introduced the video deposition designation of Mr. James Lavine. |
| 05:24 PM | Video deposition designation of Mr. James Lavine concluded. |
| 05:24 PM | Witness sworn. |
| 05:25 PM | Direct examination of Mr. Sid Sibal by Mr. Krevitt. |
| 05:40 PM | Cross examination of Mr. Sid Sibal by Mr. Wang. |
| 05:53 PM | Redirect examination of Mr. Sid Sibal by Mr. Krevitt. |
| 05:53 PM | Completion of testimony of Mr. Sid Sibal. |
| 05:53 PM | Bench conference. |
| 05:54 PM | Bench conference concluded. |
| 05:54 PM | Witness sworn |
| 05:55 PM | Direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 06:02 PM | Court provided instructions to the Jury. |
| 06:03 PM | Jury recessed for the day to return at 12:00 PM on Monday. |
| 06:05 PM | Court reminded the parties of the 12:00 noon deadline on Monday for submission of jointly prepared updated final jury instructions and verdict form. |
| 06:06 PM | Court adjourned. |