

**2:23-cv-00352-JRG-RSP**
Headwater Research LLC v Cellco Partnership d/b/a Verizon Wireless *et al*
July 18, 2025 at 8:30 AM

## Trial -- Day 3

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Marc Fenster | Plaintiff |
| Reza Mirzaie | " " |
| Brian Ledahl | " " |
| Andrea Fair | " " |
| Dale Chang | " " |
| Deron Dacus | Defendants |
| Brian Rosenthal | " " |
| Katherine Dominguez | " " |
| Josh Krevitt | " " |
| Charles Sim | " " |
| Eliyahu Balsam | " " |
| Benjamin Wang | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Dr. Gregory Raleigh | Plaintiff |
| Steven Rice | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |