# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS and VERIZON CORPORATE § <br> SERVICES GROUP, INC., § <br> § <br> *Defendants*. § | Case No. 2:23-cv-00352-JRG-RSP |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Attorneys of Record Mark D. Selwyn and Andrew J. Danford (the "Motion") filed by Defendants Cellco Partnership d/b/a/ Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Defendants" or "Verizon"). (Dkt. No. 407.) In the Motion, Verizon request that the Court permit Mr. Selwyn and Mr. Danford to withdraw as counsel of record in this matter and terminate their receipt of electronic notices. (*Id.* at 1.) Plaintiff Headwater Research LLC does not oppose the Motion. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that attorneys Mark D. Selwyn and Andrew J. Danford are permitted to withdraw as counsel of record in the above-captioned case. It is further **ORDERED** that the Clerk shall terminate Mark D. Selwyn and Andrew J. Danford as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 21st day of July, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE