IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**HEADWATER RESEARCH LLC** §
§
v. § CASE NO. 2:23-CV-00352-JRG-RSP
§
**CELLCO PARTNERSHIP d/b/a** §
**VERIZON WIRELESS,** *et al* §

MINUTES FOR JURY TRIAL DAY NO. 4
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 21, 2025

**OPEN:** 01:08 PM                **ADJOURN:** 05:34 PM

ATTORNEYS FOR PLAINTIFF:    See attached

ATTORNEYS FOR DEFENDANTS:   See attached

LAW CLERKS:    Riley Zoch
               Danielle Zapata
               Gregory Saltz

COURT REPORTER:    Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:  Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 01:08 PM | Court opened. |
| 01:09 PM | Exhibits used prior day read into the record. |
| 01:11 PM | Jury entered the courtroom. |
| 01:12 PM | Continuation Defendants' case-in-chief: |
| 01:12 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 02:01 PM | Bench conference. |
| 02:02 PM | Bench conference concluded. |
| 02:02 PM | Continuation direct examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 02:49 PM | Cross examination of Dr. Kevin Jeffay by Mr. Fenster. |
| 03:20 PM | Jury recessed for break. |
| 03:21 PM | Recess. |
| 03:46 PM | Court reconvened. |
| 03:46 PM | Jury returned to courtroom. |
| 03:47 PM | Continuation cross examination of Dr. Kevin Jeffay by Mr. Fenster. |
| 04:24 PM | Redirect examination of Dr. Kevin Jeffay by Mr. Rosenthal. |
| 04:40 PM | Recross examination of Dr. Kevin Jeffay by Mr. Fenster. |

| TIME | MINUTE ENTRY |
|---|---|
| 04:42 PM | Completion of testimony of Dr. Kevin Jeffay. |
| 04:43 PM | Bench conference. |
| 04:43 PM | Bench conference concluded. |
| 04:44 PM | Witness sworn. |
| 04:45 PM | Direct examination of Dr. Thomas Hazlett by Mr. Dacus. |
| 05:10 PM | Cross examination of Dr. Thomas Hazlett by Mr. Ledahl. |
| 05:24 PM | Redirect examination of Dr. Thomas Hazlett by Mr. Dacus. |
| 05:27 PM | Completion of testimony of Dr. Thomas Hazlett. |
| 05:27 PM | Court provided instructions to the Jury. |
| 05:28 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:34 PM | Court adjourned. |