IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| v. | § § | CASE NO. 2:23-CV-00352-JRG-RSP |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** *et al* | § § § § | |

**MINUTES FOR JURY TRIAL DAY NO. 5**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**July 22, 2025**

**OPEN: 08:28 AM**                                                                                      **ADJOURN:  04:19 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Riley Zoch<br>Danielle Zapata<br>Gregory Saltz |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:28 AM | Exhibits used prior day read into the record. |
| 08:29 AM | Jury entered the courtroom. |
| 08:30 AM | Continuation Defendants' case-in-chief: |
| 08:30 AM | Witness sworn. |
| 08:31 AM | Direct examination of Ms. Laura Stamm by Ms. Dominguez. |
| 08:59 AM | Cross examination of Ms. Laura Stamm by Mr. Mirzaie. |
| 09:27 AM | Bench conference. |
| 09:28 AM | Bench conference concluded. |
| 09:28 AM | Continuation cross examination of Ms. Laura Stamm by Mr. Mirzaie. |
| 09:33 AM | Redirect examination of Ms. Laura Stamm by Ms. Dominguez. |
| 09:43 AM | Completion of testimony of Ms. Laura Stamm. |
| 09:43 AM | Witness sworn. |
| 09:44 AM | Bench conference. |
| 09:44 AM | Bench conference concluded. |
| 09:44 AM | Direct examination of Ms. Hannah Sifuentes by Mr. Vincent. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:04 AM | Cross examination of Ms. Hannah Sifuentes by Mr. Davis. |
| 10:08 AM | Redirect examination of Ms. Hannah Sifuentes by Mr. Vincent. |
| 10:12 AM | Completion of testimony of Ms. Hannah Sifuentes. |
| 10:12 AM | Defendants rested their case-in-chief. |
| 10:12 AM | Plaintiff offered no rebuttal witnesses. |
| 10:12 AM | Both sides rested. |
| 10:13 AM | Court provided instructions to the Jury. |
| 10:15 AM | Jury excused for the reminder of the day to return tomorrow at 8:00 AM. |
| 10:16 AM | Court will take up Rule 50(a) motions following recess. |
| 10:17 AM | Recess. |
| 10:33 AM | Court reconvened. |
| 10:33 AM | Court took up Rule 50(a) motions. |
| 10:34 AM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 10:37 AM | Court began hearing argument on Rule 50(a) motions. |
| 11:47 AM | Argument concluded. |
| 11:48 AM | Court made rulings as set forth in the record with the exception of a CARRIED ruling on one remaining motion. |
| 11:52 AM | Court to recess and reconvene after lunch to conduct informal charge conference (off the record) in chambers. |
| 11:53 AM | Recess. |
| 12:38 PM | Court reconvened. |
| 12:39 PM | Court made ruling as set forth in the record re: CARRIED motion from Rule 50(a) hearing. |
| 12:42 PM | Completion of hearing re: Rule 50(a) motions. |
| 12:42 PM | Informal charge conference to be held in chambers following recess. |
| 12:44 PM | Recess. |
| 04:00 PM | Court reconvened. |
| 04:01 PM | Court provided instructions. |
| 04:03 PM | Formal charge conference started. |
| 04:17 PM | Formal charge conference completed. |
| 04:19 PM | Court adjourned. |