# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § CELLCO PARTNERSHIP d/b/a § VERIZON WIRELESS and § VERIZON CORPORATE SERVICES § GROUP, INC., § § *Defendants*. § | Case No. 2:23-cv-00352-JRG-RSP |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all of the instructions I have given you in the Court's Final Jury Instructions. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- **"Headwater"** refers to Plaintiff Headwater Research LLC.

- **"Verizon"** refers collectively to Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.

- The **"'613 Patent"** refers to U.S. Patent No. 9,215,613.

- The **"'541 Patent"** refers to U.S. Patent No. 8,589,541.

- The **"Asserted Claims"** refers collectively to Claim 1 of the '613 Patent and Claim 83 of the '541 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did Headwater prove by a preponderance of the evidence that Verizon infringed **ANY** of the Asserted Claims?

**'613 Patent**

    Claim 1    Yes: ✓    **OR**    No: _____

**'541 Patent**

    Claim 83    Yes: ✓    **OR**    No: _____

**If you answered "YES" for ANY Asserted Claim in Question No. 1, then proceed to answer Question Nos. 2 and 3. Only answer Question Nos. 2 and 3 as to any Asserted Claim(s) that you have found to be infringed.**

**If you answered "NO" for ALL Asserted Claims in Question No. 1, then you SHOULD NOT answer any other question, and in that case proceed directly to the final page of the Verdict Form.**

## QUESTION NO. 2

If you found infringement, did Headwater prove by a preponderance of the evidence that such infringement by Verizon was **willful**?

        Yes: _____   **OR**   No: ✓

## QUESTION NO. 3

What sum of money, if paid now in cash as a lump sum, has Headwater proven by a preponderance of the evidence would compensate it for the infringement you have found?

Answer in United States Dollars and Cents, if any:

$ __175,000,000__

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __23__ day of July, 2025.

_____
Jury Foreperson