AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN　　　　　　　　　　DISTRICT OF　　　　　　　　　　TEXAS

Headwater Research LLC,

V.

Cellco Partnership d/b/a Verizon Wireless and
Verizon Corporate Services Group, Inc.

**PLAINTIFF'S EXHIBIT AND WITNESS LIST**

Case Number: 2:23-cv-00352-JRG-RSP

| PRESIDING JUDGE<br>HONORABLE JUDGE GILSTRAP | | | PLAINTIFF'S ATTORNEY<br>RUSS AUGUST & KABAT | DEFENDANT'S ATTORNEY<br>GIBSON, DUNN & CRUTCHER LLP | |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>7/16/2025-7/23/2025 | | | COURT REPORTER<br>SHAWN MCROBERTS | COURTROOM DEPUTY<br>ANDREA BRUNSON | |
| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| PTX-026 | 7/17/25 | 7/18/25 | 6/17/25 | Email from J. Green to E. Diaz, L. Chan re IP review with attachment (Headwater Partners I Patent Claims Roadmap June 2011 Rev H.PDF, image001.png), 7/21/2011<br>(HW352-00028525 – HW352-00028525)<br>(HW352-00350165 – HW352-00350200) | |
| PTX-035 | 7/17/25 | 7/18/25 | 6/17/25 | ItsOn Patent Notices<br>(HW352-00007916 – HW352-00007919) | |
| PTX-093 | 7/17/25 | 7/18/25 | 6/17/25 | Headwater Partners I: IP Portfolio Review, 8/24/2011<br>(VZN-HW0546617 – VZN-HW0546633) | |
| PTX-277 | 7/18/25 | 7/19/25 | 6/17/25 | Verizon Avg. Holdings Chart (Workpaper 1) | |
| PTX-278 | 7/18/25 | 7/19/25 | 6/17/25 | Schedules 3.3, 3.4 and 4.1 from July 3 2025 Second Suppl to Expert Report of Jim W. Bergman Redacted (Updated) | |
| PTX-438 | 7/18/25 | 7/19/25 | 6/17/25 | Master Services Agreement between Sprint/United Management Company and ItsOn, 1/15/2014<br>(HW352-00007503 - HW352-00007553) | |
| PTX-740 | 7/17/25 | 7/18/25 | 6/17/25 | Samsung User Manuals and Service Manuals<br>(SAM-THIRDPARTY-0029507 - SAM-THIRDPARTY-0295685) | |
| PTX-806 | 7/17/25 | 7/18/25 | 6/17/25 | Network Policy, CP System, Kim Hongshik, 3/28/2017<br>(SAM-THIRDPARTY-0036091- SAM-THIRDPARTY-0036110) | |
| PTX-928 | 7/17/25 | 7/18/25 | 7/12/25 | [MP4] WWDC1029; Advances in App Background Execution<br>https://developer.apple.com/videos/play/wwdc2019/707/ | |
| PTX-929 | 7/17/25 | 7/18/25 | 7/18/25 | [MP4] WWDC2020;<br>https://developer.apple.com/videos/play/wwdc2020/10063<br>(HW352-00352315 - HW352-00352315) | |
| PTX-1071 | 7/17/25 | 7/18/25 | 6/17/25 | Ericsson Mobility Report, 11/2024<br>(BERGMAN_00001189 - BERGMAN_00001228) | |
| PTX-1095 | 7/18/25 | 7/19/25 | 6/17/25 | Ericsson Mobility Visualizer Documents<br>(HW352-00352234 - HW352-00352235)<br>(HW352-00352236 - HW352-00352237)<br>(HW352-00352262 - HW352-00352263) | |
| PTX-1113 | 7/18/25 | 7/19/25 | 6/17/25 | Spectrum holding data: county level data obtained from Airwaves (input file within Bazelon workpapers) | |
| PTX-1115 | 7/17/25 | 7/18/25 | 6/17/25 | Daily Traffic Volume Data<br>(APL-HEADWATER_00000716 - APL-HEADWATER_00000717) | |
| PTX-1190 | 7/17/25 | 7/18/25 | 7/18/25 | Apple Developers - Unavailable Type Property | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages