AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TEXAS

Headwater Research LLC,

V.

Cellco Partnership d/b/a Verizon Wireless and
Verizon Corporate Services Group, Inc.

**DEFENDANTS' EXHIBIT AND WITNESS LIST**

Case Number: 2:23-cv-00352-JRG-RSP

| PRESIDING JUDGE<br>HONORABLE JUDGE GILSTRAP | | | | PLAINTIFF'S ATTORNEY<br>RUSS AUGUST & KABAT | DEFENDANT'S ATTORNEY<br>GIBSON, DUNN & CRUTCHER LLP |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>7/16/2025-7/23/2025 | | | | COURT REPORTER<br>SHAWN MCROBERTS | COURTROOM DEPUTY<br>ANDREA BRUNSON |

| DFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| DTX-029 | 7/22/25 | 7/23/25 | 6/17/25 | Long-Term PRBU 4G Peak Excel Spreadsheet (VZN-HW5003370) |
| DTX-046 | 7/17/25 | 7/18/25 | 6/17/25 | ItsOn - Issues Summary (HW352-00016020) |
| DTX-065 | 7/17/25 | 7/18/25 | 6/17/25 | Email from Raleigh to Maurel re Bugs, June 8, 2015 (HW352-00253551) |
| DTX-102 | 7/17/25 | 7/18/25 | 6/17/25 | Non-Binding Letter of Intent, Interdigital (Feb. 10, 2020) (HW352-00098476) |
| DTX-104 | 7/22/25 | 7/23/25 | 6/17/25 | Email Chain RE: FW: Note 5 e-ticket data as of 10/17 (TMO_HW00174406) |
| DTX-105 | 7/17/25 | 7/18/25 | 6/17/25 | Email Chain RE: ItsOn continued issues, dated October 16, 2015 (TMO_HW00174312, TMO_HW00174313) |
| DTX-110 | 7/17/25 | 7/18/25 | 6/17/25 | Presentation titled ITSON: HET_NET-EDGE, AGILE PRICING and USER ENGAGEMENT for a GLOBAL VERIZON NETWORK (Mar. 2016) (HW352-00031960) |
| DTX-116 | 7/22/25 | 7/23/25 | 7/15/25 | Long-Term RBU C-band [32] Excel Spreadsheet (VZN-HW5003367) |
| DTX-117 | 7/18/25 | 7/21/25 | 7/15/25 | Verizon UI Requirement Document, Oct. 2023 (VZN-HW0176404) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages