⚙AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN          DISTRICT OF          TEXAS

Headwater Research LLC,

V.

Cellco Partnership d/b/a Verizon Wireless and
Verizon Corporate Services Group, Inc.

**JOINT EXHIBIT AND WITNESS LIST**

Case Number: 2:23-cv-00352-JRG-RSP

| PRESIDING JUDGE<br>HONORABLE JUDGE GILSTRAP | | | | PLAINTIFF'S ATTORNEY<br>RUSS AUGUST & KABAT | DEFENDANT'S ATTORNEY<br>GIBSON, DUNN & CRUTCHER LLP |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>7/16/2025-7/23/2025 | | | | COURT REPORTER<br>SHAWN MCROBERTS | COURTROOM DEPUTY<br>ANDREA BRUNSON |
| PLF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| JX-001 | 7/17/25 | 7/18/25 | 6/17/25 | U.S. Patent No. 8,589,541<br>(HW352-00000001) | |
| JX-005 | 7/17/25 | 7/18/25 | 6/17/25 | U.S. Patent No. 9,215,613<br>(HW352-00005857) | |
| JX-010 | 7/17/25 | 7/18/25 | 6/17/25 | Advances in App Background Execution<br>https://developer.apple.com/videos/play/wwdc2019/707/<br>(APL-HEADWATER_00000061) | |
| JX-015 | 7/17/25 | 7/23/25 | 6/17/25 | Battery Performance Benchmark: Average User Profile<br>(SAM-THIRDPARTY-0035291) | |
| JX-019 | 7/17/25 | 7/18/25 | 6/17/25 | Apple Source Code<br>(APL-HEADWATER_00000001) | |
| JX-020 | 7/17/25 | 7/18/25 | 6/17/25 | ProcessStateEnum.aidl<br>Available at:<br>https://android.googlesource.com/platform/frameworks/base/+/refs/heads/main/core/java/android/app/ProcessStateEnum.aidl<br>(HW352-00320846) | |
| JX-035 | 7/18/25 | 7/19/25 | 6/17/25 | "2020 Verizon Investor Day," Verizon, available at <https://www.verizon.com/about/sites/default/files/2020-09/InvestorDay_Feb13_final.pdf> | |
| JX-046 | 7/17/25 | 7/18/25 | 6/17/25 | ItsOn Device Assisted Services Platform, Presented to Verizon, April 13, 2010<br>(HW352-00158308) | |
| JX-057 | 7/17/25 | 7/18/25 | 6/17/25 | Android Developers, The activity lifecycle, printed 4/13/2024<br>(SAM-THIRDPARTY-0004331) | |
| JX-058 | 7/17/25 | 7/18/25 | 6/17/25 | Android Developers, Connectivity Manager, printed 2/9/2024<br>(SAM-THIRDPARTY-0025497) | |
| JX-061 | 7/17/25 | 7/18/25 | 6/17/25 | Android Developers, Optimize for Doze and App Standby, printed 2/11/2024<br>(SAM-THIRDPARTY-0025572) | |
| JX-066 | 7/17/25 | 7/18/25 | 6/17/25 | https://android.googlesource.com/platform/frameworks/base/+/master/core/java/android/app/ActivityManager.java<br>(SAM-THIRDPARTY-0034951) | |
| JX-068 | 7/17/25 | 7/18/25 | 6/17/25 | Developer Documentation - Choosing Background Strategies for Your App<br>Available at: https://developer.apple.com/documentation/backgroundtasks/choosing-background-strategies-for-your-app<br>(APL-HEADWATER_00000052) | |
| JX-069 | 7/17/25 | 7/18/25 | 6/17/25 | Developer Documentation – Using Background Tasks to Update Your App<br>Available at: https://developer.apple.com/documentation/uikit/using-background-tasks-to-update-your-app<br>(APL-HEADWATER_00000056) | |
| JX-070 | 7/17/25 | 7/18/25 | 6/17/25 | Developer Documentation - Background Tasks<br>Available at: https://developer.apple.com/documentation/BackgroundTasks<br>(APL-HEADWATER_00000231) | |
| JX-083 | 7/17/25 | 7/18/25 | 6/17/25 | https://developer.apple.com/documentation/uikit/managing-your-app-s-life-cycle?language=objc<br>(HW352-00351579) | |
| JX-087 | 7/21/25 | 7/22/25 | 6/17/25 | https://developer.android.com/topic/performance/appstandby<br>(SAM-THIRDPARTY-0025493) | |
| JX-092 | 7/22/25 | 7/23/25 | 6/17/25 | Amended and Restated License Agreement Between Headwater Partners I LLC and ItsOn, Inc. (Oct. 24, 2013)<br>(HW352-00011673) | |
| JX-095 | 7/18/25 | 7/19/25 | 6/17/25 | https://developer.android.com/develop/background-work/services/foreground-services<br>(HW352-00320879) | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.      Page 1 of 1 Pages