IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**HEADWATER RESEARCH LLC** §
§
v. § CASE NO. 2:23-CV-00352-JRG-RSP
§
**CELLCO PARTNERSHIP d/b/a** §
**VERIZON WIRELESS,** *et al* §

MINUTES FOR JURY TRIAL DAY NO. 6
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
July 23, 2025

**OPEN: 08:01 AM**                                                                                   **ADJOURN: 06:40 PM**

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:    See attached

LAW CLERKS:                                        Riley Zoch
                                                              Danielle Zapata
                                                              Gregory Saltz

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                    Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:01 AM | Court opened. |
| 08:02 AM | Exhibits used prior day read into the record. |
| 08:04 AM | Jury entered the courtroom. |
| 08:04 AM | Court proceeded to charge the Jury with final instructions. |
| 08:46 AM | Closing argument by Plaintiff's counsel, Mr. Fenster. |
| 09:17 AM | Closing argument by Defendants' counsel, Mr. Krevitt. |
| 09:44 AM | Additional closing argument by Defendants' counsel, Mr. Dacus. |
| 09:56 AM | Final closing argument by Plaintiff's counsel, Mr. Fenster. |
| 10:05 AM | Closing arguments concluded. |
| 10:05 AM | Court gave final instructions to the Jury. |
| 10:10 AM | Jury retired to jury room to deliberate. |
| 10:11 AM | Court recessed. |
| 12:19 PM | Court reconvened. |
| 12:20 PM | Court informed counsel of two Jury notes received by the Court. |
| 12:21 PM | Discussion held with counsel re: Court's response. |
| 12:25 PM | Off the record. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:29 PM | On the record. |
| 12:29 PM | Continuation of discussion with counsel. |
| 12:36 PM | Responsive note by the Court. |
| 12:46 PM | Court directed CSO to hand-deliver response to Jury. |
| 12:47 PM | Recess. |
| 01:01 PM | Court reconvened. |
| 01:01 PM | Court informed counsel of a Jury note received by the Court. |
| 01:01 PM | Discussion held with counsel re: Court's response. |
| 01:02 PM | Court directed CSO to hand-deliver response to Jury. |
| 01:02 PM | Recess. |
| 03:02 PM | Court reconvened. |
| 03:02 PM | Court informed counsel of a Jury note received by the Court. |
| 03:03 PM | Response prepared by the Court and discussion held with counsel. |
| 03:08 PM | Recess. |
| 03:19 PM | Court reconvened. |
| 03:19 PM | Responsive note by the Court. |
| 03:21 PM | Court directed CSO to hand-deliver response to Jury. |
| 03:23 PM | Recess. |
| 04:22 PM | Court reconvened. |
| 04:22 PM | Court informed counsel of a Jury note received by the Court. |
| 04:23 PM | Discussion held with counsel. |
| 04:30 PM | Off the record. |
| 04:35 PM | On the record. |
| 04:35 PM | Continuation of discussion. |
| 04:36 PM | Off the record. |
| 04:42 PM | On the record. |
| 04:42 PM | Response prepared by the Court and discussion held with counsel. |
| 04:44 PM | Off the record. |
| 04:46 PM | On the record. |
| 04:46 PM | Discussion held with counsel. |
| 04:48 PM | Court directed CSO to hand-deliver response to Jury. |
| 04:49 PM | Recess. |
| 06:33 PM | Court reconvened. |
| 06:34 PM | Court informed counsel of a Jury note received by the Court. |
| 06:34 PM | Jury entered the courtroom. |
| 06:35 PM | Court announced the verdict into the record. |
| 06:37 PM | Jurors polled representing a unanimous verdict. |
| 06:38 PM | Jurors released and excused by the Court. |
| 06:40 PM | Court adjourned. |