**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:23-cv-00352-JRG-RSP |
| | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

The Court issues this Order *sua sponte*. It is **ORDERED** that a bench trial in the above-caption case is **SET** before the undersigned on **October 1, 2025, at 8:30 a.m. C.T.** in Marshall, Texas. The Court has allocated four hours total to consider Defendant's equitable defenses of equitable estoppel, acquiescence, implied license, and waiver, along with Plaintiff's responses. Two hours are allocated for each side. The Parties are further **ORDERED** to submit respective trial briefs, not to exceed ten pages each, on the equitable defenses to be taken up at the bench trial. Said briefs shall be submitted to the Court by 5:00 p.m. C.T. on **September 17, 2025**.

**So ORDERED and SIGNED this 24th day of July, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE