# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., | § § § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (together, "Verizon") (collectively, the "Parties"). (Dkt. No. 428.) In the Motion, the Parties represent that they have reached an agreement, in principle, on all matters in controversy between them. (*Id*. at 1.) The Parties request a stay for twenty-two days, up to and until September 10, 2025, to allow them time to facilitate negotiation of a settlement and release agreement, which would result in a dismissal of this action. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including **September 10, 2025**, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 20th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE