**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| CELLCO PARTNERSHIP d/b/a/ VERIZON | § | |
| WIRELESS and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Modify Deadlines for Equitable Defenses Bench Trial (the "Motion") filed by Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a/ Verizon Wireless and Verizon Corporate Services Group, Inc. (together, "Verizon") (collectively, the "Parties"). (Dkt. No. 431). In the Motion, the Parties request an amended schedule for the bench trial because of the lifting of the Court's stay on all deadlines pending settlement. (Dkt. No. 430).

Having considered the Motion, and noting it was jointly filed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the schedule for the bench trial is as follows:

- October 1, 2025: Parties to serve Rule 26(a)(3) disclosures (exhibit list; deposition designations; witness list);

- October 15, 2025: Parties to serve objections, if any, to Rule 26(a)(3) disclosures;

- October 22, 2025: Parties to file and serve trial briefs, not to exceed ten pages per side;

- November 10, 2025: bench trial not to exceed four hours, with two hours allocated for each side.

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE