# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> CELLCO PARTNERSHIP d/b/a VERIZON § <br> WIRELESS and VERIZON CORPORATE § <br> SERVICES GROUP, INC., § <br> § <br> *Defendants*. § | CASE NO. 2:23-CV-00352-JRG-RSP |

## ORDER

Before the Court is Defendants' Cellco Partnership d/b/a/ Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Verizon") Unopposed Motion to Continue Date for Equitable Defenses Bench Trial. (Dkt. No. 437). Having considered the Motion, and noting that it is unopposed, the Court finds that the Motion should be and hereby is **GRANTED**. The bench trial set for November 10, 2025 at 10:00 AM is cancelled. The Court will set a new date for the bench trial in a future Order.

Furthermore, the Court **ORDERS** the parties to submit a joint status report identifying which claims between the parties, if any, have been resolved by the settlement between Plaintiff Headwater Research LLC and non-party Apple Inc. (*See* Case No. 2:23-cv-00379-JRG-RSP Dkt. No. 397). Such report should be filed on or before **November 10, 2025**.

**So ORDERED and SIGNED this 3rd day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE