# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>                Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FINAL WRITTEN DECISION RELATED TO U.S. PATENT NO. 8,589,541

Pursuant to the Court's Standing Order Requiring Notice of Relevant Determinations from Related Proceedings, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (together, "Verizon") respectfully provides notice to the Court of the Final Written Decision issued by the Patent Trial and Appeal Board ("PTAB") on October 1, 2025, in IPR2024-00942 and IPR2024-00943 (the "Decision"). The two IPRs are filed by Google LLC, Verizon, T-Mobile USA, Inc., Sprint LLC f/k/a Sprint Corp. and AT&T Services, Inc., which challenge claims 2-23, 26, 41-60, 63, 64, 91-152, and 155-171 of U.S. Patent No. 8,589,541 ("'541 Patent"). In the Decision, the PTAB found claims 2-23, 26, 41-60, 63, 64, 91-152 and 155-171 of the '541 Patent unpatentable, and specifically found each element of the sole independent claim 1, upon which the only asserted claim of the '541 Patent in this matter depends, has been anticipated by prior art. The Decision is attached hereto as Exhibit 1. Plaintiff Headwater Research LLC ("Headwater"), i.e., the owner of the '541 Patent did not file a notice of appeal in response to the Decision within the statutory deadline. Verizon believes this development is relevant as

supplemental authority in connection with its damages positions in Rule 50(b) and Rule 59 motions, if necessary following the Court's adjudication of Verizon's equitable defenses.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Celine Crowson*
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  214.698.3112
Facsimile:  214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  650.849.5334
Facsimile:  650.849.5034

Hannah L. Bedard
hbedard@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**

       1700 M Street, N.W.
       Washington, D.C. 20036
       Telephone:  202.777.9413
       Facsimile:  202.831.6063

       Celine Crowson (D.C. Bar No. 0436549A)
       celine.crowson@hoganlovells.com
       **Hogan Lovells**
       555 13th Street, N.W.
       Washington, D.C. 20004
       Telephone:  202.637.5600

       Tej Singh (California Bar No. 286547)
       tej.singh@hoganlovells.com
       Yi Zhang (California Bar No. 342823)
       yi.zhang@hoganlovells.com
       Kyle Xu (California Bar No. 344100)
       kyle.xu@hoganlovells.com
       **Hogan Lovells**
       4 Embarcadero Center Suite 3500
       San Francisco, CA 94111
       Telephone:  415.374.2300

       Deron R. Dacus (TX Bar No. 00790553)
       **THE DACUS FIRM, P.C.**
       821 ESE Loop 323, Suite 430
       Tyler, Texas 75701
       Telephone: (903) 705-1117
       Email: ddacus@dacusfirm.com

       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Celine Crowson*
Celine Crowson
