**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Case No. 2:23-CV-00352-JRG-RSP |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., | |
| *Defendants*. | |

**NOTICE OF APPEARANCE OF JOHN T. COX III AS COUNSEL FOR
DEFENDANTS CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND
VERIZON CORPORATE SERVICES GROUP, INC.**

The undersigned attorney hereby enters an appearance as additional counsel of record for

Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.

("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings,

notices, orders and other papers in the above-captioned matter on behalf of the above-named

Defendants.

John T. Cox III
Texas State Bar No. 24003722
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3256
Facsimile:  214.698.2900
TCox@gibsondunn.com

DATED:  January 20, 2026

Respectfully submitted,

/s/ John T. Cox III
John T. Cox III
 Texas State Bar No. 24003722
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile:  214.698.2900
TCox@gibsondunn.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, the foregoing document was filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John T. Cox III*
John T. Cox III