# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Case No. 2:23-CV-00352-JRG-RSP |

## NOTICE OF APPEARANCE OF GREGG J. COSTA AS COUNSEL FOR DEFENDANTS CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP, INC.

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. ("Defendants" or "Verizon"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Gregg J. Costa
Texas State Bar No. 24028160
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6649
Facsimile:  346.718.6979
GCosta@gibsondunn.com

DATED:  January 20, 2026	Respectfully submitted,

                                                                */s/ Gregg J. Costa*
Gregg J. Costa
 Texas State Bar No. 24028160
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6649
Facsimile:  346.718.6979
GCosta@gibsondunn.com

*Counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, the foregoing document was filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Gregg J. Costa*
Gregg J. Costa
