## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| **CELLCO PARTNERSHIP d/b/a** | § | |
| **VERIZON WIRELESS**, *et al* | § | |

### MINUTES FOR BENCH TRIAL
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 4, 2026

**OPEN:** 08:53 AM                                                                                       **ADJOURN:** 02:25 AM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERKS: | Rahul Gupta<br>Richard "Chipper" Adams<br>Hannah Keidan |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:53 AM | Court opened. |
| 08:54 AM | Court called for announcements from the parties. |
| 08:54 AM | Court took up exhibit dispute and heard argument. |
| 09:00 AM | Court ruling: Exhibits DTX 135 and DTX 140 not pre-admitted. |
| 09:04 AM | Defendants' opening statement: Mr. Costa. |
| 09:16 AM | Plaintiff's opening statement: Mr. Ledahl. |
| 09:21 AM | Defendants' case-in-chief: |
| 09:22 AM | Ms. Bedard introduced the video deposition designation of Ms. Krista Jacobsen. |
| 09:26 AM | Video deposition designation concluded. |
| 09:26 AM | Ms. Bedard introduced the video deposition designation of Mr. James Lavine. |
| 09:28 AM | Video deposition designation concluded. |
| 09:28 AM | Ms. Bedard introduced the video deposition designation of Mr. James Straight. |
| 09:33 AM | Video deposition designation concluded. |
| 09:34 AM | Ms. Bedard introduced the video deposition designation of Mr. Ed Ruth. |
| 09:39 AM | Video deposition designation concluded. |
| 09:39 AM | Ms. Bedard introduced the video deposition designation of Mr. John Doherty. |

| TIME | MINUTE ENTRY |
|---|---|
| 09:49 AM | Video deposition designation concluded. |
| 09:49 AM | Witness sworn: Mr. Neer Gupta. |
| 09:50 AM | Direct examination by Mr. Cox. |
| 10:17 AM | Cross examination by Mr. Mirzaie. |
| 10:54 AM | Recess. |
| 11:05 AM | Court reconvened. |
| 11:05 AM | Continuation cross examination. |
| 11:12 AM | Redirect examination. |
| 11:16 AM | Recross examination. |
| 11:17 AM | Court questions to witness. |
| 11:23 AM | Completion of testimony of Mr. Neer Gupta. |
| 11:23 AM | Defendants rested its case-in-chief. |
| 11:24 AM | Plaintiff's case in chief: |
| 11:24 AM | Ms. Fair introduced the video deposition designation of Mr. Thomas Russell. |
| 11:28 AM | Video deposition designation concluded. |
| 11:28 AM | Witness sworn: Dr. Greg Raleigh. |
| 11:29 AM | Direct examination by Mr. Davis. |
| 11:58 AM | Cross examination by Mr. Cox. |
| 12:19 PM | Redirect examination. |
| 12:21 PM | Recross examination. |
| 12:23 PM | Completion of testimony of Dr. Greg Raleigh. |
| 12:23 PM | Plaintiff rested its case-in-chief. |
| 12:25 PM | Recess. |
| 01:05 PM | Court reconvened. |
| 01:06 PM | Both sides rested. |
| 01:06 PM | Exhibits used read into the record. |
| 01:08 PM | Without objection, Court admitted Exhibits JX 1 and JX 5. |
| 01:09 PM | Court heard argument re: objection to Exhibit PTX 26. |
| 01:13 PM | Objection overruled and Court to take judicial notice of Exhibit PTX 26. |
| 01:14 PM | Off the record. |
| 01:17 PM | On the record. |
| 01:17 PM | Objection made re: judicial notice by the Court re: trial testimony: Court heard argument and made rulings as set forth in the record. |
| 01:20 PM | Closing arguments: |
| 01:21 PM | Mr. Costa for Defendants. |
| 01:38 PM | Mr. Ledahl for Plaintiff. |
| 02:10 PM | Rebuttal by Mr. Costa for Defendants. |
| 02:22 PM | Closing arguments concluded. |
| 02:22 PM | Court directed the submission of targeted post-trial briefing (1) not to exceed eight (8) pages per side; and (2) to be filed by 5:00 PM CST on February 17, 2026. |
| 02:24 PM | Court took the bench trial issues under submission. |
| 02:25 PM | Bench trial concluded. |
| 02:25 PM | Court adjourned. |