

**2:23-cv-00352-JRG-RSP**
Headwater Research LLC v Cellco Partnership d/b/a Verizon Wireless *et al*
February 4, 2026 at 9:00 AM
Bench Trial

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Brian Ledahl | Headwater |
| Reza Mirzaie | " |
| Kris Davis | " |
| Andrea Fair | " |
| Marc Fenster | " |
| James Pickens | " |
| Jason Wietholter | " |
| Kate Dominguez | Verizon |
| Gregg Costa | " |
| Trey Cox | " |
| Hannah Bedard | " |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Bukola Landis-Aina | Verizon |
| Neer Gupta | Verizon |
| Greg Raleigh | Headwater |