**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |

**DEFENDANTS' UNOPPOSED MOTION FOR BILL OF COSTS**

Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, 28 U.S.C. § 1920, the Court's Standing Order Regarding Bills of Costs, and the Final Judgment entered in this case (Dkt. No. 448), Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Verizon") file this Unopposed Motion for Bill of Costs and submit the attached Agreed Bill of Costs. The parties have conferred, and Plaintiff Headwater Research LLC has agreed that Verizon should recover costs in the amount of $140,309.39.

Accordingly, Verizon respectfully requests that the Court grant this Unopposed Motion and enter an Order that Verizon shall recover costs in the amount of $140,309.39.

1

Dated:  May 7, 2026

*/s/ Josh A. Krevitt*

Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Gregg Costa
gcosta@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: 346.718.6649
Facsimile: 346.718.6979

John T. Cox III
tcox@gibsondunn.com
Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  214.698.3112
Facsimile:  214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  650.849.5334

2

Facsimile:  650.849.5034

Jaysen S. Chung
jschung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415-393-8271
Facsimile: 415-374-8405

Hannah L. Bedard
hbedard@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:  202.777.9413
Facsimile:  202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
**Hogan Lovells**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone:  202.637.5600

Tej Singh (California Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (California Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (California Bar No. 344100)
kyle.xu@hoganlovells.com
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415.374.2300

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff and that Plaintiff does not oppose this motion.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 7, 2026.

*/s/ Josh A. Krevitt*
Josh A. Krevitt