**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,

    *Plaintiff*,

    v.

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS and VERIZON CORPORATE
SERVICES GROUP, INC.,

    *Defendants*.

Civil Action No. 2:23-cv-00352-JRG-RSP

## ORDER GRANTING UNOPPOSED MOTION FOR BILL OF COSTS

Before the Court is Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s Unopposed Motion for Bill of Costs. The Parties agree that Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc.'s recoverable costs in the case amount to $140,309.39.

The Court, having considered the same, is of the opinion that the Unopposed Motion should be and is hereby **GRANTED** and **ORDERS** entry of a Bill of Costs in the amount of $140,309.39.