**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| CELLCO PARTNERSHIP d/b/a/ VERIZON | § | |
| WIRELESS and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| *Defendants.* | § | |

<u>**ORDER**</u>

Before the Court is Defendants' Unopposed Motion for Bill of Costs (the "Motion"). (Dkt. No. 450). In the Motion, Defendants move to recover costs in the amount of $140,309.39. (*Id.* at 1). Plaintiff does not oppose the motion. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** entry of a Bill of Costs in the amount of $140,309.39.

**So ORDERED and SIGNED this 14th day of May, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE