**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | |
| v. | Case No. 2:23-cv-00352-JRG-RSP |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC., | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR CORRECTION OF A CLERICAL MISTAKE UNDER RULE 60(A)

Defendants Cellco Partnership (d/b/a Verizon Wireless) and Verizon Corporate Services Group, Inc. respectfully submit this Rule 60(a) motion for the correction of a clerical error in the Court's final judgment (Dkt. 448) issued in this case. Specifically, this Court wrote that "[t]he Jury found that Defendants had *willfully* infringed Claim 1 of U.S. Patent No. 9,215,613 and Claim 83 of U.S. Patent No. 8,589,541."[1] Dkt. 448 at 1 (emphasis added). However, the jury found that Defendants' infringement of those claims was not willful. Dkt. 420 at 6. Defendants therefore respectfully request that this Court strike the word "willfully" and indicate that the jury found non-willful infringement.

---

[1] A similar clerical mistake exists in the background section of this Court's opinion and order following the Court's bench trial on the issues of equitable estoppel and implied waiver. *See* Dkt. 447 at 1 ("On July 23, 2025, a jury found that the patents were *willfully* infringed and awarded $175 million in damages.") (emphasis added).

1

Dated:  May 21, 2026

Respectfully submitted,

/s/ *Celine Crowson*
Celine Crowson (D.C. Bar No. 0436549A)
Reedy Swanson (D.C. Bar No. 230795)
**HOGAN LOVELLS US LLP**
555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com
reedy.swanson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 21, 2026.

/s/ *Celine Crawson*
Celine Crowson

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the undersigned has complied with the meet and confer requirement in Local Rule CV-7(h).  This motion is unopposed.

/s/ *Celine Crawson*
Celine Crowson

3