**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,

       Plaintiff,

       v.

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS and VERIZON CORPORATE
SERVICES GROUP, INC.,

       Defendants.

Case No. 2:23-cv-00352-JRG-RSP

**[PROPOSED] ORDER**

This matter is before the Court on Defendants' Motion for Correction of a Clerical Mistake Under Rule 60(a).  Upon consideration of the Motion and all relevant documents, it is hereby ordered that:

1.      Defendants' motion is GRANTED.

2.      On the first page of the Court's Final Judgment issued in this case, Dkt. 448, the sentence "The Jury found that Defendants had willfully infringed Claim 1 of U.S. Patent No. 9,215,613 and Claim 83 of U.S. Patent No. 8,589,541" is changed to: "The Jury found that Defendants had non-willfully infringed Claim 1 of U.S. Patent No. 9,215,613 and Claim 83 of U.S. Patent No. 8,589,541."

IT IS SO ORDERED.

1