**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>    Defendants. | Case No. 2:23-cv-00352-JRG-RSP |

### PLAINTIFF HEADWATER RESEARCH LLC'S NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3 and 28 U.S.C. §§ 1291 and 1295, NOTICE is hereby given that Plaintiff Headwater Research LLC ("Headwater") appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on April 23, 2026 (Dkt. No. 448), including the Court's Memorandum Opinion and Order on equitable defenses entered on April 22, 2026 (D.I. 447), which is referenced in the Final Judgment, along with any and all adverse judgments, orders, opinions, findings, holdings, rulings, conclusions, claim constructions, and determinations underlying, pertinent to, or ancillary to that Final Judgment or leading thereto or merged therein, including but not limited to:

- Plaintiff cannot enforce the asserted claims against Defendants; and

- Defendants are the prevailing party in this case and shall recover costs from Plaintiff.

The appropriate fees for this Notice of Appeal are paid concurrently with this Notice.

Dated:  May 22, 2026

Respectfully submitted,

*/s/  Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Adam Hoffman
CA State Bar No. 218740
Dale Chang
CA State Bar No. 248657
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 22, 2026.

/s/ *Reza Mirzaie*
Reza Mirzaie