**FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>            Plaintiff,<br><br>        v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS and VERIZON CORPORATE<br>SERVICES GROUP, INC.,<br>            Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**FILED UNDER SEAL**<br><br> **(Sealed)** |

**DECLARATION OF YI ZHANG IN SUPPORT OF DEFENDANTS' RENEWED**
**MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B)**
**OR FOR A NEW TRIAL UNDER RULE 59(E)**

**FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER**

I, Yi Zhang, hereby declare as follows:

1.     I am a resident of the United States and over the age of 21. The facts set forth herein are true and of my personal knowledge. If called upon to testify, I could and would verify competently thereto.

2.     I am an associate at the law firm of Hogan Lovells US LLP and represent the Defendants in this matter. I submit this declaration in support of Defendants' Renewed Motion for Judgment as a Matter of Law under Rule 50(b) or for a New Trial under Rule 59(e).

3.     Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,143,976.

4.     Attached hereto as Exhibit 2 is a true and correct copy of joint exhibit no. JX-066 submitted for trial, which is the source code of ActivityManager.java dated April 18, 2024.

5.     Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 8,589,541.

6.     Attached hereto as Exhibit 4 is a true and correct copy of the demonstratives used by Dr. Coleman Bazelon at trial.

7.     Attached hereto as Exhibit 5 is a true and correct copy of the demonstratives used by Dr. Jim Bergman at trial.

8.     Attached hereto as Exhibit 6 is a true and correct copy of joint exhibit no. JX-035 submitted for trial, which is a presentation titled "2020 Verizon Investor Day" and dated February 13, 2020.

9.     Attached hereto as Exhibit 7 is a true and corrected copy of Patent Owner's Preliminary Response, IPR2024-00944, Paper 10 (P.T.A.B. September 17, 2024).

10.    Attached hereto as Exhibit 8 is a true and corrected copy of the Final Written Decision, IPR2024-00942, IPR2024-00943, Paper 20 (P.T.A.B. October 1, 2025).

**FILED UNDER SEAL PURSUANT TO THE PROTECTIVE ORDER**

11.     Attached hereto as Exhibit 9 is a true and correct copy of Patent Owner's Response to Non-Final Office Action After Rejection in *Ex Parte* Reexamination (May 21, 2025).

12.     Attached hereto as Exhibit 10 is a true and correct copy of Expert Report of Dr. Richard D. Wesel Regarding Infringement (January 29, 2025).

13.     I declare under penalty of perjury under the law of the United States of America that the foregoing statements are true and correct.


Executed on May 21, 2025, in Sunnyvale, California

/s/ *Yi Zhang*
Yi Zhang

2