# EXHIBIT 4



# Coleman Bazelon, Ph.D.

Bazelon.1

# Education



**Wesleyan University**
B.A. College of Social Studies



**London School of Economics**
Diploma in Economics



**University of California Berkley**
Masters and Ph.D.,
Agricultural and Resource Economics

## Telecomm/Spectrum Experience



**Congressional Budget Office**
Principal Analyst

**Regulatory Policy:**

Provided U.S. Congress with forecasts of spectrum value; advised Federal Communications Commission (FCC); testified before Congress on spectrum value



**Industry Advisor:**

Advised companies on spectrum auction bids, including winning bids for over $5 Billion

 

**Litigation Expert:**

Expert testimony in Federal Courts and at International Trade Commission

Bazelon.3

# Valuing Data Savings

- **Dr. Wesel's testing: 3.5% data saving from accused features**

- Data saved on devices is data saved on Verizon's network, results in **network capacity savings**

- Network capacity has a value that can be calculated

- Smartphone traffic is the high-value segment of data traffic on a carrier's network

- Can use the market price of one input into capacity, **spectrum**, to determine the value of data savings from Verizon's infringement.



Bazelon.4

## Importance of Capacity



**Kyle Malady**
Verizon Business Group
Executive Vice President
and CEO

**Q.** Can you tell me, generally, how network congestion occurs?
...
**A.** . . . There's many reasons why. But the simplest, simplest one … if you have many, many users and not enough capacity on your system, people will either not be able to make a phone call and they'll be blocked and they'll get a busy signal, or the data will not work or slow down.

# Importance of Increasing Network Capacity

**From 2014 to 2024, more than 49-fold increase global mobile traffic**



49-Fold Increase

PTX-1095

## Importance of Increasing Network Capacity

### From 2016 to 2024, more than a 20-fold increase in Verizon daily traffic



FIGURE 1: VERIZON DAILY DATA VOLUME REPORTED MONTHLY

# Importance of Increasing Network Capacity



**Michael Kondratiuk**
Verizon Senior Director,
Core Network
Infrastructure Planning

**Q.** So you want to ensure that you have sufficient additional capacity before it's actually needed so that you can support additional subscribers; is that right?
...

**A. [W]e want to ensure as we grow our network**, from a customer perspective, from a service perspective, **the network capacity meets the expectations of those customers and those use cases ahead of any problems in the network.**
**...And we invest heavily in spectrum network growth**, including additional sites, including additional modifications to towers or antennas, as I mentioned, **to ensure we stay ahead of the expectations that the customers have on the network, and the growth of those customers in terms of what they are utilizing our network for.**



**Michael Kondratiuk**
Verizon Senior Director,
Core Network
Infrastructure Planning

**A.** THE WITNESS:  I agree that Verizon's RAN spectrum is a -- is an asset that we invest heavily in and allows us to differentiate our network.

# The Three Pillars of Network Capacity



## Spectrum
The licensed radio frequencies that carry wireless signals.



## Technology/ Efficiency
Software and systems that determine how much data can be transmitted over a given amount of spectrum.



## Infrastructure
The physical components including cell towers and base stations

Bazelon.10

# The Radio Spectrum



# The Radio Spectrum



# The Radio Spectrum



# Framework for Capacity Valuation



### Calculate Value Of Verizon's Spectrum Holdings
Establish market valuation of spectrum based on auction data and other transactions



### Break Out By Year
Calculate Verizon's spectrum holdings for each year to reflect changes in amount of Verizon's holdings and to discount that value over time



### Isolate Value of Capacity Saved
Exclude portions of spectrum unaffected by the patents at issue.



### Calculate Final Value
Determine the monetary value of capacity saved through patented technologies. Account for relevant infringement period.





# Apportion to Incremental Benefit of Verizon's Infringement



Spectrum Value

Exclude Fixed Wireless Access

Exclude Non-Smartphones

Exclude Subscriber-Provided Phones

Exclude Non-Accused Devices

Data Savings

Bazelon.15

# Example: Apportion to 2024 iOS benefit from '541 patent



Bazelon.16

# Value of Capacity Saved (2017 – 2029)

| | '541 Patent | | |
|---|---|---|---|
| | Android | iOS | |
| | Combination | BAR and Low data Mode | |
| Damages Start Date | *July 28, 2017* | *Sept. 13, 2019* | |
| 2017 | $ 4,033,668 | $ - | |
| 2018 | $ 17,971,638 | $ - | |
| 2019 | $ 24,223,517 | $ 1,801,434 | |
| 2020 | $ 27,200,986 | $ 20,895,701 | |
| 2021 | $ 24,672,884 | $ 32,609,474 | |
| 2022 | $ 23,685,120 | $ 43,612,472 | |
| 2023 | $ 17,019,044 | $ 41,222,832 | |
| 2024 | $ 16,884,813 | $ 51,029,220 | |
| 2025 | $ 14,884,953 | $ 53,033,645 | |
| 2026 | $ 14,457,413 | $ 59,335,217 | |
| 2027 | $ 12,959,916 | $ 56,902,635 | |
| 2028 | $ 11,722,567 | $ 51,469,851 | |
| 2029 | $ 1,875,777 | $ 8,235,908 | |
| Total | $ 211,592,295 | $ 420,148,389 | **$ 631,740,685** |

| | '613 Patent | | |
|---|---|---|---|
| | Android | iOS | |
| | Combination | BAR and Low data Mode | |
| Damages Start Date | *July 28, 2017* | *Sept. 15, 2017* | |
| 2017 | $ 4,033,668 | $ 1,860,959 | |
| 2018 | $ 17,971,638 | $ 23,129,706 | |
| 2019 | $ 24,223,517 | $ 39,768,469 | |
| 2020 | $ 27,200,986 | $ 53,044,232 | |
| 2021 | $ 24,672,884 | $ 55,538,608 | |
| 2022 | $ 23,630,800 | $ 61,062,838 | |
| 2023 | $ 16,980,012 | $ 52,382,841 | |
| 2024 | $ 16,846,089 | $ 60,862,343 | |
| 2025 | $ 14,850,815 | $ 57,226,066 | |
| 2026 | $ 14,424,256 | $ 55,582,365 | |
| 2027 | $ 12,930,193 | $ 49,825,149 | |
| 2028 | $ 11,695,682 | $ 45,068,089 | |
| 2029 | $ 1,871,475 | $ 7,211,535 | |
| Total | $ 211,332,017 | $ 562,563,200 | **$ 773,895,217** |

Bazelon.17

# Final Value of Capacity Saved (2017 – 2029)

## '541 Patent

| Android | iOS | |
|---|---|---|
| Combination | BAR and Low Data Mode | |
| *July 28, 2017* | *Sept. 13, 2019* | |
| $ 211,592,295 | $ 420,148,389 | $ 631,740,685 |

## '613 Patent

| Android | iOS | |
|---|---|---|
| Combination | BAR and Low Data Mode | |
| *July 28, 2017* | *Sept. 15, 2017* | |
| $ 211,332,017 | $ 562,563,200 | $ 773,895,217 |

Bazelon.18