# EXHIBIT 5

# Jim W. Bergman, M.B.A, C.F.A.

# Qualifications and Education



President and Founder
Bergman Consulting

---



Former Head of Intellectual Property Group
Conway MacKenzie

---

Bachelor of Arts (1995)
University of California at Irvine

Master of Business Administration (2004)
University of California at Irvine

---



*Master of Computer Science (currently pursuing)*
**Georgia Tech**

Bergman.2

# Professional Organizations



Chartered Financial Analyst (2011)

CFA Institute



Member

Licensing Executives Society

# Patent Damages Experience

20+ years experience working on patent cases

Worked on 200+ patent cases with primary focus on damages in high-technology space

Involved in numerous licensing discussions, including developing models and analyzing economic terms of agreements

Bergman.4

# Evidence Considered



- Headwater, Verizon, Apple, Android and Samsung documents
- Patents-in-suit
- Court filings
- Spoke with Dr. Wesel and Dr. Bazelon
- Depositions
- Financial information
- Industry research
- Licenses
- Expert reports
- Trial attendance

# Summary of Opinions

Lump Sum Reasonable Royalty:

## $193.5 million

for Verizon's infringement

# Summary of Opinions

| Patent | Mobile OS | Damages |
|---|---|---|
| **The '541 Patent** | Android | $52,898,074 |
| | iOS | $105,037,097 |
| | **Total** | **$157,935,171** |

| Patent | Mobile OS | Damages |
|---|---|---|
| **The '613 Patent** | Android | $52,833,004 |
| | iOS | $140,640,800 |
| | **Total** | **$193,473,804** |

Bergman.7

# 35 U.S.C. § 284 Patent Damages

"Upon finding for the claimant the court shall award the claimant damages **adequate to compensate for the infringement**, but in no event less than a reasonable royalty **for the use made of the invention by the infringer**, together with interests and costs as fixed by the court."

*35 U.S.C. § 284*

# Reasonable Royalty Framework





## Hypothetical Negotiation

- Patents are valid and infringed
- Negotiation is an open book
  - Cards face up
  - Book of wisdom
- Agree on the reasonable royalty

## Real-World Negotiation

- Validity and infringement contested
- Parties can have asymmetric information
- Parties can walk away

# Date of Hypothetical Negotiation Is The Date of First Infringement

**Sold by and used with** verizon✓



**'541 Patent**



**'613 Patent**

iOS 13

iPhone 11 onwards

**Android 6.0 or later**

SAMSUNG    G Pixel

iOS 11

iPhone 8 onwards

**Android 6.0 or later**

SAMSUNG    G Pixel

Bergman.10

# Statutory Limit Means Damages Period Starts Later Than First Infringement



# Reasonable Royalty Factors

| | | | | | |
|---|---|---|---|---|---|
| 1 | Royalties for Patents-in-Suit from comparable agreements | 6 | Sales of non-infringing products resulting from sales of infringing products | 11 | Extent of infringer's use |
| 2 | Royalties paid by licensee from comparable agreements | 7 | Duration of the patent and the term of the license | 12 | Customary royalty rates in the business |
| 3 | Nature and scope of license | 8 | Established profitability / Commercial success | 13 | Profit credited to the invention as distinguished from non-patented elements |
| 4 | Patent owner's willingness to license | 9 | Utility & advantages of the invention over old modes or devices | 14 | Opinion of experts |
| 5 | Competitive relationship of parties | 10 | Nature of the patented invention & benefits to user | 15 | Hypothetical negotiation |

Bergman.12

# Benefits to Infringer



Case 2:23-cv-00352-JRG-RSP    Document 457-6    Filed 05/27/26    Page 15 of 38 PageID #: 34573



**Patented Technology**

# Comparing Patented Technology to the Non-Infringing Alternatives

Case 2:23-cv-00352-JRG-RSP    Document 457-6    Filed 05/27/26    Page 16 of 38 PageID #: 34574



**4 wheels**

**Patented Technology**

vs.

**2 wheels**



**Patent Value**



**4 wheels**

**Patented Technology**

vs.

**NO wheels**



**Patent Value**

- **What is the benefit to Verizon?**

- How much does Verizon benefit?

- What is the value of that benefit?

# Benefits of the Patents

- **Reduction of network congestion**

  **+**

- **Longer battery life**

  <u>and</u>

- **Good user experience**

# Data Traffic Steadily Increasing



**PTX-1071**



**Michael Kondratiuk**
Verizon
Sr. Director, Core
Network Infrastructure
Planning
1/7/2025

**Q.** …So the goal is to provide sufficient QoS, quality of service, during peak times across the network, right?
*       *       *

**A.** The goal, yes, is to ensure we are meeting the customer experience expectation, 24 by 7 and peak times, in our network.



**Kyle Malady**
Verizon
Business Group
Executive Vice President
and CEO

12/20/2024

**A.** …[O]ur engineers, part of their – what they need to do every day is understand and project what the demand in both voice and data usage is on the network and making sure they have enough capacity in the network to meet that demand when the time comes.

- What is the benefit to Verizon?

- **How much does Verizon benefit?**

- What is the value of that benefit?

# Dr. Wesel: Verizon Has No Viable Non-infringing Alternatives



**Dr. Richard Wesel**
Headwater
Technical Expert

- A "non-infringing alternative" must be <u>available</u>, <u>acceptable</u>, and <u>non-infringing</u>, and must provide the <u>same benefits </u>as the patented invention

- There are ***no available, acceptable non-infringing alternatives*** to the patented inventions

- Nearly all smartphones use Android OS or iOS and all accused features are required features of the OS (and Verizon cannot remove or disable them)

# Testing Shows Benefits of Headwater's Inventions and Confirms Infringement

Case 2:23-cv-00352-JRG-RSP    Document 457-6    Filed 05/27/26    Page 24 of 38 PageID #: 34582



**Dr. Richard Wesel**
Headwater
Technical Expert

Testing showed the accused features save *at least* 3.5% of cellular data by controlling background data traffic

Testing and calculations were based on average usage information from Samsung, Apple, and Ericsson

Case 2:23-cv-00352-JRG-RSP    Document 457-6    Filed 05/27/26    Page 25 of 38 PageID #: 34583

# Dr. Wesel's Testing Quantifying the Benefit

**Background Data Saved by Invention: 784.8 MB**

**Total Cellular Data Usage (Ericsson) 22GB**

= 3.5% Data Savings

- What is the benefit to Verizon?

- How much does Verizon benefit?

- **What is the value of that benefit?**

# Apportion to Incremental Benefit of Verizon's Infringement



**Coleman Bazelon Ph.D.**
Headwater
Damages Expert

3/21/2023

**Spectrum Value**

**Exclude Fixed Wireless Access**

**Exclude Non-Smartphones**

**Exclude Subscriber-Provided Phones**

**Exclude Non-Accused Devices**

**Data Savings**

# Dr. Bazelon's Calculation of Value of Capacity Saved (2017 – 2029)

| | '541 Patent | | |
|---|---|---|---|
| | Android | iOS | |
| | Combination | BAR and Low data Mode | |
| Damages Start Date | *July 28, 2017* | *Sept. 13, 2019* | |
| 2017 | $ 4,033,668 | $ - | |
| 2018 | $ 17,971,638 | $ - | |
| 2019 | $ 24,223,517 | $ 1,801,434 | |
| 2020 | $ 27,200,986 | $ 20,895,701 | |
| 2021 | $ 24,672,884 | $ 32,609,474 | |
| 2022 | $ 23,685,120 | $ 43,612,472 | |
| 2023 | $ 17,019,044 | $ 41,222,832 | |
| 2024 | $ 16,884,813 | $ 51,029,220 | |
| 2025 | $ 14,884,953 | $ 53,033,645 | |
| 2026 | $ 14,457,413 | $ 59,335,217 | |
| 2027 | $ 12,959,916 | $ 56,902,635 | |
| 2028 | $ 11,722,567 | $ 51,469,851 | |
| 2029 | $ 1,875,777 | $ 8,235,908 | |
| **Total** | **$ 211,592,295** | **$ 420,148,389** | **$ 631,740,685** |

| | '613 Patent | | |
|---|---|---|---|
| | Android | iOS | |
| | Combination | BAR and Low data Mode | |
| Damages Start Date | *July 28, 2017* | *Sept. 15, 2017* | |
| 2017 | $ 4,033,668 | $ 1,860,959 | |
| 2018 | $ 17,971,638 | $ 23,129,706 | |
| 2019 | $ 24,223,517 | $ 39,768,469 | |
| 2020 | $ 27,200,986 | $ 53,044,232 | |
| 2021 | $ 24,672,884 | $ 55,538,608 | |
| 2022 | $ 23,630,800 | $ 61,062,838 | |
| 2023 | $ 16,980,012 | $ 52,382,841 | |
| 2024 | $ 16,846,089 | $ 60,862,343 | |
| 2025 | $ 14,850,815 | $ 57,226,066 | |
| 2026 | $ 14,424,256 | $ 55,582,365 | |
| 2027 | $ 12,930,193 | $ 49,825,149 | |
| 2028 | $ 11,695,682 | $ 45,068,089 | |
| 2029 | $ 1,871,475 | $ 7,211,535 | |
| **Total** | **$ 211,332,017** | **$ 562,563,200** | **$ 773,895,217** |



# February 10, 2020 Interdigital Letter of Intent

- ▪ **Non-binding**

- ▪ Deal **did not close**

- ▪ **No indication that Verizon's use of patents played any role** in amount offered

- ▪ $60m plus rights to purchase 750,000 shares of Interdigital

  - • **Headwater thought shares could be worth hundreds of millions**

# Apple Agreements

- **Verizon claims *Apple* agreements with *Pantech* are comparable.**

**Apple/Pantech License and Patent Purchase Agreements are not comparable**

- License part of larger agreement in which Apple bought patents from **troubled Korean smartphone maker**.

- **No evidence if Apple used** or planned to use licensed patents.

- The **benefit to Apple is very different** from the benefit to Verizon: Apple primarily sells devices, Verizon primarily sells access to its network.

Bergman.30

# Reasonable Royalty Framework





## Hypothetical Negotiation

- Patents are valid and infringed
- Negotiation is an open book
  - Cards face up
  - Book of wisdom
- Agree on the reasonable royalty

## Real-World Negotiation

- Validity and infringement contested
- Parties can have asymmetric information
- Parties can walk away

Bergman.31

# Bargaining Split

- **Core of Verizon's business is its network,** and spending to gain and **maintain capacity** is core feature of Verizon's business model

- **Parties would therefore look to Verizon's historical return on expenditures** as measure of what percentage of benefit Verizon would expect to retain in the hypothetical negotiation

- Verizon's **operating margin shows what Verizon has spent to gain benefits** in the form of profits.

**PTX-0278**

**Verizon Communications Inc. - Consolidated Statements of Operations**

| (in millions) | [A] FY2018 | [A] FY2019 | [A] FY2020 | [B] FY2021 | [B] FY2022 | [B] FY2023 | [C] Q1-Q3 2024 |
|---|---|---|---|---|---|---|---|
| Total Operating Profit Margin (%) | 17.0% | 23.0% | 22.4% | 24.3% | 22.3% | 17.1% | 21.5% |
| [D] Operating Margin, excluding certain costs (%) | 20.5% | 23.2% | 22.4% | 24.3% | 22.3% | 21.4% | 21.5% |

**Verizon Operating Margin**: **21 to 24%**

Bergman.32

# Bargaining Split

- **2014 ItsOn-Sprint Master Services Agreement**: divides incremental cost savings based on Headwater technology, centering around **50/50 split**

PTX-0438

- For roaming savings realized by Sprint less than or equal to .15 per Enabled Device, Sprint will pay Supplier an Enabled Device Fee equal to the total realized savings per Enabled Device.

- For roaming savings realized by Sprint greater than .15 but less than or equal to .30 per Enabled Device, Sprint will pay Supplier an Enabled Device Fee of .15 per Enabled Device.

- For roaming savings realized by Sprint greater than .30 but less than or equal to .50 per Enabled Device, Sprint will remit 50% of the realized savings to Supplier (i.e., if savings are .40 per Enabled Device, Sprint will pay Supplier an Enabled Device Fee of .20 per Enabled Device).

- For roaming savings realized by Sprint greater than .50, Sprint will pay Supplier an Enabled Device Fee of .25 per Enabled Device.

# Bargaining Split



**Value of Saved Spectrum from Headwater Patents**

$773,895,217

**Reasonable Royalty**

$193,473,804

25%

75%

$580,421,413

# Summary of '541 Patent Damages

| | '541 Patent | | |
| --- | --- | --- | --- |
| | **Android** | **iOS** | **Total** |
| | **Accused Features** | **BAR and Low Data Mode** | |
| **Damages Start Date** | *July 28, 2017* | *Sept. 13, 2019* | |
| **A. Value of Saved Spectrum** | $211,592,295 | $420,148,389 | **$631,740,684** |
| **B. Bargaining Split** | 25% | 25% | |
| **C. Reasonable Royalty** | $52,898,074 | $105,037,097 | **$157,935,171** |
| **D. Infringing Units** | 48,682,945 | 124,109,970 | **172,792,914** |
| **E. *Implied Royalty Per Unit*** | *$1.09* | *$0.85* | ***$0.91*** |

# Summary of '613 Patent Damages

| | '613 Patent | | |
| --- | --- | --- | --- |
| | **Android** | **iOS** | **Total** |
| | **Accused Features** | **BAR and Low Data Mode** | |
| **Damages Start Date** | *July 28, 2017* | *Sept. 15, 2017* | |
| **A. Value of Saved Spectrum** | $211,332,017 | $562,563,200 | **$773,895,217** |
| **B. Bargaining Split** | 25% | 25% | |
| **C. Reasonable Royalty** | $52,833,004 | $140,640,800 | **$193,473,804** |
| **D. Infringing Units** | 48,682,004 | 148,929,854 | **197,612,799** |
| **E.** *Implied Royalty Per Unit* | *$1.09* | *$0.94* | *$0.98* |

# Damages

| Patent | Mobile OS | | Damages |
|---|---|---|---|
| **The '541 Patent** | **Android** | | $52,898,074 |
| | **iOS** | | $105,037,097 |
| | **Total** | | **$157,935,171** |

| Patent | Mobile OS | | Damages |
|---|---|---|---|
| **The '613 Patent** | **Android** | | $52,833,004 |
| | **iOS** | | $140,640,800 |
| | **Total** | | **$193,473,804** |

Bergman.37