| | |
|---|---|
| **From:** | appeal |
| **To:** | Nakisha Love |
| **Subject:** | RE: EDTX 5-29-26 Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. 23CV352 |
| **Date:** | Monday, June 1, 2026 10:08:15 AM |

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.


Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000