**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

HEADWATER RESEARCH LLC

*Plaintiff*,

v.                                                            Case No. 2:23-CV-00352-JRG-RSP

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS AND VERIZON CORPORATE
SERVICES GROUP INC.

*Defendants*.

**JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**

Plaintiff Headwater Research LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Defendants" or "Verizon") (all together, the "Parties") respectfully file this Joint Motion to Amend Briefing Schedule for Post-Trial Motions and would show the Court as follows:

On April 23, 2026, the Court entered Final Judgment following a jury trial and bench trial in the above-captioned action. Dkt. 448.

On May 22, 2026, Verizon filed a combined Rule 50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial ("Verizon's Post-Trial Motions"). Dkt. 453.

The current deadline for Headwater to respond to Verizon's Post-Trial Motions is June 5, 2026. The Parties respectfully request that the briefing schedule be extended as follows due to unavoidable conflicts:

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Headwater's opposition brief | 6/5/2026 | 7/6/2026 |
| Verizon's reply brief | 6/12/2026 | 8/5/2026 |
| Headwater's sur-reply brief | 6/19/2026 | 8/12/2026 |

Headwater's current opposition deadline of June 5, 2026 presents several significant conflicts. For example, the existing two-week opposition period includes claim construction briefing deadlines in three Headwater cases against Google: May 27 in WDTX Case No. 7:25-CV-00378, June 2 in WDTX Case No. 7:25-CV-00376, and June 3 in WDTX Case No. 7:25-CV-00369. The existing opposition period also includes venue transfer briefing deadlines in WDTX Case Nos. 7:25-CV-00369, -00372, -00374, -00376, -00378, -00380, and -00518. In addition, several members of the Headwater team have been actively engaged in taking and defending depositions in ITC Investigation No. 337-TA-1477, where nearly 30 depositions are taking place before the June 5 close of fact discovery (including several requiring international travel). Headwater wishes to proceed as expeditiously as possible through post-trial motions but respectfully requests that its opposition deadline be extended to July 6, 2026 in light of these conflicts and the importance and magnitude of Verizon's Post-Trial Motions, which span 30 pages and cover a broad range of issues.

Headwater requests this 30-day extension (as opposed to, for example, a 14-day extension) because Headwater continues to have significant conflicts following the current June 5 deadline. For example, Headwater has *Markman* hearings scheduled for June 16 and June 24 in its WDTX Case Nos. 7:25-CV-00376 and -00378 against Google. And Headwater has additional claim construction briefing deadlines following June 5 in several of its cases against Google: June 10 in WDTX Case No. 7:25-CV-00378, June 18 in WDTX Case Nos. 7:25-CV-00372, -00374, -00380, and -00518, and July 1 in WDTX Case No. 7:25-CV-00369. Among other work conflicts, members of the Headwater team will also be working with experts in ITC Investigation No. 337-TA-1477, where opening reports are due June 16 and rebuttal reports are due July 2.

When Headwater raised its conflicts with Verizon, Verizon did not oppose Headwater's request to extend the opposition deadline to July 6. In light of this change, Verizon requested a similar extension for its reply brief deadline in light of its own scheduling conflicts. Specifically, during the anticipated period for the reply brief, counsel for Verizon anticipates work on at least the following: (1) an answering brief in *Hurley v. Google LLC*, 9th Cir. No. 26-2193; (2) post-trial briefing in *DivX, LLC v. Netflix, Inc.*, C.D. Cal. No. 2:19-cv-1602; (3) a reply brief in *Flynn-Murphy v. Jaguar Land Rover North America LLC*, 3d Cir. No. 26-1195; (4) an amicus brief in *President & Fellows of Harvard College v. U.S. Department of Health & Human Services*, 1st Cir. No. 25-2230; and additional non-public matters. Given Verizon's conflicts, the Parties request that Verizon's reply deadline be extended to August 5, 2026. The Parties do not request an extension to the 7-day sur-reply period.

No other deadlines will be affected by these amendments. The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend Briefing Schedule for Post-Trial Motions as follows:

| Filing | Current Deadline | Amended Deadline |
|---|---|---|
| Headwater's opposition brief | 6/5/2026 | 7/6/2026 |
| Verizon's reply brief | 6/12/2026 | 8/5/2026 |
| Headwater's sur-reply brief | 6/19/2026 | 8/12/2026 |

Dated: June 3, 2026                                  Respectfully submitted,

By:  */s/ Marc Fenster*                          By:  */s/ Reedy Swanson*

Marc Fenster                                             Celine Crowson (D.C. Bar No. 0436549A)
CA State Bar No. 181067                          Reedy Swanson (D.C. Bar No. 230795)
Reza Mirzaie                                            **HOGAN LOVELLS US LLP**

3

CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218740
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com
reedy.swanson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants*

4

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

/s/ Marc Fenster
Marc Fenster

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 3, 2026.

/s/ Marc Fenster
Marc Fenster