**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC

     *Plaintiff*,

v.

CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS AND VERIZON CORPORATE
SERVICES GROUP INC.

     *Defendants*.

Case No. 2:23-CV-00352-JRG-RSP

**ORDER GRANTING JOINT MOTION TO AMEND
BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS**

Before the Court is the parties' Joint Motion to Amend Briefing Schedule for Post-Trial

Motions. The Court has considered the Motion and is of the opinion that it should be and hereby

is **GRANTED**.

Accordingly, the Court sets the following briefing schedule on Defendants' combined Rule

50(b) Motion for Judgment as a Matter of Law and Rule 59 Motion for a New Trial (Dkt. 453):

- July 7, 2026 – Headwater's opposition brief

- August 5, 2026 – Verizon's reply brief

- August 12, 2026 – Headwater's sur-reply brief

1