**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,       §

     *Plaintiff*,       §

      §

v.       §       CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP

      §

CELLCO PARTNERSHIP d/b/a/ VERIZON       §
WIRELESS and VERIZON CORPORATE       §
SERVICES GROUP, INC.,       §

     *Defendants*.       §

## ORDER

Before the Court is the Joint Motion to Amend Briefing Schedule for Post-Trial Motions (the "Motion"). (Dkt. No. 471). In the Motion, the parties request various extensions for the post-trial briefing schedule because of "several significant conflicts" in other cases. (*Id.* at 2-3).

While the Court acknowledges that some form of extension may be warranted, the Court finds that the extensions requested are longer than necessary. Accordingly, the Court finds that the Motion should be and hereby is **GRANTED-IN-PART**. The deadline for Plaintiff to file its opposition brief is **extended** up to and including **June 15, 2026**. The deadline for Defendants to file their reply brief is **extended** up to and including **June 25, 2026**. The deadline for Plaintiff to file its sur-reply brief is **extended** up to and including **July 2, 2026**.

**So Ordered this**

**Jun 4, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE