

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 4, 2026

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2026-1906

**Federal Circuit Short Caption:** Headwater Research LLC v. Verizon Communications, Inc.

**Date of Docketing:** June 4, 2026

**Originating Tribunal:** United States District Court for the Eastern District of Texas

**Originating Case No.:** 2:23-cv-00352-JRG-RSP

**Appellants:** Cellco Partnership, Verizon Corporate Services Group Inc.

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: No docketing statement is required in cases with an unrepresented party.
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed here.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**FEE PAYMENT:** Unless the filing fee was prepaid, fee payment must be submitted within fourteen days after this notice. Fed. Cir. R. 52(d). For outstanding docketing fees due to this court, electronic filers must pay the fee using the event Pay Docketing Fee through the court's electronic filing system. Fed. Cir. R. 52(e). Docketing fees due to other courts, such as U.S. District Courts, the U.S. Court of Appeals for Veterans Claims, and non-vaccine cases at the U.S. Court of Federal Claims, must be submitted to those courts in accordance with their procedures. A filer wishing to proceed without fee payment must submit a motion for leave to proceed in forma pauperis, or other fee waiver request, within fourteen days.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.



Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
    - General Information and Overview of a Case in the Federal Circuit
    - Notice of Unrepresented Person Appearance
    - Informal Brief
    - Informal Reply Brief (to be completed only after receiving the opposing party's response brief)
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
    - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)
    - Statement Concerning Discrimination (only to petitioners in MSPB or arbitrator case)

**cc:** United States District Court for the Eastern District of Texas

## Official Caption

**HEADWATER RESEARCH LLC,**

*Plaintiff-Appellee*


v.


**VERIZON COMMUNICATIONS, INC.,**

*Defendant*


**CELLCO PARTNERSHIP, dba Verizon Wireless, VERIZON CORPORATE
SERVICES GROUP INC.,**

*Defendants-Appellants*



## Short Caption

Headwater Research LLC v. Verizon Communications, Inc.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,
          Plaintiff,

      v.

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS and VERIZON CORPORATE
SERVICES GROUP, INC.,
          Defendants.

Case No. 2:23-cv-00352-JRG-RSP

### NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Defendants Cellco Partnership (d/b/a Verizon Wireless) and Verizon Corporate Services Group, Inc. hereby cross-appeal to the United States Court of Appeals for the Federal Circuit this Court's final judgment entered on April 23, 2026, Dkt. No. 448, and any opinions, orders, or decisions underlying that judgment, including but not limited to the order denying Defendants' motion to dismiss for lack of standing, the Court's claim construction order, the order holding the Asserted Claims patentable under 35 U.S.C. § 101, and the jury's verdict. *See* Dkt. Nos. 140, 292, 300, 376, 377, 378, 421; *see also Ericsson, Inc. v. Harris Corp.*, 352 F.3d 1369, 1376 (Fed. Cir. 2003) (cross-appeal required "when a party seeks to enlarge its own rights under the judgment or to lessen the rights of its adversary under the judgment").

Plaintiff Headwater Research LLC's May 22, 2026, notice of appeal, Dkt. No. 455, was filed prematurely. Because Defendants timely filed still-pending motions for judgment as a matter of law under Rule 50(b) and for a new trial under Rule 59(e), *see* Dkt. No. 453, and for relief under Rule 60(a), *see* Dkt. No. 454, the time to appeal for all parties does not begin to run until both

1

these motions have been resolved, Fed. R. App. P. 4(a)(4)(A).  Out of an abundance of caution, given Plaintiff's premature notice of appeal, Defendants file this notice of cross-appeal, which will become effective once the District Court has resolved the pending motions.  *See* Fed. R. App. P. 4(a)(4)(B)(i).

Dated: May 29, 2026

Respectfully submitted,

/s/ *Celine J. Crowson*

Celine J. Crowson (D.C. Bar No. 0436549A)
Reedy C. Swanson (D.C. Bar No. 230795)
**HOGAN LOVELLS US LLP**
555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hoganlovells.com
reedy.swanson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record are being served with a copy of this document via

this Court's CM/ECF system on May 29, 2026.

/s/ Celine J. Crowson
Celine J. Crowson

A TRUE COPY I CERTIFY
DAVID A. O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF
TEXAS
By: _____ *Nakisha Love* _____

**U.S. District Court**
**Eastern District of TEXAS [LIVE] (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:23-cv-00352-JRG-RSP**
**Internal Use Only**

Headwater Research LLC v. Verizon Communications Inc. et al
Assigned to: District Judge Rodney Gilstrap
Referred to: Magistrate Judge Roy S. Payne
Case in other court:  Federal Circuit, 26-01884
Cause: 35:271 Patent Infringement

Date Filed: 07/28/2023
Date Terminated: 04/23/2026
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Mediator

**David Folsom**
Jackson Walker LLP
6002-B Summerfield Drive
Texarkana, TX 75503
*dfolsom@jw.com*

## Technical Advisor

**Michael D. Paul**
Michael D. Paul, PLLC
26110 High Timber Pass St.
San Antonio, TX 78260-8041
*mdeanpaul@gmail.com*

## Plaintiff

**Headwater Research LLC**                   represented by   **Adam S Hoffman**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: ahoffman@raklaw.com
*ATTORNEY TO BE NOTICED*

**Amy Elizabeth Hayden**
BC Law Group, P.C.
6210 SE 32nd Ave.
Portland, OR 97202
310-903-9368
Email: ahayden@bclgpc.com
*TERMINATED: 02/24/2025*

**Andrea Leigh Fair**
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400

Email: andrea@millerfairhenry.com
*ATTORNEY TO BE NOTICED*

**Benjamin T Wang**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: bwang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Brian D Ledahl**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310.826.7474
Fax: 310.826.6991
Email: bledahl@raklaw.com
*ATTORNEY TO BE NOTICED*

**Dale Chang**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Email: dchang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Garrett C. Parish**
Miller Fair Henry PLLC
TX
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Email: garrett@millerfairhenry.com
*ATTORNEY TO BE NOTICED*

**James A Milkey**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jmilkey@raklaw.com
*ATTORNEY TO BE NOTICED*

**James N Pickens**
Attorney at Law
1104 NW 88th Way
Plantation, FL 33322

954/637-2393
Fax: 954/206-8540
Email: jpickens@raklaw.com
*ATTORNEY TO BE NOTICED*

**James Shrin Tsuei**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Email: jtsuei@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jason Wietholter**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: jwietholter@raklaw.com
*ATTORNEY TO BE NOTICED*

**Kristopher Ryan Davis**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 312-826-6991
Email: kdavis@raklaw.com
*ATTORNEY TO BE NOTICED*

**Mackenzie Paladino**
Russ August & Kabat
12424 Wilshire Blvd
Ste 12th Floor
Los Angeles, CA 90025
310-826-7474
Email: mpaladino@raklaw.com
*ATTORNEY TO BE NOTICED*

**Matthew D. Aichele**
Russ August & Kabat
800 Main Avenue, SW
Suite 200
Washington, DC 20024
202-664-0623
Email: maichele@raklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Minna Jay**

Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: mjay@raklaw.com
*ATTORNEY TO BE NOTICED*

**Neil Alan Rubin**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310.826.7474
Fax: 310.826.6991
Email: nrubin@raklaw.com
*ATTORNEY TO BE NOTICED*

**Paul Anthony Kroeger**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: pkroeger@raklaw.com
*ATTORNEY TO BE NOTICED*

**Philip X Wang**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991
Email: pwang@raklaw.com
*ATTORNEY TO BE NOTICED*

**Qi Tong**
Russ August & Kabat
8080 N. Central Expressway
Suite 1503
Dallas, TX 75206
310-826-7474
Fax: 310-826-6991
Email: ptong@raklaw.com
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025

310-826-7474
Fax: 310-826-6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Bunt**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 418
Tyler, TX 75702
903/531-3535
Email: rcbunt@pbatyler.com
*TERMINATED: 07/16/2024*

**Ryan Lundquist**
Russ August & Kabat
12424 Wilshire Blvd.
Suite 1200
Los Angeles, CA 90025
310-826-7474
Email: rlundquist@raklaw.com

**Marc A Fenster**
Russ August & Kabat - Los Angeles
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
310/826-7474
Fax: 310/826-6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon Communications Inc.**              represented by  **Josh A Krevitt**
Gibson Dunn & Crutcher, LLP - NYC
200 Park Ave
48th Floor
New York, NY 10166-0193
212/351-2490
Fax: 2123516390
Email: jkrevitt@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-6282
Email: akathir@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Andrew J Danford**
Wilmer Cutler Pickering Hale & Dorr LLP -
Boston
60 State Street
Boston, MA 02109
617-526-6806
Fax: 617-526-5000
Email: andrew.danford@wilmerhale.com
*TERMINATED: 07/21/2025*
*PRO HAC VICE*

**Andrew William Robb**
Gibson, Dunn & Crutcher LLP
310 University Ave
Palo Alto, CA 94301
650-849-5334
Email: arobb@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
Gibson Dunn & Crutcher, LLP - NYC
200 Park Ave
48th Floor
New York, NY 10166-0193
212-351-2339
Fax: 212-817-9539
Email: brosenthal@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
Hogan Lovells US LLP - Washington
555 Thirteenth St, NW
Columbia Square
Washington, DC 20004
202/637-5600
Fax: 202/637-5910
Email: celine.crowson@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
Hogan Lovells US LLP
855 Main Street
Ste. 200

Redwood City, CA 94025
650-463-4152
Fax: 650-463-4199
Email: tej.singh@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
415-393-8271
Fax: 415-374-8405
Email: jschung@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
Hogan Lovells US LLP
4 Embarcadero Ctr Suit 3500
Suite 3548
San Francisco, CA 94111
202-256-5494
Email: kyle.xu@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph J Raffetto**
Hogan Lovells US LLP - Washington
555 Thirteenth St, NW
Columbia Square
Washington, DC 20004
202-637-5600
Fax: 202-637-5910
Email: joseph.raffetto@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
Gibson Dunn & Crutcher, LLP - NYC
200 Park Ave
48th Floor
New York, NY 10166-0193
212-351-2338
Fax: 212-351-4035
Email: kdominguez@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Mark D. Selwyn**
Wilmer Cutler Pickering Hale & Dorr LLP -
Palo Alto
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
650-858-6031
Fax: 650-858-6100

Email: mark.selwyn@wilmerhale.com
*TERMINATED: 07/21/2025*
*PRO HAC VICE*

**Michelle Zhu**
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212-351-3959
Email: mzhu@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Robert Vincent**
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
214-698-3281
Email: rvincent@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
Gish PLLC
50 California Street, Suite 1500
94111
San Francisco, CA 94111
408-223-5383
Email: ryan@gishpllc.com
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
Hogan Lovells US LLP
555 Thirteenth St, NW
Washington, DC 20004
202-637-5600
Email: yi.zhang@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Cellco Partnership, d/b/a Verizon Wireless** | represented by | **Josh A Krevitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Allen Kathir**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew J Danford**<br>(See above for address)<br>*TERMINATED: 07/21/2025*<br>*PRO HAC VICE* |

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Mackenzie Sim**
Gibson, Dunn &Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
212-351-6274
Email: csim@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliyahu Balsam**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10169
212-351-5382
Email: ebalsam@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregg Costa**
Gibson Dunn & Crutcher
811 Main Street
Ste 3000
Houston, TX 77002
346-718-6600
Email: gcosta@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Lauren Bedard**
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
202-777-9579
Email: hbedard@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T Cox , III**
Gibson Dunn & Crutcher LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
214-698-3256
Fax: 214-571-2923
Email: tcox@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Joseph J Raffetto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Selwyn**
(See above for address)
*TERMINATED: 07/21/2025*
*PRO HAC VICE*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reedy Swanson**
Hogan Lovells US LLP
555 13th Street N.W.
Washington, DC 20004
202-637-5764
Email: reedy.swanson@hoganlovells.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Corporate Services Group Inc.**     represented by **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew J Danford**
(See above for address)
*TERMINATED: 07/21/2025*
*PRO HAC VICE*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Mackenzie Sim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliyahu Balsam**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregg Costa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hannah Lauren Bedard**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T Cox , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph J Raffetto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Selwyn**
(See above for address)
*TERMINATED: 07/21/2025*
*PRO HAC VICE*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reedy Swanson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Vincent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Corporate Services Group Inc.**      represented by      **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter Claimant

**Cellco Partnership, d/b/a Verizon Wireless**      represented by      **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

Jaysen S. Chung
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Communications Inc.**                    represented by    **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Headwater Research LLC**                    represented by    **Amy Elizabeth Hayden**
(See above for address)
*TERMINATED: 02/24/2025*

**Benjamin T Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian D Ledahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dale Chang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garrett C. Parish**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Shrin Tsuei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Wietholter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristopher Ryan Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil Alan Rubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Anthony Kroeger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip X Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Qi Tong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc A Fenster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cellco Partnership, d/b/a Verizon Wireless**

represented by **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Communications Inc.**                             represented by   **Josh A Krevitt**
                                                                            (See above for address)
                                                                            *LEAD ATTORNEY*
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Allen Kathir**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Andrew William Robb**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Brian Ashley Rosenthal**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Celine Jimenez Crowson**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Deron R Dacus**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Gurtej Singh**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Jaysen S. Chung**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Jiaxing (Kyle) Xu**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Katherine Dominguez**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Michelle Zhu**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Ryan Iwahashi**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Yi Zhang**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Verizon Corporate Services Group Inc.**                    represented by   **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Cellco Partnership, d/b/a Verizon Wireless** | represented by | **Josh A Krevitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Verizon Corporate Services Group Inc.**    represented by    **Josh A Krevitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allen Kathir**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew William Robb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Ashley Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Celine Jimenez Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gurtej Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiaxing (Kyle) Xu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Zhu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Iwahashi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi Zhang**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2023 | 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. ( Filing fee $ 402 receipt number ATXEDC-9623831.), filed by Headwater Research LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Civil Cover Sheet)(Fenster, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Fenster, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | 3 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Headwater Research LLC (Fenster, Marc) (Entered: 07/28/2023) |
| 07/28/2023 | 4 | NOTICE of Designation of Attorney in Charge to Marc A Fenster on behalf of Headwater Research LLC (Fenster, Marc) (Entered: 07/28/2023) |
| 07/31/2023 | | Case Assigned to District Judge Rodney Gilstrap and Magistrate Judge Roy S. Payne. (nkl, ) (Entered: 07/31/2023) |
| 07/31/2023 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 07/31/2023) |
| 07/31/2023 | 5 | SUMMONS Issued as to Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Additional Attachment(s), # 2 Additional Attachment(s))(nkl, ) (Entered: 07/31/2023) |
| 08/03/2023 | 6 | SUMMONS Returned Executed by Headwater Research LLC. Verizon Communications Inc. served on 8/2/2023, answer due 8/23/2023. (Fenster, Marc) (Entered: 08/03/2023) |
| 08/03/2023 | 7 | SUMMONS Returned Executed by Headwater Research LLC. Cellco Partnership, d/b/a Verizon Wireless served on 8/2/2023, answer due 8/23/2023. (Fenster, Marc) (Entered: 08/03/2023) |
| 08/07/2023 | 8 | SUMMONS Returned Executed by Headwater Research LLC. Verizon Corporate Services Group Inc. served on 8/3/2023, answer due 8/24/2023. (Fenster, Marc) (Entered: 08/07/2023) |
| 08/11/2023 | 9 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Cellco Partnership, d/b/a Verizon Wireless, Verizon |

| | | Communications Inc..( Dacus, Deron) (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 10 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Verizon Corporate Services Group Inc..( Dacus, Deron) (Entered: 08/11/2023) |
| 08/11/2023 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Cellco Partnership, d/b/a Verizon Wireless to 10/9/2023; Verizon Communications Inc. to 10/9/2023. 45 Days Granted for Deadline Extension.( nkl, ) (Entered: 08/11/2023) |
| 08/11/2023 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV-12 for Verizon Corporate Services Group Inc. to 10/9/2023. 45 Days Granted for Deadline Extension.( nkl, ) (Entered: 08/11/2023) |
| 08/18/2023 | 11 | ORDER - Scheduling/Case Management Conference set for 9/28/2023 at 01:30 PM before District Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 8/17/2023. (nkl, ) (Entered: 08/18/2023) |
| 09/05/2023 | 12 | NOTICE of Attorney Appearance by Reza Mirzaie on behalf of Headwater Research LLC (Mirzaie, Reza) (Entered: 09/05/2023) |
| 09/05/2023 | 13 | NOTICE of Attorney Appearance by Brian D Ledahl on behalf of Headwater Research LLC (Ledahl, Brian) (Entered: 09/05/2023) |
| 09/05/2023 | 14 | NOTICE of Attorney Appearance by Benjamin T Wang on behalf of Headwater Research LLC (Wang, Benjamin) (Entered: 09/05/2023) |
| 09/05/2023 | 15 | NOTICE of Attorney Appearance by Paul Anthony Kroeger on behalf of Headwater Research LLC (Kroeger, Paul) (Entered: 09/05/2023) |
| 09/05/2023 | 16 | NOTICE of Attorney Appearance by Neil Alan Rubin on behalf of Headwater Research LLC (Rubin, Neil) (Entered: 09/05/2023) |
| 09/05/2023 | 17 | NOTICE of Attorney Appearance by Kristopher Ryan Davis on behalf of Headwater Research LLC (Davis, Kristopher) (Entered: 09/05/2023) |
| 09/05/2023 | 18 | NOTICE of Attorney Appearance by James Shrin Tsuei on behalf of Headwater Research LLC (Tsuei, James) (Entered: 09/05/2023) |
| 09/05/2023 | 19 | NOTICE of Attorney Appearance by Philip X Wang on behalf of Headwater Research LLC (Wang, Philip) (Entered: 09/05/2023) |
| 09/05/2023 | 20 | NOTICE of Attorney Appearance by Amy Elizabeth Hayden on behalf of Headwater Research LLC (Hayden, Amy) (Entered: 09/05/2023) |
| 09/05/2023 | 21 | NOTICE of Attorney Appearance by Jason Wietholter on behalf of Headwater Research LLC (Wietholter, Jason) (Entered: 09/05/2023) |
| 09/27/2023 | 22 | NOTICE of Attorney Appearance by Qi Tong on behalf of Headwater Research LLC (Tong, Qi) (Entered: 09/27/2023) |
| 09/28/2023 | | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference/Case Management Conference held on 9/28/2023. Counsel for the parties appeared. Court asked whether they consented to trial before the U.S. Magistrate Judge. Court then gave counsel Claim Construction and Jury Selection/Trial dates. (Court Reporter Shawn McRoberts) (aeb) (Entered: 10/02/2023) |

| 09/29/2023 | 23 | NOTICE of Attorney Appearance by Katherine Dominguez on behalf of All Defendants (Dominguez, Katherine) (Entered: 09/29/2023) |
|---|---|---|
| 09/29/2023 | 24 | NOTICE of Attorney Appearance by Brian Ashley Rosenthal on behalf of All Defendants (Rosenthal, Brian) (Entered: 09/29/2023) |
| 09/29/2023 | 25 | NOTICE of Attorney Appearance by Andrew William Robb on behalf of All Defendants (Robb, Andrew) (Entered: 09/29/2023) |
| 10/09/2023 | 26 | NOTICE of Attorney Appearance by Josh A Krevitt on behalf of All Defendants (Krevitt, Josh) (Entered: 10/09/2023) |
| 10/09/2023 | 27 | *Redacted* ANSWER to 1 Complaint, , COUNTERCLAIM against Headwater Research LLC by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc..(Dominguez, Katherine) (Entered: 10/09/2023) |
| 10/09/2023 | 28 | DEMAND for Trial by Jury by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Dominguez, Katherine) (Entered: 10/09/2023) |
| 10/09/2023 | 29 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Dominguez, Katherine) (Entered: 10/09/2023) |
| 10/10/2023 | 30 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Headwater Research LLC (Bunt, Robert) (Entered: 10/10/2023) |
| 10/10/2023 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 10/10/2023) |
| 10/10/2023 | 31 | UNOPPOSED MOTION to Seal Document by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order Proposed Order Granting Defendants' Motion to File Under Seal)(Dominguez, Katherine) (Entered: 10/10/2023) |
| 10/10/2023 | 🔒 32 | Sealed Document: Answer to Complaint, Counterclaim against Headwater Research LLC by Verizon Communications Inc., Cellco Partnership d/b/a Verizon Wireless, and Verizon Corporate Services Group, Inc. (Dominguez, Katherine) (Entered: 10/10/2023) |
| 10/11/2023 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 10/11/2023) |

| 10/11/2023 | 33 | JOINT MOTION for Extension of Time to File *Docket Control Order, Discovery Order, and Protective Order* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Dominguez, Katherine) (Entered: 10/11/2023) |
|---|---|---|
| 10/12/2023 | 34 | ORDER granting 31 UNOPPOSED MOTION to Seal Document; 32 Sealed Document. Signed by Magistrate Judge Roy S. Payne on 10/12/2023. (ch, ) (Entered: 10/12/2023) |
| 10/13/2023 | 35 | ORDER granting 33 Motion for Extension of Time to File Docket Control Order, Discovery Order, and Protective Order. Signed by Magistrate Judge Roy S. Payne on 10/13/2023. (nkl, ) (Entered: 10/13/2023) |
| 10/19/2023 | 36 | JOINT MOTION *for Entry of Agreed Discovery Order* by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 10/19/2023) |
| 10/19/2023 | 37 | JOINT MOTION *for Entry of Agreed Docket Control Order* by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 10/19/2023) |
| 10/23/2023 | 38 | STIPULATION of Dismissal *WITHOUT PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Dominguez, Katherine) (Entered: 10/23/2023) |
| 10/24/2023 | 39 | DISCOVERY ORDER re 36 Motion for Entry of Agreed Discovery Order. Signed by Magistrate Judge Roy S. Payne on 10/23/2023. (nkl, ) (Entered: 10/24/2023) |
| 10/24/2023 | 40 | DOCKET CONTROL ORDER re 37 JOINT MOTION *for Entry of Agreed Docket Control Order* filed by Headwater Research LLC., Pretrial Conference set for 4/14/2025 at 09:00 AM before Magistrate Judge Roy S. Payne., Jury Selection set for 5/19/2025 at 09:00AM before District Judge Rodney Gilstrap., Markman Hearing set for 11/19/2024 at 09:00 AM before Magistrate Judge Roy S. Payne. Signed by Magistrate Judge Roy S. Payne on 10/23/2023. (nkl, ) (Entered: 10/24/2023) |
| 10/26/2023 | 41 | AGREED MOTION for Extension of Time to File *Protective Order* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Dominguez, Katherine) (Entered: 10/26/2023) |
| 10/30/2023 | 42 | ORDER granting 41 Motion for Extension of Time to File Protective Order. Signed by Magistrate Judge Roy S. Payne on 10/30/2023. (nkl, ) (Entered: 10/30/2023) |
| 10/31/2023 | 43 | RESPONSE to 32 Sealed Document, 27 Answer to Complaint, Counterclaim *Headwater's Answer to Verizon's Counterclaims* by Headwater Research LLC. (Fenster, Marc) (Entered: 10/31/2023) |
| 10/31/2023 | 44 | JOINT MOTION *for Entry of Agreed Protective Order* by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 10/31/2023) |

| 11/01/2023 | 45 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 11/1/2023. (nkl, ) (Entered: 11/01/2023) |
|---|---|---|
| 11/21/2023 | 46 | AGREED MOTION for Extension of Time to File *E-Discovery Order* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order) (Dominguez, Katherine) (Entered: 11/21/2023) |
| 11/27/2023 | 47 | ORDER granting 46 Motion for Extension of Time to File E-Discovery Order. Signed by Magistrate Judge Roy S. Payne on 11/26/2023. (nkl, ) (Entered: 11/27/2023) |
| 11/29/2023 | 48 | NOTICE of Attorney Appearance by Adam S Hoffman on behalf of Headwater Research LLC (Hoffman, Adam) (Entered: 11/29/2023) |
| 12/01/2023 | 49 | AGREED MOTION for Extension of Time to File *E-Discovery Order* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order) (Dominguez, Katherine) (Entered: 12/01/2023) |
| 12/05/2023 | 50 | ORDER granting 49 Motion for Extension of Time to File E-Discovery Order. Signed by Magistrate Judge Roy S. Payne on 12/5/2023. (nkl, ) (Entered: 12/05/2023) |
| 12/05/2023 | 51 | JOINT MOTION *for Entry of Disputed Order Regarding E-Discovery* by Headwater Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Fenster, Marc) (Entered: 12/05/2023) |
| 12/08/2023 | 52 | E-DISCOVERY ORDER. Signed by Magistrate Judge Roy S. Payne on 12/8/2023. (klc, ) (Entered: 12/08/2023) |
| 12/11/2023 | 53 | AGREED MOTION for Extension of Time to File *and Comply with P.R. 3-3 & 3-4 and Standing Order Regarding Subject-Matter Eligibility Contentions* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order) (Dominguez, Katherine) (Entered: 12/11/2023) |
| 12/13/2023 | 54 | ORDER granting 53 Motion for Extension of Time to File to Comply with Patent Rules 3-3 and 3-4 and the Standing Order Regarding Subject-Matter Eligibility Contentions. Signed by Magistrate Judge Roy S. Payne on 12/13/2023. (nkl, ) (Entered: 12/13/2023) |
| 02/15/2024 | 55 | NOTICE of Attorney Appearance by Celine Jimenez Crowson on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Crowson, Celine) (Entered: 02/15/2024) |
| 02/15/2024 | 56 | NOTICE of Attorney Appearance - Pro Hac Vice by Yi Zhang on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-9979555. (Zhang, Yi) (Entered: 02/15/2024) |
| 02/15/2024 | 57 | NOTICE of Attorney Appearance by Gurtej Singh on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Singh, Gurtej) (Entered: 02/15/2024) |
| 02/15/2024 | 58 | NOTICE of Attorney Appearance - Pro Hac Vice by Kyle Xu on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., |

| | | | |
|---|---|---|---|
| | | | Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-9980365. (Xu, Kyle) (Entered: 02/15/2024) |
| 03/04/2024 | | 59 | UNOPPOSED MOTION to Amend/Correct *Invalidity Contentions* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Crowson, Celine) (Entered: 03/04/2024) |
| 03/05/2024 | | 60 | ORDER granting 59 UNOPPOSED MOTION to Amend/Correct Invalidity Contentions. Signed by Magistrate Judge Roy S. Payne on 3/5/2024. (ch, ) (Entered: 03/05/2024) |
| 03/19/2024 | | 61 | UNOPPOSED MOTION *for Leave to Amend Infringement Contentions* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 03/19/2024) |
| 03/21/2024 | | 62 | ORDER granting 61 UNOPPOSED MOTION for Leave to Amend Infringement Contentions. Signed by Magistrate Judge Roy S. Payne on 3/21/2024. (ch, ) (Entered: 03/21/2024) |
| 05/01/2024 | | 63 | MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Proposed Order)(Dominguez, Katherine) (Entered: 05/01/2024) |
| 05/01/2024 | 🔒 | 64 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 63 MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART . (Attachments: # 1 Exhibit 2)(Dominguez, Katherine) (Entered: 05/01/2024) |
| 05/10/2024 | | 65 | NOTICE of Attorney Appearance by Michelle Zhu on behalf of All Defendants (Zhu, Michelle) (Entered: 05/10/2024) |
| 05/16/2024 | | 66 | RESPONSE in Opposition re 63 MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART *filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 05/16/2024) |
| 05/23/2024 | | 67 | REPLY to Response to Motion re 63 MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART *filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc..* (Dominguez, Katherine) (Entered: 05/23/2024) |
| 05/29/2024 | | 68 | ORDER granting 63 Motion for Entry of an Order Focusing Asserted Patent Claim and Prior Art. Signed by Magistrate Judge Roy S. Payne on 5/29/2024. (NKL) (Entered: 05/29/2024) |
| 07/15/2024 | | 69 | UNOPPOSED MOTION to Withdraw as Attorney by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 07/15/2024) |
| 07/16/2024 | | 70 | ORDER granting 69 Motion to Withdraw as Attorney. Attorney Robert Christopher Bunt terminated. Signed by Magistrate Judge Roy S. Payne on 7/16/2024. (NKL) (Entered: 07/16/2024) |
| 07/17/2024 | | 71 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of Headwater Research LLC (Fair, Andrea) (Entered: 07/17/2024) |

| 08/07/2024 | | 72 | MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Proposed Order)(Dominguez, Katherine) (Entered: 08/07/2024) |
| 08/07/2024 | 🔒 | 73 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS*. (Attachments: # 1 Exhibit 5)(Dominguez, Katherine) (Entered: 08/07/2024) |
| 08/21/2024 | 🔒 | 74 | SEALED MOTION *to Compel Core Technical Documents* by Headwater Research LLC. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Fenster, Marc) (Entered: 08/21/2024) |
| 08/21/2024 | | 75 | AFFIDAVIT in Support re 74 SEALED MOTION *to Compel Core Technical Documents filed by Headwater Research LLC*. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3)(Tsuei, James) (Entered: 08/21/2024) |
| 08/21/2024 | 🔒 | 76 | SEALED RESPONSE re 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* filed by Headwater Research LLC. (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Exhibit L)(Fenster, Marc) (Entered: 08/21/2024) |
| 08/21/2024 | | 77 | Additional Attachments to Main Document: 76 Sealed Response to Motion,. *Declaration of Jason M. Wietholter in Support of Plaintiff's Opposition to Defendants' Motion to Strike and Compel Supplementation of Headwater's Amended Infringement Contentions*. (Attachments: # 1 Exhibit A, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit M, # 6 Exhibit N, # 7 Exhibit O, # 8 Exhibit P)(Wietholter, Jason) (Entered: 08/21/2024) |
| 08/27/2024 | | | NOTICE of Hearing on Motion 74 SEALED MOTION *to Compel Core Technical Documents*, 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* : Motion Hearing set for 9/16/2024 at 01:30 PM before Magistrate Judge Roy S. Payne. (bga) (Entered: 08/27/2024) |
| 08/27/2024 | | 78 | Joint Claim Construction and Prehearing Statement by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 08/27/2024) |
| 08/29/2024 | | 79 | RESPONSE in Support re 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.*. (Attachments: # 1 Exhibit 8)(Dominguez, Katherine) (Entered: 08/29/2024) |
| 09/03/2024 | | 80 | AMENDED ANSWER to 27 Answer to Complaint, Counterclaim , COUNTERCLAIM against Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Dominguez, Katherine) (Entered: 09/03/2024) |

| 09/03/2024 | 🔒 81 | UNOPPOSED SEALED MOTION *TO FILE VERIZON'S AMENDED ANSWER UNDER SEAL* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Attachments: # 1 Amended Answer, # 2 Proposed Order)(Dominguez, Katherine) (Entered: 09/03/2024) |
|---|---|---|
| 09/05/2024 | 82 | ORDER granting 81 Sealed Motion to File Under Seal. Signed by Magistrate Judge Roy S. Payne on 9/4/2024. (NKL) (Entered: 09/05/2024) |
| 09/05/2024 | 83 | RESPONSE in Opposition re 74 SEALED MOTION *to Compel Core Technical Documents* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Dominguez, Katherine) (Entered: 09/05/2024) |
| 09/05/2024 | 🔒 | (Court only) ***Motions terminated (See docket entry 52 ): 51 JOINT MOTION *for Entry of Disputed Order Regarding E-Discovery* filed by Headwater Research LLC. (NKL) (Entered: 09/05/2024) |
| 09/06/2024 | 🔒 84 | SEALED SUR-REPLY to Reply to Response re 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 09/06/2024) |
| 09/13/2024 | 85 | UNOPPOSED MOTION *to Temporarily Substitute Lead Counsel* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 09/13/2024) |
| 09/13/2024 | 86 | ORDER granting 85 UNOPPOSED MOTION to Temporarily Substitute Lead Counsel.. Signed by Magistrate Judge Roy S. Payne on 9/13/2024. (CH) (Entered: 09/13/2024) |
| 09/16/2024 | 87 | NOTICE of Attorney Appearance by Dale Chang on behalf of Headwater Research LLC (Chang, Dale) (Entered: 09/16/2024) |
| 09/16/2024 | 88 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 9/16/2024 re 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., 74 SEALED MOTION *to Compel Core Technical Documents* filed by Headwater Research LLC from 1:30 pm - 4:32 pm. (No exhibits)(Court Reporter Shelly Holmes.) (bga) (Entered: 09/17/2024) |
| 09/17/2024 | 89 | RESPONSE to *[81-1] Amended Answer HEADWATER'S ANSWER TO VERIZON'S COUNTERCLAIMS* by Headwater Research LLC. (Fenster, Marc) (Entered: 09/17/2024) |
| 09/23/2024 | 🔒 | (Court only) ***Party Michael D. Paul added. (NKL) (Entered: 09/23/2024) |
| 09/23/2024 | 90 | ORDER - It is ORDERED that Michael Paul is hereby appointed as the Courts technical advisor in the above-captioned case. Signed by Magistrate Judge Roy S. Payne on 9/18/2024. (NKL) (Entered: 09/23/2024) |
| 09/24/2024 | 91 | PAPER TRANSCRIPT REQUEST by Headwater Research LLC for proceedings held on 9/16/2024 Motion Hearing before Judge Roy S. Payne. (Fenster, Marc) (Forwarded to Court Reporter, Shelly Holmes, on 9/25/2024) (slo) (Entered: 09/24/2024) |

| 10/08/2024 | 92 | OPENING CLAIM CONSTRUCTION BRIEF filed by Headwater Research LLC. (Fenster, Marc) (Entered: 10/08/2024) |
|---|---|---|
| 10/10/2024 | 93 | MOTION to Stay *Pending Resolution of Inter Partes Review and The Related Manufacturer Cases* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Dominguez, Katherine) (Entered: 10/10/2024) |
| 10/14/2024 | 94 | PAPER TRANSCRIPT REQUEST by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 09/16/2024 Motion Hearing before Judge Roy S. Payne. (Dominguez, Katherine) (Forwarded to Court Reporter, Shelly Holmes, on 10/15/2024) (slo) (Entered: 10/14/2024) |
| 10/22/2024 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 9/16/24 (Motion Hearing) before Judge Roy S. Payne. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 794-1018 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 11/12/2024. Release of Transcript Restriction set for 1/21/2025. (Holmes, Shelly) (Entered: 10/22/2024) |
| 10/22/2024 | 96 | DEFENDANTS RESPONSIVE CLAIM CONSTRUCTION BRIEF filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Dominguez, Katherine) (Entered: 10/22/2024) |
| 10/22/2024 | 97 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 96 Reply to Claim Construction Brief,. (Attachments: # 1 Exhibit A)(Dominguez, Katherine) (Entered: 10/22/2024) |
| 10/24/2024 | 98 | **FILED IN ERROR**<br><br>OPPOSED SEALED MOTION *TO DEFENDANTS' MOTION TO STAY PENDING INTER PARTES REVIEW AND RELATED MANUFACTURER CASES* by Headwater Research LLC. (Fenster, Marc) Modified on 10/28/2024 (NKL). (Entered: 10/24/2024) |
| 10/24/2024 | 99 | **FILED IN ERROR**<br><br>Additional Attachments to Main Document: 98 OPPOSED SEALED MOTION *TO DEFENDANTS' MOTION TO STAY PENDING INTER PARTES REVIEW AND RELATED MANUFACTURER CASES. DECLARATION OF JASON WIETHOLTER IN SUPPORT OF PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING INTER* |

| | | |
|---|---|---|
| | | *PARTES REVIEW AND RELATED MANUFACTURER CASES.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Fenster, Marc) Modified on 10/28/2024 (NKL). (Entered: 10/24/2024) |
| 10/25/2024 | 🔒 100 | SEALED RESPONSE re 93 MOTION to Stay *Pending Resolution of Inter Partes Review and The Related Manufacturer Cases* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 10/25/2024) |
| 10/25/2024 | 101 | Additional Attachments to Main Document: 100 Sealed Response to Motion. *DECLARATION OF JASON WIETHOLTER IN SUPPORT OF PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING INTER PARTES REVIEW AND RELATED MANUFACTURER CASES.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Fenster, Marc) (Entered: 10/25/2024) |
| 10/29/2024 | 102 | REPLY to 92 Claim Construction Brief *filed by Headwater Research LLC.* (Fenster, Marc) (Entered: 10/29/2024) |
| 10/30/2024 | 103 | UNOPPOSED MOTION re 45 Protective Order *FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER* by Headwater Research LLC. (Attachments: # 1 Exhibit A - Supplemental Protective Order)(Fenster, Marc) (Entered: 10/30/2024) |
| 11/01/2024 | 104 | ORDER granting 103 Motion for Entry of Supplemental Protective Order. Therefore, it is hereby stipulated among the Parties and Google and ORDERED that, notwithstanding anything to the contrary in the Protective Order (including without limitation Paragraph 10 thereof), any Google Source Code produced in connection with the above-captioned action shall be subject to these restrictions. Signed by Magistrate Judge Roy S. Payne on 11/1/2024. (rpc) (Entered: 11/01/2024) |
| 11/01/2024 | 105 | REPLY to Response re 93 MOTION to Stay *Pending Resolution of Inter Partes Review and The Related Manufacturer Cases filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.*. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7) (Dominguez, Katherine) (Entered: 11/01/2024) |
| 11/05/2024 | 106 | UNOPPOSED MOTION re 45 Protective Order *FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER* by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 11/05/2024) |
| 11/05/2024 | 107 | Joint Claim Construction Chart by Headwater Research LLC. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 11/05/2024) |
| 11/06/2024 | 108 | SUPPLEMENTAL PROTECTIVE ORDER (Motion(s) 106 terminated). Signed by Magistrate Judge Roy S. Payne on 11/6/2024. (NKL) (Entered: 11/06/2024) |
| 11/08/2024 | 109 | ORDER denying 93 Motion to Stay Pending Resolution of Inter Partes Review and The Related Manufacturer Cases. Signed by Magistrate Judge Roy S. Payne on 11/8/2024. (NKL) (Entered: 11/08/2024) |
| 11/19/2024 | 110 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Markman Hearing held on 11/19/2024 from 09:04 - 10:38. No exhibits. (Court Reporter - Shelly Holmes) (Attachments: # 1 Attorney Sign-In Sheet) (bga) (Entered: 11/19/2024) |

| 11/20/2024 | 111 | ORDER denying 72 MOTION to Strike *AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* ; granting 74 Sealed Motion to Compel Core Technical Documents. Signed by Magistrate Judge Roy S. Payne on 11/20/2024. (NKL) (Entered: 11/20/2024) |
|---|---|---|
| 11/24/2024 | 112 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11/19/24 (Claim Construction Hearing) before Judge Roy S. Payne. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 794-1018 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 12/16/2024. Release of Transcript Restriction set for 2/24/2025. (Holmes, Shelly) (Entered: 11/24/2024) |
| 11/25/2024 | 113 | NOTICE of Attorney Appearance by Charles Mackenzie Sim on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Sim, Charles) (Entered: 11/25/2024) |
| 11/25/2024 | 114 | NOTICE of Attorney Appearance - Pro Hac Vice by Hannah Lauren Bedard on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-10516144. (Bedard, Hannah) (Entered: 11/25/2024) |
| 11/26/2024 | 115 | JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 11/26/2024) |
| 12/02/2024 | 116 | NOTICE of Attorney Appearance - Pro Hac Vice by Eliyahu Balsam on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-10524196. (Balsam, Eliyahu) (Entered: 12/02/2024) |
| 12/02/2024 | 117 | REDACTION to 74 SEALED MOTION *to Compel Core Technical Documents* by Headwater Research LLC. (Fenster, Marc) (Entered: 12/02/2024) |
| 12/02/2024 | 118 | REDACTION to 84 Sealed Sur-Reply to Reply to Response to Motion *TO STRIKE AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS* by Headwater Research LLC. (Fenster, Marc) (Entered: 12/02/2024) |
| 12/05/2024 | 119 | FIRST AMENDED DOCKET CONTROL ORDER. Signed by Magistrate Judge Roy S. Payne on 12/5/2024. (KLC) (Entered: 12/05/2024) |
| 12/05/2024 | | (Court only) ***Motions terminated: 115 JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* filed by Headwater Research LLC, (KLC) (Entered: 12/05/2024) |

| 12/18/2024 | | 120 | NOTICE of Attorney Appearance by Ryan Iwahashi on behalf of Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Iwahashi, Ryan) (Entered: 12/18/2024) |
|---|---|---|---|
| 12/19/2024 | | 121 | NOTICE of Attorney Appearance - Pro Hac Vice by Matthew D. Aichele on behalf of Headwater Research LLC. Filing fee $ 100, receipt number ATXEDC-10571224. (Aichele, Matthew) (Entered: 12/19/2024) |
| 12/19/2024 | 🔒 | 122 | SEALED MOTION *to Compel Corporate Document Productions* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Dominguez, Katherine) (Entered: 12/19/2024) |
| 12/19/2024 | 🔒 | 123 | SEALED MOTION *to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Dominguez, Katherine) (Entered: 12/19/2024) |
| 12/20/2024 | | 124 | NOTICE of Attorney Appearance by Ryan Lundquist on behalf of Headwater Research LLC (Lundquist, Ryan) (Entered: 12/20/2024) |
| 12/24/2024 | | 125 | NOTICE of Attorney Appearance by Robert Vincent on behalf of Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Vincent, Robert) (Entered: 12/24/2024) |
| 12/26/2024 | 🔒 | 126 | UNOPPOSED SEALED MOTION *For Leave to Supplement Invalidity Contentions and File Amended Answer* by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Proposed Order)(Dominguez, Katherine) (Entered: 12/26/2024) |
| 12/27/2024 | | 127 | JOINT MOTION re 119 Order *JOINT MOTION TO AMEND FIRST AMENDED DOCKET CONTROL ORDER* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 12/27/2024) |
| 12/27/2024 | | 128 | UNOPPOSED MOTION *(SECOND) FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 12/27/2024) |
| 12/30/2024 | | 129 | ORDER granting 128 Motion for Leave to Amend Infringement Contentions. Signed by Magistrate Judge Roy S. Payne on 12/302024. (KLC) (Entered: 12/30/2024) |
| 12/30/2024 | | 130 | ORDER granting 126 Sealed Motion. Signed by Magistrate Judge Roy S. Payne on 12/30/2024. (KLC) (Entered: 12/30/2024) |
| 12/30/2024 | | 131 | SECOND AMENDED DOCKET CONTROL ORDER. Signed by Magistrate Judge Roy S. Payne on 12/30/2024. (KLC) (Entered: 12/30/2024) |
| 01/03/2025 | | 132 | RESPONSE in Opposition re 123 SEALED MOTION *to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI filed by Headwater Research LLC.* (Attachments: # 1 Affidavit/Declaration of Matthew Aichele, # 2 Exhibit A)(Fenster, Marc) (Entered: 01/03/2025) |
| 01/03/2025 | 🔒 | 133 | SEALED RESPONSE re 122 SEALED MOTION *to Compel Corporate Document Productions* filed by Headwater Research LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit, # 2 Exhibit)(Mirzaie, Reza) (Entered: 01/03/2025) |
| 01/06/2025 | | NOTICE of Hearing on Motion 122 SEALED MOTION *to Compel Corporate Document Productions*, 123 SEALED MOTION *to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI* : Motion Hearing set for 1/24/2025 at 01:30 PM before Magistrate Judge Roy S. Payne. (bga) (Entered: 01/06/2025) |
| 01/06/2025 | 134 | SECOND AMENDED ANSWER to 1 Complaint, by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Dominguez, Katherine) (Entered: 01/06/2025) |
| 01/06/2025 | 🔒 135 | UNOPPOSED SEALED MOTION *TO FILE VERIZON'S SECOND AMENDED ANSWER UNDER SEAL* by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Second Amended Answer, # 2 Proposed Order)(Dominguez, Katherine) (Entered: 01/06/2025) |
| 01/06/2025 | | Clerk's LR CV-10(d) Notice of Deficiency as to 135 Sealed Motion - LR CV-5(a)(7) or CR-49(a) requires this document to include a statement after the certificate of service that certifies that a motion to seal has been filed or authorization to seal has been obtained. Recommended cure: Within one day, Filer must refile with the word *Corrected* in the title of the document. The filer should use the same ECF event and when offered the docket text enhancement dropdown, select UNDERLINE CORRECTED so it will also appear in the docket text. (NKL) (Entered: 01/06/2025) |
| 01/06/2025 | 🔒 136 | SEALED MOTION *TO FILE VERIZON'S SECOND AMENDED ANSWER UNDER SEAL* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Second Amended Answer, # 2 Proposed Order)(Dominguez, Katherine) (Entered: 01/06/2025) |
| 01/06/2025 | 137 | REDACTION to 136 SEALED MOTION *TO FILE VERIZON'S SECOND AMENDED ANSWER UNDER SEAL* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Dominguez, Katherine) (Entered: 01/06/2025) |
| 01/08/2025 | 138 | ORDER granting 136 Sealed Motion to File their Second Amended Answer Under Seal. Signed by Magistrate Judge Roy S. Payne on 1/8/2025. (NKL) (Entered: 01/08/2025) |
| 01/10/2025 | 139 | JOINT MOTION TO AMEND DOCKET CONTROL ORDERS by Headwater Research LLC. (Attachments: # 1 Proposed Order Exhibit A, # 2 Proposed Order Exhibit B, # 3 Proposed Order Exhibit C)(Fenster, Marc) (Entered: 01/10/2025) |
| 01/13/2025 | | NOTICE of Hearing on Motion 122 SEALED MOTION *to Compel Corporate Document Productions*, 123 SEALED MOTION *to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI* : Motion Hearing RESET for 2/5/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (bga) (Entered: 01/13/2025) |
| 01/21/2025 | 140 | CLAIM CONSTRUCTION ORDER. Signed by Magistrate Judge Roy S. Payne on 1/20/2025. (NKL) (Entered: 01/21/2025) |
| 01/21/2025 | 141 | RESPONSE to *HEADWATER'S ANSWER TO VERIZON'S COUNTERCLAIMS* by Headwater Research LLC. (Fenster, Marc) (Entered: 01/21/2025) |

| 01/22/2025 | 🔒 142 | SEALED MOTION *TO COMPEL ITSON DOCUMENTS* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Dominguez, Katherine) (Entered: 01/22/2025) |
|---|---|---|
| 01/24/2025 | | NOTICE of Hearing on Motion 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* : Motion Hearing set for 2/24/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (bga) (Entered: 01/24/2025) |
| 01/28/2025 | 143 | JOINT STATUS REPORT *OF MEET AND CONFER REGARDING VERIZON'S MOTIONS TO COMPEL* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Dominguez, Katherine) (Entered: 01/28/2025) |
| 01/29/2025 | 144 | JOINT MOTION to Dismiss by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Dominguez, Katherine) (Entered: 01/29/2025) |
| 02/03/2025 | 145 | THIRD AMENDED DOCKET CONTROL ORDER re 139 JOINT MOTION TO AMEND DOCKET CONTROL ORDERS filed by Headwater Research LLC., Pretrial Conference set for 5/19/2025 at 09:00 AM before Magistrate Judge Roy S. Payne., Jury Selection set for 6/23/2025 at 09:00AM before District Judge Rodney Gilstrap (Motion(s) 139 terminated). Signed by Magistrate Judge Roy S. Payne on 2/2/2025. (NKL) (Entered: 02/03/2025) |
| 02/03/2025 | 146 | ORDER OF PARTIAL DISMISSAL re 144 Motion to Dismiss a Claim. Signed by Magistrate Judge Roy S. Payne on 2/2/2025. (NKL) (Entered: 02/03/2025) |
| 02/04/2025 | 147 | UNOPPOSED MOTION to Change Lead Attorney Designation by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order) (Dominguez, Katherine) (Entered: 02/04/2025) |
| 02/04/2025 | 148 | DEFENDANTS' OBJECTION TO THE COURT'S CLAIM CONSTRUCTION ORDER filed by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1)(Dominguez, Katherine) (Entered: 02/04/2025) |
| 02/04/2025 | 🔒 149 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 148 Defendants' Objections to the Court's Claim Construction Order. (Attachments: # 1 Exhibit 1)(Dominguez, Katherine) (Entered: 02/04/2025) |
| 02/04/2025 | 150 | JOINT STATUS REPORT *Regarding Verizon's Motions to Compel (Dkts. 122, 123) Set for Hearing on February 5, 2025* by Headwater Research LLC. (Fenster, Marc) (Entered: 02/04/2025) |
| 02/05/2025 | 151 | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 02/05/2025) |
| 02/05/2025 | 152 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 2/5/2025 re 123 SEALED MOTION *to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., 122 SEALED MOTION *to Compel* |

| | | | |
|---|---|---|---|
| | | | *Corporate Document Productions* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. No Exhibits (Court Reporter - Ed Reed) (Attachments: # 1 Additional Attachment(s)) (KLC) Modified on 2/5/2025 (KLC). (Entered: 02/05/2025) |
| 02/06/2025 | | 153 | ORDER granting 147 Motion to Change Lead Attorney Designation. Signed by Magistrate Judge Roy S. Payne on 2/5/2025. (NKL) (Entered: 02/06/2025) |
| 02/06/2025 | | | NOTICE of Hearing on Motion 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* : Motion Hearing set for 3/12/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (bga) (Entered: 02/06/2025) |
| 02/06/2025 | | 154 | ORDER granting 151 UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* Responses due by 2/7/2025. Signed by Magistrate Judge Roy S. Payne on 2/6/2025. (NKL) (Entered: 02/06/2025) |
| 02/06/2025 | | 155 | ORDER re 122 Sealed Motion to Compel Corporate Document Productions; 123 Sealed Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI. Signed by Magistrate Judge Roy S. Payne on 2/6/2025. (NKL) (Entered: 02/06/2025) |
| 02/07/2025 | 🔒 | 156 | SEALED RESPONSE re 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* filed by Headwater Research LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Mirzaie, Reza) (Entered: 02/07/2025) |
| 02/13/2025 | 🔓 | 157 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held on 2/5/25 before Judge Roy S. Payne. Court Reporter/Transcriber: Ed Reed,Telephone number: 409-330-1605. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 3/6/2025. Release of Transcript Restriction set for 5/14/2025. (ljw) (Entered: 02/14/2025) |
| 02/19/2025 | | 158 | RESPONSE to 148 Objection to Claim Construction *filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 02/19/2025) |
| 02/20/2025 | | 159 | UNOPPOSED MOTION to Withdraw as Attorney *OF RECORD AMY HAYDEN* by Headwater Research LLC. (Attachments: # 1 Proposed Order) (Hayden, Amy) (Entered: 02/20/2025) |
| 02/21/2025 | | 160 | NOTICE of Intent to Request Redaction by Marc A Fenster re 157 Transcript,,,. (Fenster, Marc) (Entered: 02/21/2025) |
| 02/24/2025 | | 161 | ORDER granting 159 Motion to Withdraw as Attorney. Attorney Amy Elizabeth Hayden terminated. Signed by Magistrate Judge Roy S. Payne on 2/21/2025. (NKL) (Entered: 02/24/2025) |
| 03/10/2025 | | 162 | JOINT MOTION to Continue *Hearings on Motion to Compel Itson Documents* by Verizon Communications Inc., Cellco Partnership, d/b/a |

| | | | |
|---|---|---|---|
| | | | Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 03/10/2025) |
| 03/11/2025 | | 163 | ORDER re 162 JOINT MOTION to Continue *Hearings on Motion to Compel Itson Documents* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.., Motion Hearing reset for 4/2/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (Motion(s) 162 terminated). Signed by Magistrate Judge Roy S. Payne on 3/10/2025. (NKL) (Entered: 03/11/2025) |
| 03/19/2025 | 🔒 | 164 | SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Proposed Order)(Krevitt, Josh) (Entered: 03/19/2025) |
| 03/28/2025 | | 165 | JOINT MOTION for Extension of Time to File Response/Reply *Deadlines for Pending and Forthcoming Motions* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 03/28/2025) |
| 03/31/2025 | | 166 | ORDER denying 165 JOINT MOTION for Extension of Time to File Response/Reply *Deadlines for Pending and Forthcoming Motions*. Signed by Magistrate Judge Roy S. Payne on 3/30/2025. (NKL) (Entered: 03/31/2025) |
| 03/31/2025 | | 167 | UNOPPOSED MOTION to Excuse Lead Counsel by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 03/31/2025) |
| 03/31/2025 | | 168 | CORRECTED MOTION Joint Motion to Adjust Response and Reply Deadlines For Pending and Forthcoming Motions by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 03/31/2025) |
| 04/01/2025 | | 169 | ORDER granting 167 Motion to Excuse Lead Counsel. It is ORDERED that Mr. Krevitt is excused from attending the April 2, 2025 Hearing on the Motions to Compel. Signed by Magistrate Judge Roy S. Payne on 4/1/2025. (slo) (Entered: 04/01/2025) |
| 04/01/2025 | | 170 | ORDER granting 168 Motion to Adjust Response and Reply Deadlines for Pending and Forthcoming Motions. It is it is ORDERED that Headwater's response deadline for the pending Motions for Sanctions Under FRCP 37(e)(1) is extended to April 8, 2025, and Verizon's reply deadline is extended to April 21, 2025. It is further ORDERED that Verizons reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including Daubert motions, is extended to April 30, 2025. Signed by Magistrate Judge Roy S. Payne on 4/1/2025. (slo) (Entered: 04/01/2025) |
| 04/02/2025 | | 171 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 4/2/2025 from 09:01 - 10:07 re 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc. Attorney Appearances: Plaintiff - Marc Fenster, Philip |

| | | | |
|---|---|---|---|
| | | | Wang and Andrea Fair, Defense - Rob Vincent, Andrew Robb and Travis Underwood. No exhibits. (Court Reporter - Ed Reed) (bga) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 172 | OPPOSED SEALED MOTION *EXCLUDE REBUTTAL EXPERT OPINIONS OF VERIZON'S SURVEY EXPERT SARAH BUTLER* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Proposed Order)(Fenster, Marc) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 173 | OPPOSED SEALED MOTION *FOR SUMMARY JUDGEMENT OF VERIZON DEFENDANTS FIRST, FIFTH AND SIXTH AFFIRMATIVE DEFENSES* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Paul A. Kroeger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order) (Mirzaie, Reza) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 174 | SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON'S EXPERT MARK LANNING* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration Dale Chang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Proposed Order)(Mirzaie, Reza) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 175 | OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZONS DAMAGES EXPERT LAURA B. STAMM* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Mirzaie, Reza) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 176 | SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. RICHARD D. WESEL* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 177 | SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541* by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Katherine Dominguez, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 178 | OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher R. Davis, # 2 Exhibit 1, # 3 Exhibit 3, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Proposed Order)(Mirzaie, Reza) (Entered: 04/02/2025) |
| 04/02/2025 | | 179 | Additional Attachments to Main Document: 178 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY*. . (Attachments: # 1 Exhibit 2, # 2 Exhibit 2)(Davis, Kristopher) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 | 180 | SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 9,215,613* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon |

| | | |
|---|---|---|
| | | Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Hannah Bedard, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 <u>181</u> | SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Michelle Zhu, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 <u>182</u> | SEALED MOTION *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT WILLFUL INFRINGEMENT, INDIRECT INFRINGEMENT, OR COPYING* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Michelle Zhu, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Exhibit 8, # <u>10</u> Exhibit 9, # <u>11</u> Exhibit 10, # <u>12</u> Exhibit 11, # <u>13</u> Exhibit 12, # <u>14</u> Exhibit 13, # <u>15</u> Exhibit 14, # <u>16</u> Exhibit 15, # <u>17</u> Exhibit 16, # <u>18</u> Exhibit 17, # <u>19</u> Exhibit 18, # <u>20</u> Exhibit 19, # <u>21</u> Exhibit 20, # <u>22</u> Exhibit 21, # <u>23</u> Exhibit 22, # <u>24</u> Exhibit 23, # <u>25</u> Exhibit 24, # <u>26</u> Exhibit 25, # <u>27</u> Exhibit 26, # <u>28</u> Exhibit 27, # <u>29</u> Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/02/2025 | 🔒 <u>183</u> | SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 8,589,541 AND 9,215,613 AS TO CERTAIN ANDROID PRODUCTS* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Hannah Bedard, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Proposed Order)(Krevitt, Josh) (Entered: 04/02/2025) |
| 04/03/2025 | 🔒 <u>184</u> | SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE SECONDARY CONSIDERATIONS OPINIONS OF ERIK DE LA IGLESIA* by Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Hannah Bedard, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Exhibit 7, # <u>9</u> Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 <u>185</u> | SEALED MOTION *DEFENDANTS DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF TODOR COOKLEV* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 <u>186</u> | SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. COLEMAN BAZELON* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # <u>1</u> Affidavit/Declaration of Eli Balsam, # <u>2</u> Exhibit 1, # <u>3</u> Exhibit 2, # <u>4</u> Exhibit 3, # <u>5</u> Exhibit 4, # <u>6</u> Exhibit 5, # <u>7</u> Exhibit 6, # <u>8</u> Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 <u>187</u> | SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE OPINIONS OF MR. JIM BERGMAN* by Verizon Communications |

| | | | |
|---|---|---|---|
| | | | Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 | 188 | SEALED MOTION *DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT HEADWATER'S DAMAGES ARE LIMITED BY 35 U.S.C. 287* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Michelle Zhu, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Errata 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 | 189 | SEALED MOTION *DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Yi Zhang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | | 190 | MOTION for Judgment on the Pleadings *UNDER RULE 12(C) THAT THE ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/03/2025 | 🔒 | 191 | SEALED CORRECTED ATTACHMENTS to Main Document: 177 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541*. (Attachments: # 1 Exhibit 8, # 2 Exhibit 9)(Krevitt, Josh) (Entered: 04/03/2025) |
| 04/04/2025 | | 192 | UNOPPOSED MOTION for Extension of Time to File *Deadline* by Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 04/04/2025) |
| 04/07/2025 | | 193 | ORDER granting 192 Motion for Extension of Time to File. Signed by Magistrate Judge Roy S. Payne on 4/5/25. (bga) (Entered: 04/07/2025) |
| 04/07/2025 | | 194 | ORDER to Pay Technical Advisor. Signed by Magistrate Judge Roy S. Payne on 4/7/2025. (wea) (Entered: 04/07/2025) |
| 04/08/2025 | 🔒 | 195 | OPPOSED SEALED MOTION *FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher R. Davis, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Proposed Order)(Mirzaie, Reza) (Entered: 04/08/2025) |
| 04/08/2025 | | 196 | AFFIDAVIT in Support re 195 OPPOSED SEALED MOTION *FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY* by Headwater Research LLC. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 10, # 7 |

| | | | |
|---|---|---|---|
| | | | Exhibit 11, # 8 Exhibit 12, # 9 Exhibit 14)(Davis, Kristopher) (Entered: 04/08/2025) |
| 04/08/2025 | 🔒 | 197 | SEALED RESPONSE re 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration Philip Wang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26)(Fenster, Marc) (Entered: 04/08/2025) |
| 04/14/2025 | 🔓 | 198 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held on 4/2/2025 before Judge Roy Payne. Court Reporter/Transcriber: Ed Reed, Telephone number: )409) 330-1605.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 5/5/2025. Release of Transcript Restriction set for 7/14/2025. (wea) (Entered: 04/14/2025) |
| 04/14/2025 | 🔒 | 199 | SEALED OPPOSITION TO DEFENDANTS MOTION TO DISMISS FOR LACK OF STANDING AND PLAINTIFFS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DEFENDANTS STANDING DEFENSE re 189 \ SEALED MOTION *DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit L, # 3 Exhibit M, # 4 Exhibit N, # 5 Exhibit Q, # 6 Exhibit S, # 7 Proposed Order) (Mirzaie, Reza) (Entered: 04/14/2025) |
| 04/14/2025 | | 200 | AFFIDAVIT in Support re 199 Sealed Response to Motion, by Headwater Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit O, # 13 Exhibit P, # 14 Exhibit R, # 15 Exhibit T, # 16 Exhibit U, # 17 Exhibit V)(Mirzaie, Reza) (Entered: 04/14/2025) |
| 04/15/2025 | 🔒 | 201 | SEALED OPPOSITION re 180 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 9,215,613* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Mirzaie, Reza) (Entered: 04/15/2025) |
| 04/16/2025 | 🔒 | 202 | SEALED RESPONSE re 188 SEALED MOTION *DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT HEADWATER'S DAMAGES ARE LIMITED BY 35 U.S.C. 287* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Mackenzie Paladino, # 2 Exhibit A, |

| | | | |
|---|---|---|---|
| | | | # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Proposed Order)(Mirzaie, Reza) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 | 203 | SEALED RESPONSE re 182 SEALED MOTION *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT WILLFUL INFRINGEMENT, INDIRECT INFRINGEMENT, OR COPYING* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration Paul Kroeger, # 2 Exhibit a, # 3 Exhibit b, # 4 Exhibit c, # 5 Exhibit d, # 6 Exhibit e, # 7 Exhibit f, # 8 Exhibit g, # 9 Exhibit h, # 10 Exhibit i, # 11 Exhibit j, # 12 Exhibit k, # 13 Exhibit l, # 14 Exhibit m, # 15 Exhibit n, # 16 Exhibit o, # 17 Exhibit p, # 18 Exhibit q, # 19 Exhibit r, # 20 Exhibit s, # 21 Exhibit t, # 22 Proposed Order)(Fenster, Marc) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 | 204 | SEALED RESPONSE re 172 OPPOSED SEALED MOTION *EXCLUDE REBUTTAL EXPERT OPINIONS OF VERIZON'S SURVEY EXPERT SARAH BUTLER* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N)(Krevitt, Josh) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 | 205 | SEALED RESPONSE re 173 OPPOSED SEALED MOTION *FOR SUMMARY JUDGEMENT OF VERIZON DEFENDANTS FIRST, FIFTH AND SIXTH AFFIRMATIVE DEFENSES* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Hannah Bedard, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Exhibit AA, # 29 Exhibit BB, # 30 Exhibit CC, # 31 Exhibit DD, # 32 Exhibit EE, # 33 Exhibit FF, # 34 Exhibit GG, # 35 Exhibit HH, # 36 Exhibit II, # 37 Exhibit JJ, # 38 Exhibit KK, # 39 Exhibit LL, # 40 Exhibit MM, # 41 Exhibit NN, # 42 Exhibit OO, # 43 Exhibit PP, # 44 Exhibit QQ, # 45 Exhibit RR)(Krevitt, Josh) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 | 206 | SEALED RESPONSE re 174 SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON'S EXPERT MARK LANNING* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Michelle Zhu, # 2 Exhibit A, # 3 Exhibit B)(Krevitt, Josh) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 | 207 | SEALED RESPONSE re 175 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZONS DAMAGES EXPERT LAURA B. STAMM* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Krevitt, Josh) (Entered: 04/16/2025) |

| 04/16/2025 | 🔒 208 | SEALED RESPONSE re 178 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Hannah Bedard, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Krevitt, Josh) (Entered: 04/16/2025) |
| --- | --- | --- |
| 04/16/2025 | 🔒 209 | SEALED OPPOSITION re 177 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Proposed Order) (Fenster, Marc) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 210 | SEALED RESPONSE re 181 SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Minna Y. Jay, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Mirzaie, Reza) (Entered: 04/16/2025) |
| 04/16/2025 | 🔒 211 | SEALED RESPONSE re 183 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 8,589,541 AND 9,215,613 AS TO CERTAIN ANDROID PRODUCTS* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Proposed Order)(Mirzaie, Reza) (Entered: 04/16/2025) |
| 04/17/2025 | 🔒 212 | SEALED OPPOSITION re 187 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE OPINIONS OF MR. JIM BERGMAN* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Proposed Order)(Mirzaie, Reza) (Entered: 04/17/2025) |
| 04/17/2025 | 🔒 213 | SEALED RESPONSE re 185 SEALED MOTION *DEFENDANTS DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF TODOR COOKLEV* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Dale Chang, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Proposed Order)(Mirzaie, Reza) (Entered: 04/17/2025) |
| 04/17/2025 | 🔒 214 | SEALED RESPONSE re 176 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. RICHARD D. WESEL* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Proposed Order)(Mirzaie, Reza) (Entered: 04/17/2025) |
| 04/17/2025 | 🔒 215 | SEALED OPPOSITION re 184 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE SECONDARY CONSIDERATIONS OPINIONS OF ERIK DE LA IGLESIA* filed by |

| | | | Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Fenster, Marc) (Entered: 04/17/2025) |
|---|---|---|---|
| 04/17/2025 | 🔒 | 216 | SEALED OPPOSITION re 186 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. COLEMAN BAZELON* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Letter A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Proposed Order)(Mirzaie, Reza) (Entered: 04/17/2025) |
| 04/17/2025 | | 217 | RESPONSE in Opposition re 190 MOTION for Judgment on the Pleadings *UNDER RULE 12(C) THAT THE ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101 filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 04/17/2025) |
| 04/17/2025 | | 218 | NOTICE of Attorney Appearance by Minna Jay on behalf of Headwater Research LLC (Jay, Minna) (Entered: 04/17/2025) |
| 04/21/2025 | 🔒 | 219 | SEALED REPLY to Response re 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* filed by Verizon Communications Inc.. (Krevitt, Josh) (Entered: 04/21/2025) |
| 04/23/2025 | 🔒 | 220 | SEALED OPPOSITION re 195 OPPOSED SEALED MOTION *FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Krevitt, Josh) (Entered: 04/23/2025) |
| 04/24/2025 | | 221 | REPLY to Response re 190 MOTION for Judgment on the Pleadings *UNDER RULE 12(C) THAT THE ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101 filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc.*. (Crowson, Celine) (Entered: 04/24/2025) |
| 04/28/2025 | | 222 | JOINT MOTION to Extend Filing Deadline for Motions in Limine by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 04/28/2025) |
| 04/28/2025 | 🔒 | 223 | SEALED SUR-REPLY to Reply to Response re 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 04/28/2025) |
| 04/29/2025 | | 246 | ORDER granting 222 JOINT MOTION to Extend Filing Deadline for Motions in Limine. Parties' deadline to file motions in limine is extended to May 1, 2025. Signed by Magistrate Judge Roy S. Payne on 04/29/2025. (SCM) (Entered: 05/02/2025) |
| 04/30/2025 | 🔒 | 224 | SEALED REPLY to Response re 173 OPPOSED SEALED MOTION *FOR SUMMARY JUDGEMENT OF VERIZON DEFENDANTS FIRST, FIFTH AND SIXTH AFFIRMATIVE DEFENSES* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 225 | SEALED REPLY to Response re 181 SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* filed by |

| | | | |
|---|---|---|---|
| | | | Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 226 | SEALED REPLY to Response re 185 SEALED MOTION *DEFENDANTS DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF TODOR COOKLEV* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 9)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 227 | SEALED REPLY to Response re 188 SEALED MOTION *DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT HEADWATER'S DAMAGES ARE LIMITED BY 35 U.S.C. 287* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 228 | SEALED REPLY to Response re 172 OPPOSED SEALED MOTION *EXCLUDE REBUTTAL EXPERT OPINIONS OF VERIZON'S SURVEY EXPERT SARAH BUTLER* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 229 | SEALED REPLY to Response re 184 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE SECONDARY CONSIDERATIONS OPINIONS OF ERIK DE LA IGLESIA* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Hannah Bedard, # 2 Exhibit 8, # 3 Exhibit 9)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 230 | SEALED REPLY to Response re 174 SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON'S EXPERT MARK LANNING* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration Dale Chang, # 2 Exhibit 3)(Fenster, Marc) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 231 | SEALED REPLY to Response re 180 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 9,215,613* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Hannah Bedard, # 2 Exhibit 12)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 232 | SEALED REPLY to Response re 182 SEALED MOTION *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT WILLFUL INFRINGEMENT, INDIRECT INFRINGEMENT, OR COPYING* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Hannah Bedard, # 2 Exhibit 28, # 3 Exhibit 29)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 233 | SEALED REPLY to Response re 175 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZONS DAMAGES EXPERT LAURA B. STAMM* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration, # 2 Exhibit E, # 3 Exhibit F, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I, # 7 Exhibit J, # 8 Exhibit K)(Mirzaie, Reza) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 234 | SEALED REPLY to Response re 187 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE OPINIONS OF MR. JIM BERGMAN* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon |

| | | | |
|---|---|---|---|
| | | | Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # [1] Affidavit/Declaration of Eli Balsam, # [2] Exhibit 7, # [3] Exhibit 8)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 235 | SEALED REPLY to Response re [186] SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. COLEMAN BAZELON* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 236 | SEALED REPLY to Response re [176] SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. RICHARD D. WESEL* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 237 | SEALED REPLY to Response re [178] OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 238 | SEALED REPLY to Response re [177] SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # [1] Affidavit/Declaration of Hannah Bedard, # [2] Exhibit 12, # [3] Exhibit 13, # [4] Exhibit 14, # [5] Exhibit 15, # [6] Exhibit 16)(Krevitt, Josh) (Entered: 04/30/2025) |
| 04/30/2025 | 🔒 | 239 | SEALED REPLY to Response re [189] SEALED MOTION *DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc..* (Attachments: # [1] Affidavit/Declaration Of Yi Zhang, # [2] Exhibit 23)(Crowson, Celine) (Entered: 04/30/2025) |
| 05/01/2025 | 🔒 | 240 | OPPOSED SEALED MOTION *in Limine* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # [1] Exhibit 1, # [2] Exhibit 2, # [3] Exhibit 3, # [4] Exhibit 4, # [5] Exhibit 5, # [6] Exhibit 6, # [7] Exhibit 7, # [8] Exhibit 8, # [9] Exhibit 9, # [10] Exhibit 10, # [11] Exhibit 11, # [12] Exhibit 12, # [13] Exhibit 13, # [14] Exhibit 14, # [15] Exhibit 15, # [16] Exhibit 16, # [17] Exhibit 17, # [18] Proposed Order) (Krevitt, Josh) (Entered: 05/01/2025) |
| 05/01/2025 | 🔒 | 241 | SEALED REPLY to Response re [195] OPPOSED SEALED MOTION *FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY* filed by Headwater Research LLC. (Attachments: # [1] Affidavit/Declaration of Kristopher Davis, # [2] Exhibit 15, # [3] Exhibit 16, # [4] Exhibit 17, # [5] Exhibit 18)(Mirzaie, Reza) (Entered: 05/01/2025) |
| 05/01/2025 | 🔒 | 242 | SEALED MOTION *IN LIMINE* by Headwater Research LLC. (Attachments: # [1] Declaration of Reza Mirzaie, # [2] Exhibit 1, # [3] Exhibit 2, # [4] Exhibit 3, # [5] Exhibit 4, # [6] Exhibit 5, # [7] Exhibit 6, # [8] Exhibit 7, # [9] Exhibit 8, # [10] Exhibit 9, # [11] Exhibit 10, # [12] Exhibit 11, # [13] Exhibit 12, # [14] Exhibit 13) (Mirzaie, Reza) (Additional attachment(s) added on 5/2/2025: # [15] Additional Attachment(s)) (mdj). (Entered: 05/01/2025) |
| 05/01/2025 | | 243 | OPPOSED MOTION for Leave to File *Sixth Motion in Limine* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon |

| | | | |
|---|---|---|---|
| | | | Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 05/02/2025) |
| 05/02/2025 | | 244 | PROPOSED MOTION in Limine *Verizons [Proposed] Sixth Motion in Limine* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Krevitt, Josh) (Entered: 05/02/2025) |
| 05/02/2025 | | 245 | SUR-REPLY to Reply to Response re 190 MOTION for Judgment on the Pleadings *UNDER RULE 12(C) THAT THE ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101 filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 05/02/2025) |
| 05/02/2025 | | 247 | NOTICE *OF LODGING EXHIBIT 13 IN SUPPORT OF DKT. NO. 242* by Headwater Research LLC (Mirzaie, Reza) (Entered: 05/02/2025) |
| 05/05/2025 | 🔒 | | (Court only) VIDEO EXCERPT (EXHIBIT 13) DELIVERED TO THE CLERKS OFFICE ON 05/05/2025 (mdj) (Entered: 05/05/2025) |
| 05/05/2025 | | 248 | NOTICE *OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING* by Headwater Research LLC (Fenster, Marc) (Entered: 05/05/2025) |
| 05/05/2025 | | 249 | NOTICE *of Request for Daily Trial Transcripts and Real Time Reporting* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Krevitt, Josh) (Entered: 05/05/2025) |
| 05/06/2025 | | 250 | PAPER TRANSCRIPT REQUEST by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 02/05/2025 Motion Hearing before Judge Roy S. Payne. (Krevitt, Josh) Emailed to Ed Reed on 5/6/2025 (psm). (Entered: 05/06/2025) |
| 05/06/2025 | | 251 | PAPER TRANSCRIPT REQUEST by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 04/02/2025 Motion Hearing before Judge Roy S. Payne. (Krevitt, Josh) Emailed to Ed Reed on 5/6/2025 (psm). (Entered: 05/06/2025) |
| 05/06/2025 | 🔒 | 252 | SEALED SUR-REPLY to Reply to Response re 188 SEALED MOTION *DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT HEADWATER'S DAMAGES ARE LIMITED BY 35 U.S.C. 287 filed by Headwater Research LLC*. (Mirzaie, Reza) (Entered: 05/06/2025) |
| 05/07/2025 | | 253 | NOTICE of Attorney Appearance - Pro Hac Vice by Allen Kathir on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number BTXEDC-10825989. (Kathir, Allen) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 | 254 | SEALED SUR-REPLY to Reply to Response re 189 SEALED MOTION *DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING filed by Headwater Research LLC*. (Mirzaie, Reza) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 | 255 | SEALED SUR-REPLY to Reply to Response re 180 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 9,215,613 filed by Headwater Research LLC*. (Mirzaie, Reza) (Entered: 05/07/2025) |

| 05/07/2025 | 🔒 256 | SEALED SUR-REPLY to Reply to Response re 173 OPPOSED SEALED MOTION *FOR SUMMARY JUDGEMENT OF VERIZON DEFENDANTS FIRST, FIFTH AND SIXTH AFFIRMATIVE DEFENSES* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 🔒 257 | SEALED SUR-REPLY to Reply to Response re 187 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE OPINIONS OF MR. JIM BERGMAN* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 258 | SEALED SUR-REPLY to Reply to Response re 177 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of James Tsuei, # 2 Exhibit L, # 3 Exhibit M)(Fenster, Marc) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 259 | **FILED IN ERROR PER ATTORNEY. ATTORNEY TO REFILE** SUR-REPLY to Reply to Response re 181 SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* filed by *Headwater Research LLC*. (Fenster, Marc) Modified on 5/8/2025 (mdj). (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 260 | SEALED SUR-REPLY to Reply to Response re 176 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. RICHARD D. WESEL* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 261 | SEALED SUR-REPLY to Reply to Response re 184 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE SECONDARY CONSIDERATIONS OPINIONS OF ERIK DE LA IGLESIA* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 262 | SEALED SUR-REPLY to Reply to Response re 186 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. COLEMAN BAZELON* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 263 | SEALED SUR-REPLY to Reply to Response re 181 SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 264 | SEALED SUR-REPLY to Reply to Response re 182 SEALED MOTION *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT WILLFUL INFRINGEMENT, INDIRECT INFRINGEMENT, OR COPYING* filed by Headwater Research LLC. (Fenster, Marc) (Entered: 05/07/2025) |
| 05/07/2025 | 🔒 265 | SEALED SUR-REPLY to Reply to Response re 185 SEALED MOTION *DEFENDANTS DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF TODOR COOKLEV* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 05/07/2025) |
| 05/08/2025 | 🔒 266 | SEALED MOTION *to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Krevitt, Josh) (Entered: 05/08/2025) |

| 05/08/2025 | 🔒 267 | SEALED SUR-REPLY to Reply to Response re 174 SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON'S EXPERT MARK LANNING* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/08/2025) |
|---|---|---|
| 05/08/2025 | 268 | NOTICE of Attorney Appearance by James N Pickens on behalf of Headwater Research LLC (Pickens, James) (Entered: 05/08/2025) |
| 05/08/2025 | 🔒 269 | SEALED SUR-REPLY to Reply to Response re 178 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/08/2025) |
| 05/08/2025 | 🔒 270 | SEALED SUR-REPLY to Reply to Response re 172 OPPOSED SEALED MOTION *EXCLUDE REBUTTAL EXPERT OPINIONS OF VERIZON'S SURVEY EXPERT SARAH BUTLER* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/08/2025) |
| 05/08/2025 | 🔒 271 | SEALED SUR-REPLY to Reply to Response re 175 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZONS DAMAGES EXPERT LAURA B. STAMM* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/08/2025) |
| 05/08/2025 | 272 | RESPONSE in Opposition re 243 OPPOSED MOTION for Leave to File *Sixth Motion in Limine* filed by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Entered: 05/08/2025) |
| 05/08/2025 | 273 | RESPONSE in Opposition re 244 PROPOSED MOTION in Limine *Verizons [Proposed] Sixth Motion in Limine* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Reza Mirzaie, # 2 Exhibit A, # 3 Proposed Order)(Mirzaie, Reza) (Entered: 05/08/2025) |
| 05/09/2025 | 🔒 274 | SEALED RESPONSE re 240 OPPOSED SEALED MOTION *in Limine* filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Philip Wang, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Mirzaie, Reza) (Entered: 05/09/2025) |
| 05/09/2025 | | NOTICE of Hearing on Motion 266 SEALED MOTION *to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation*: Motion Hearing set for 5/29/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (wea) (Entered: 05/09/2025) |
| 05/09/2025 | 🔒 275 | SEALED SUR-REPLY to Reply to Response re 195 OPPOSED SEALED MOTION *FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/09/2025) |

| 05/12/2025 | 276 | **FILED IN ERROR. ATTORNEY ADVISED TO REFILE THE FULL DCO WITH CURERNT AND AMENDED DATES** JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) Modified on 5/13/2025 (KLC). (Entered: 05/12/2025) |
|---|---|---|
| 05/12/2025 | 🔒 277 | SEALED RESPONSE re 242 SEALED MOTION *IN LIMINE* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Krevitt, Josh) (Entered: 05/12/2025) |
| 05/13/2025 | 🔒 | (Court only) ***Motions terminated: 276 JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* filed by Headwater Research LLC. (KLC) (Entered: 05/13/2025) |
| 05/13/2025 | 278 | JOINT MOTION *TO RESCHEDULE PRETRIAL CONFERENCE FOR JUDICIAL EFFICIENCY AND TO SCHEDULE HEARING ON DEFENDANTS MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. NO. 164)* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 05/13/2025) |
| 05/14/2025 | 279 | JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 05/14/2025) |
| 05/15/2025 | 280 | ORDER GRANTING: 278 JOINT MOTION *TO RESCHEDULE PRETRIAL CONFERENCE FOR JUDICIAL EFFICIENCY AND TO SCHEDULE HEARING ON DEFENDANTS MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. NO. 164)* filed by Headwater Research LLC., ( Pretrial Conference RESET for 5/30/2025 at 09:00 AM before Magistrate Judge Roy S. Payne.) (Motion(s) 278 terminated). Signed by Magistrate Judge Roy S. Payne on 05/14/2025. (mdj) (Entered: 05/15/2025) |
| 05/15/2025 | | NOTICE of Hearing on Motion 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* : Motion Hearing set for 5/29/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (mdj) (Entered: 05/15/2025) |
| 05/15/2025 | 281 | FOURTH AMENDED DOCKET CONTROL ORDER: Pretrial Conference set for 5/19/2025 at 09:00 AM before Magistrate Judge Roy S. Payne.. Signed by Magistrate Judge Roy S. Payne on 05/15/2025. (mdj) (Entered: 05/15/2025) |
| 05/16/2025 | | CORRECTED NOTICE OF PRETRIAL CONFERENCE PER ORDER #280 Pretrial Conference set for 5/30/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (KLC) (Entered: 05/16/2025) |
| 05/16/2025 | 🔒 | (Court only) ***Motions terminated: 279 JOINT MOTION *TO AMEND DOCKET CONTROL ORDER* filed by Headwater Research LLC. (KLC) (Entered: 05/16/2025) |
| 05/16/2025 | 🔒 282 | SEALED REPLY to Response re 240 OPPOSED SEALED MOTION *in Limine* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit 18, # 2 Exhibit 19)(Krevitt, Josh) (Entered: 05/16/2025) |
| 05/16/2025 | 🔒 283 | Sealed JOINT PRE-TRIAL ORDER (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 |

| | | | |
|---|---|---|---|
| | | | Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L-1, # 13 Exhibit L-2)(Fenster, Marc) (Entered: 05/16/2025) |
| 05/23/2025 | 🔒 | 284 | SEALED RESPONSE re 266 SEALED MOTION *to Compel Attorney-Client Privileged and Work Product Materials on Headwater's Privilege Log* filed by Headwater Research LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Fenster, Marc) (Entered: 05/23/2025) |
| 05/23/2025 | | 285 | NOTICE *Pursuant to 35 U.S.C. § 282* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Krevitt, Josh) (Entered: 05/23/2025) |
| 05/27/2025 | 🔒 | 286 | SEALED SUR-REPLY to Reply to Response re 240 OPPOSED SEALED MOTIONS IN LIMINE *in Limine* filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 05/27/2025) |
| 05/27/2025 | 🔒 | 287 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 286 Corrected Sealed Sur-Reply to Reply to Response to Motion In Limine. (Mirzaie, Reza) (Entered: 05/27/2025) |
| 05/28/2025 | | 288 | REDACTION to 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/28/2025) |
| 05/28/2025 | | 289 | REDACTION to 219 Sealed Reply to Response to Motion *for Sanctions Under Fed. R. Civ. P.(e)(1)* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/28/2025) |
| 05/28/2025 | | 290 | REDACTION to 266 SEALED MOTION *to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 05/28/2025) |
| 05/29/2025 | | 291 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 5/29/2025 from 09:03 - 12:14 re 164 SEALED MOTION *FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1)*, and 266 SEALED MOTION *to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation.* Attorney Appearances: Plaintiff - See attached.; Defense - See attached.. No exhibits. (Court Reporter - Jenny Monroe) (Attachments: # 1 Attorney Sign-In Sheet) (wea) (Entered: 05/29/2025) |
| 05/30/2025 | | | NOTICE of Hearing: Final Pretrial Conference set for 6/5/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (wea) (Entered: 05/30/2025) |
| 05/30/2025 | | 297 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Initial Pretrial Conference held on 5/30/2025 from 09:00 - 04:48. Attorney Appearances: Plaintiff - See attached.; Defense - See attached.. No exhibits. (Court Reporter - Shelly Holmes) (Attachments: # 1 Attorney Sign-In Sheet) (wea) (Attachment 1 replaced on 6/4/2025 with corrected hearing date.) (wea). (Entered: 06/03/2025) |
| 06/02/2025 | | 292 | REPORT AND RECOMMENDATIONS re 189 SEALED MOTION *DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon |

| | | | |
|---|---|---|---|
| | | | Wireless, Verizon Communications Inc.. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 6/1/2025. (NKL) (Entered: 06/02/2025) |
| 06/02/2025 | | 293 | Paper Transcript Request by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 05/29/2025 Motion Hearing before Judge Roy S. Payne. (Krevitt, Josh) (Forwarded to Court Reporter, Jenny Monroe, on 6/2/2025) (slo) (Entered: 06/02/2025) |
| 06/02/2025 | | 294 | Paper Transcript Request by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 05/30/2025 Pretrial Conference before Judge Roy S. Payne. (Krevitt, Josh) (Forwarded to Court Reporter, Shelly Holmes, on 6/2/2025) (slo) (Entered: 06/02/2025) |
| 06/02/2025 | | 295 | Paper Transcript Request by Headwater Research LLC for proceedings held on 5/30/25 Pretrial Conference before Judge Roy S. Payne. (Fenster, Marc) (Forwarded to Court Reporter, Shelly Holmes, on 6/2/2025) (slo) (Entered: 06/02/2025) |
| 06/02/2025 | 🔒 🔒 | 296 | *SEALED* **REDACTED AT #358** NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 5/30/25 (Pretrial Hearing) before Judge Roy S. Payne. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 794-1018 (Shelly_Holmes@txed.uscourts.gov).<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 6/23/2025. Release of Transcript Restriction set for 9/2/2025. (Holmes, Shelly) Modified on 6/26/2025 (KLC). (Entered: 06/02/2025) |
| 06/04/2025 | 🔒 | | (Court only) ***Party David Folsom added. (NKL) (Entered: 06/04/2025) |
| 06/04/2025 | | 298 | ORDER - The Court issues this Order sua sponte. The Court ORDERS the parties to mediate in this case as soon as practical. The mediation shall be conducted by the Hon. David Folsom. Signed by District Judge Rodney Gilstrap on 6/3/2025. (NKL) (Entered: 06/04/2025) |
| 06/04/2025 | | 299 | MEMORANDUM ORDER re 164 SEALED MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(1) (Motion(s) 164 terminated). Signed by Magistrate Judge Roy S. Payne on 6/3/2025. (NKL) (Entered: 06/04/2025) |
| 06/04/2025 | | 300 | REPORT AND RECOMMENDATIONS re 190 MOTION for Judgment on the Pleadings *UNDER RULE 12(C) THAT THE ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 6/3/2025. (NKL) (Entered: 06/04/2025) |

| 06/04/2025 | 301 | ORDER denying 266 Sealed Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation. Signed by Magistrate Judge Roy S. Payne on 6/3/2025. (NKL) (Entered: 06/04/2025) |
|---|---|---|
| 06/05/2025 | 302 | ORDER ON MOTIONS IN LIMINE re 240 Sealed Motion in Limine; 242 Sealed Motion in Limine. Signed by Magistrate Judge Roy S. Payne on 6/4/2025. (NKL) (Entered: 06/05/2025) |
| 06/05/2025 | 303 | REPORT AND RECOMMENDATIONS re 181 SEALED MOTION *FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT FOR THE '042 PATENT* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 6/4/2025. (NKL) (Entered: 06/05/2025) |
| 06/05/2025 | 304 | REPORT AND RECOMMENDATIONS re 188 SEALED MOTION *DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT HEADWATER'S DAMAGES ARE LIMITED BY 35 U.S.C. 287* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 6/4/2025. (NKL) (Entered: 06/05/2025) |
| 06/05/2025 | 308 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Final Pretrial Conference held on 6/5/2025 from 09:02 - 05:04. Attorney Appearances: Plaintiff - See attached.; Defense - See attached.. No exhibits. (Court Reporter - Dana Hayden) (Attachments: # 1 Attorney Sign-In Sheet) (wea). (Entered: 06/06/2025) |
| 06/06/2025 | 305 | Paper Transcript Request by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 06/05/2025 Pretrial Conference before Judge Roy S. Payne. (Krevitt, Josh) (Forwarded to Dana Hayden on 6/6/2025) (slo) (Entered: 06/06/2025) |
| 06/06/2025 | 306 | Paper Transcript Request by Headwater Research LLC for proceedings held on 6/5/25 Pretrial Conference before Judge Roy S. Payne. (Fenster, Marc) (Forwarded to Dana Hayden on 6/6/2025) (slo). (Entered: 06/06/2025) |
| 06/06/2025 | 307 | NOTICE of Intent to Request Redaction by Marc A Fenster re 296 Transcript,,,. (Fenster, Marc) (Entered: 06/06/2025) |
| 06/06/2025 | 🔒 | (Court only) ***Motions terminated (please see docket entry 131 138 171 302 : 135 UNOPPOSED SEALED MOTION *TO FILE VERIZON'S SECOND AMENDED ANSWER UNDER SEAL* filed by Verizon Corporate Services Group Inc., Verizon Communications Inc., 142 SEALED MOTION *TO COMPEL ITSON DOCUMENTS* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., 244 PROPOSED MOTION in Limine *Verizons [Proposed] Sixth Motion in Limine* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., 127 JOINT MOTION re 119 Order *JOINT MOTION TO AMEND FIRST AMENDED DOCKET CONTROL ORDER* filed by Headwater Research LLC, 243 OPPOSED MOTION for Leave to File *Sixth Motion in Limine* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (NKL) (Entered: 06/06/2025) |

| 06/09/2025 | | 309 | REPORT AND RECOMMENDATIONS re 180 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 9,215,613* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc... Signed by Magistrate Judge Roy S. Payne on 6/6/2025. (NKL) (Entered: 06/09/2025) |
|---|---|---|---|
| 06/09/2025 | 🔒 | 310 | **REDACTED AT 374**<br><br>NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference Proceedings held on 6/5/2025 before Judge Payne. Court Reporter/Transcriber: Dana Hayden, Telephone number: (501) 725-7963.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 6/30/2025. Release of Transcript Restriction set for 9/8/2025. (slo) Modified on 7/7/2025 (NKL). (Entered: 06/09/2025) |
| 06/09/2025 | | 311 | REPORT AND RECOMMENDATIONS re 177 SEALED MOTION *DEFENDANTS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF US PATENT NO. 8,589,541* filed by Verizon Corporate Services Group Inc., Verizon Communications Inc... Signed by Magistrate Judge Roy S. Payne on 6/6/2025. (NKL) (Entered: 06/09/2025) |
| 06/09/2025 | | | NOTICE of Hearing: Final Pretrial Conference set for 6/18/2025 at 09:00 AM before Magistrate Judge Roy S. Payne. (wea) (Entered: 06/09/2025) |
| 06/09/2025 | | | NOTICE resetting Final Exhibit List deadline to Thursday, June 12, 2025. (wea) (Entered: 06/09/2025) |
| 06/10/2025 | | 312 | ORDER REGARDING EXHIBITS. Signed by District Judge Rodney Gilstrap on 6/10/2025. (NKL) (Entered: 06/10/2025) |
| 06/10/2025 | | 313 | ORDER TO PURCHASE JURY MEALS. Signed by District Judge Rodney Gilstrap on 6/10/2025. (NKL) (Entered: 06/10/2025) |
| 06/10/2025 | | 314 | NOTICE of Intent to Request Redaction by Marc A Fenster re 310 Transcript,,,. (Fenster, Marc) (Entered: 06/10/2025) |
| 06/11/2025 | | 315 | REPORT AND RECOMMENDATIONS re 183 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 8,589,541 AND 9,215,613 AS TO CERTAIN ANDROID PRODUCTS* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc... Signed by Magistrate Judge Roy S. Payne on 6/11/2025. (NKL) (Entered: 06/11/2025) |
| 06/13/2025 | 🔒 | 316 | Sealed Notice of Final Exhibit Lists. (Attachments: # 1 Affidavit/Declaration of Marc Fenster, # **VACATED AND STRICKEN PER #317**(2) Exhibit A, # **VACATED AND STRICKEN PER #317**(3) Exhibit B, # **VACATED AND** |

| | | |
|---|---|---|
| | | **STRICKEN PER #317** (4) Exhibit C)(Fenster, Marc) Modified on 6/13/2025 (KLC). (Entered: 06/13/2025) |
| 06/13/2025 | 317 | ORDER- It is ORDERED that the parties exhibit lists (Dkt. Nos. 316-2, 316-3, 316-4) are VACATED and STRICKEN.. Signed by District Judge Rodney Gilstrap on 06/13/2025. (KLC) (Entered: 06/13/2025) |
| 06/13/2025 | 318 | SUPPLEMENTAL ORDER ON MOTIONS IN LIMINE. Signed by Magistrate Judge Roy S. Payne on 06/13/2025. (KLC) (Entered: 06/13/2025) |
| 06/16/2025 | 319 | MEMORANDUM ORDER re 172 OPPOSED SEALED MOTION *EXCLUDE REBUTTAL EXPERT OPINIONS OF VERIZON'S SURVEY EXPERT SARAH BUTLER* filed by Headwater Research LLC. (Motion(s) 172 terminated). Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 320 | ORDER denying 174 Sealed Motion to Strike Certain Opinions and Testimony of Defendants Expert Mark Lanning. Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 321 | MEMORANDUM ORDER re 186 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. COLEMAN BAZELON* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 186 terminated). Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 322 | MEMORANDUM ORDER re 175 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZONS DAMAGES EXPERT LAURA B. STAMM* filed by Headwater Research LLC. (Motion(s) 175 terminated). Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 323 | MEMORANDUM ORDER re 176 SEALED MOTION *DEFENDANTS' DAUBERT MOTION AND MOTION TO STRIKE THE OPINIONS OF DR. RICHARD D. WESEL* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 176 terminated). Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 324 | MEMORANDUM ORDER re 178 OPPOSED SEALED MOTION *TO STRIKE CERTAIN OPINIONS OF VERIZON EXPERT KEVIN JEFFAY* filed by Headwater Research LLC. (Motion(s) 178 terminated). Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 325 | REPORT AND RECOMMENDATIONS re 182 SEALED MOTION *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT WILLFUL INFRINGEMENT, INDIRECT INFRINGEMENT, OR COPYING* filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc... Signed by Magistrate Judge Roy S. Payne on 6/15/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | 326 | NOTICE of Attorney Appearance - Pro Hac Vice by Andrew J Danford on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-10903704. (Danford, Andrew) (Entered: 06/16/2025) |

| 06/16/2025 | | 327 | NOTICE of Attorney Appearance - Pro Hac Vice by Mark D. Selwyn on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. Filing fee $ 100, receipt number ATXEDC-10903724. (Selwyn, Mark) (Entered: 06/16/2025) |
|---|---|---|---|
| 06/16/2025 | | 328 | ORDER denying 185 Sealed Daubert Motion and Motion to Strike the Opinions of TodorCooklev. Signed by Magistrate Judge Roy S. Payne on 6/16/2025. (NKL) (Entered: 06/16/2025) |
| 06/16/2025 | | 329 | AMENDED DOCUMENT by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. Amendment to 283 Sealed Document, *Exhibit D*. (Krevitt, Josh) (Entered: 06/16/2025) |
| 06/16/2025 | 🔒 | 330 | SEALED OBJECTION to 292 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Crowson, Celine) (Entered: 06/16/2025) |
| 06/17/2025 | 🔒 | 331 | Sealed Notice of Final Exhibit Lists (Attachments: # 1 Affidavit/Declaration of Marc Fenster, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Fenster, Marc) (Entered: 06/17/2025) |
| 06/17/2025 | | 332 | RESPONSE to 303 Report and Recommendations, *filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 06/17/2025) |
| 06/18/2025 | | 333 | REPORT of Mediation by David Folsom. Mediation result: suspended (Verizon)(Folsom, David) (Entered: 06/18/2025) |
| 06/18/2025 | | 334 | NOTICE of Attorney Appearance by James A Milkey on behalf of Headwater Research LLC (Milkey, James) (Entered: 06/18/2025) |
| 06/18/2025 | | 335 | NOTICE of Attorney Appearance by Mackenzie Paladino on behalf of Headwater Research LLC (Paladino, Mackenzie) (Entered: 06/18/2025) |
| 06/18/2025 | | 336 | Paper Transcript Request by Headwater Research LLC for proceedings held on 6/18/25 Pretrial Conference before Judge Roy S. Payne. (Fenster, Marc) Forwarded to Shelly Holmes on 6/18/2025 (psm). (Entered: 06/18/2025) |
| 06/18/2025 | | 337 | Paper Transcript Request by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. for proceedings held on 06/18/2025 Pretrial Conference before Judge Roy S. Payne. (Krevitt, Josh) Forwarded to Shelly Holmes on 6/18/2025 (psm). (Entered: 06/18/2025) |
| 06/18/2025 | 🔓 | 338 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 6/18/25 (Pretrial Hearing) before Judge Roy S. Payne. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 794-1018 (Shelly_Holmes@txed.uscourts.gov). **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript |

| 06/18/2025 | | | Restriction. After that date it may be obtained through PACER.. Motion to Redact due 7/9/2025. Release of Transcript Restriction set for 9/16/2025. (Holmes, Shelly) (Entered: 06/18/2025) |
|---|---|---|---|
| 06/18/2025 | | 339 | OBJECTION to 300 Report and Recommendations *Denying Motion For Summary Judgment On The Pleadings Under Rule 12(C) That The Asserted Claims Are Invalid Under 35 U.S.C. § 101 (Dkt. 300)* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Crowson, Celine) (Entered: 06/18/2025) |
| 06/18/2025 | 🔒 | 340 | SEALED OBJECTION to 311 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 06/18/2025) |
| 06/18/2025 | 🔒 | 341 | SEALED OBJECTION to 309 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 06/18/2025) |
| 06/18/2025 | 🔒 | 342 | SEALED OBJECTION to 315 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 06/18/2025) |
| 06/18/2025 | | 348 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Final Pretrial Conference held on 6/18/2025 from 09:00 - 11:24. Attorney Appearances: Plaintiff - See attached.; Defense - See attached.. No exhibits. (Court Reporter - Shelly Holmes) (Attachments: # 1 Attorney Sign-In Sheet) (wea) (Entered: 06/20/2025) |
| 06/19/2025 | | 343 | NOTICE *of Final Invalidity Theories and Equitable Defenses* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Krevitt, Josh) (Entered: 06/19/2025) |
| 06/19/2025 | | 344 | NOTICE *HEADWATERS FINAL ELECTION OF ASSERTED CLAIMS* by Headwater Research LLC (Fenster, Marc) (Entered: 06/19/2025) |
| 06/19/2025 | 🔒 | 345 | SEALED OBJECTION to 325 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 06/19/2025) |
| 06/20/2025 | | 346 | REPORT AND RECOMMENDATIONS re 173 OPPOSED SEALED MOTION *FOR SUMMARY JUDGEMENT OF VERIZON DEFENDANTS FIRST, FIFTH AND SIXTH AFFIRMATIVE DEFENSES* filed by Headwater Research LLC. Objections due within 14 days of receipt. Signed by Magistrate Judge Roy S. Payne on 06/19/2025. (KLC) (Entered: 06/20/2025) |
| 06/20/2025 | | 347 | MEMORANDUM AND OPINION (Motion(s) 195 terminated). Signed by Magistrate Judge Roy S. Payne on 06/19/2025. (KLC) (Entered: 06/20/2025) |
| 06/20/2025 | 🔒 | 349 | SEALED OBJECTION to 304 Report and Recommendations filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Crowson, Celine) (Entered: 06/20/2025) |
| 06/23/2025 | | 350 | ORDER granting in part and denying in part 184 Sealed Motion. Signed by Magistrate Judge Roy S. Payne on 06/22/2025. (mdj) (Entered: 06/23/2025) |
| 06/23/2025 | | 351 | MEMORANDUM ORDER (Motion(s) 187 terminated). Signed by Magistrate Judge Roy S. Payne on 06/23/2025. (KLC) (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/24/2025 | 352 | UNOPPOSED MOTION to Redact 296 Transcript,,, *Portions of the May 30, 2025 Pretrial Conference Transcript* by Headwater Research LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Mirzaie, Reza) (Entered: 06/24/2025) |
| 06/25/2025 | | Jury Selection followed by Trial Day 1 RESET for 7/7/2025 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 06/25/2025) |
| 06/25/2025 | 🔒 353 | SEALED MOTION *TO RECONSIDER PARTIAL DENIAL OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY (DKT. 347)* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Entered: 06/25/2025) |
| 06/25/2025 | 354 | UNOPPOSED MOTION to Expedite *BRIEFING ON HEADWATER'S MOTION TO RECONSIDER PARTIAL DENIAL OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY (DKT. 353)* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Entered: 06/25/2025) |
| 06/25/2025 | 355 | ORDER granting 352 Motion to Redact re 296 Transcript. Signed by Magistrate Judge Roy S. Payne on 6/25/2025. (NKL) (Entered: 06/25/2025) |
| 06/25/2025 | 356 | MEMORANDUM ORDER re 353 SEALED MOTION *TO RECONSIDER PARTIAL DENIAL OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY (DKT. 347)* filed by Headwater Research LLC. (Motion(s) 353 terminated). Signed by Magistrate Judge Roy S. Payne on 6/25/2025. (NKL) (Entered: 06/25/2025) |
| 06/25/2025 | 357 | ORDER re first day deposition designation disputes. Signed by Magistrate Judge Roy S. Payne on 6/25/2025. (NKL) (Entered: 06/25/2025) |
| 06/26/2025 | 🔓 358 | Redaction of 296 Transcript. (KLC) (Entered: 06/26/2025) |
| 06/26/2025 | 🔒 | (Court only) ***Motions terminated (see docket entry 356 ): 354 UNOPPOSED MOTION to Expedite *BRIEFING ON HEADWATER'S MOTION TO RECONSIDER PARTIAL DENIAL OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS BASED ON NEWLY PRODUCED DISCOVERY (DKT. 353)* filed by Headwater Research LLC. (NKL) (Entered: 06/26/2025) |
| 06/26/2025 | 359 | UNOPPOSED MOTION to Redact 310 Transcript,,, *PORTIONS OF THE JUNE 5, 2025 PRETRIAL CONFERENCE TRANSCRIPT* by Headwater Research LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Mirzaie, Reza) (Entered: 06/26/2025) |
| 06/26/2025 | 360 | UNOPPOSED MOTION for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwaters Recently Allowed Supplemental Expert Reports by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration of Eli Balsam, # 2 Exhibit 1, # 3 Proposed Order)(Krevitt, Josh) (Entered: 06/26/2025) |
| 06/26/2025 | 🔒 361 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 360 UNOPPOSED MOTION for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwaters Recently Allowed Supplemental Expert Reports . (Attachments: # 1 Exhibit 1)(Krevitt, Josh) (Entered: 06/26/2025) |

| 06/27/2025 | | 362 | ORDER granting 360 Motion for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwaters Recently Allowed Supplemental Expert Reports. Signed by Magistrate Judge Roy S. Payne on 6/27/2025. (wea) (Entered: 06/27/2025) |
|---|---|---|---|
| 06/30/2025 | | 363 | ORDER granting 359 Motion to Redact re 310 Transcript. Signed by Magistrate Judge Roy S. Payne on 6/27/2025. (NKL) (Entered: 06/30/2025) |
| 07/01/2025 | 🔒 | 364 | SEALED RESPONSE by Headwater Research LLC to 330 Sealed Objection to Report and Recommendations filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 07/01/2025) |
| 07/02/2025 | | 365 | RESPONSE to 332 Response to Non-Motion *Plaintiffs Objections to the Report and Recommendation Granting Defendants Motion for Summary Judgment of Non-Infringement for the 042 Patent* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Krevitt, Josh) (Entered: 07/02/2025) |
| 07/02/2025 | | 366 | RESPONSE to 182 Sealed Motion,,, 325 Report and Recommendations, *filed by Headwater Research LLC*. (Mirzaie, Reza) (Entered: 07/02/2025) |
| 07/02/2025 | | 367 | RESPONSE to 339 Objection to Report and Recommendations, *filed by Headwater Research LLC*. (Fenster, Marc) (Entered: 07/02/2025) |
| 07/03/2025 | | 368 | NOTICE *of Final Invalidity Theories and Equitable Defenses* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Krevitt, Josh) (Entered: 07/03/2025) |
| 07/03/2025 | | 369 | NOTICE *of Final Election of Asserted Claims* by Headwater Research LLC (Fenster, Marc) (Entered: 07/03/2025) |
| 07/03/2025 | 🔒 | 370 | SEALED RESPONSE by Headwater Research LLC to 342 Sealed Objection to Report and Recommendations filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 07/03/2025) |
| 07/03/2025 | | 371 | NOTICE of Attorney Appearance by Garrett C. Parish on behalf of Headwater Research LLC (Parish, Garrett) (Entered: 07/03/2025) |
| 07/03/2025 | 🔒 | 372 | SEALED RESPONSE by Headwater Research LLC to 341 Sealed Objection to Report and Recommendations filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 07/03/2025) |
| 07/03/2025 | 🔒 | 373 | SEALED RESPONSE by Headwater Research LLC to 340 Sealed Objection to Report and Recommendations filed by Headwater Research LLC. (Mirzaie, Reza) (Entered: 07/03/2025) |
| 07/07/2025 | 🔓 | 374 | Redaction of 310 Transcript (NKL) (Entered: 07/07/2025) |
| 07/07/2025 | 🔒 | 375 | SEALED RESPONSE by Headwater Research LLC to 349 Sealed Objection to Report and Recommendations filed by Headwater Research LLC. (Fenster, Marc) (Entered: 07/07/2025) |
| 07/07/2025 | | | Jury Selection followed by Trial Day 1 RESET for THURSDAY 7/17/2025 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 07/07/2025) |
| 07/08/2025 | | 376 | ORDER re 140 CLAIM CONSTRUCTION ORDER. Signed by District Judge Rodney Gilstrap on 7/8/2025. (NKL) (Entered: 07/08/2025) |

| 07/09/2025 | | 377 | ORDER adopting Report and Recommendations for 292 Report and Recommendations re 189 Sealed Motion to Dismiss for Lack of Standing filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., (Motion(s) 292 , 189 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
|---|---|---|---|
| 07/09/2025 | | 378 | ORDER adopting Report and Recommendations for 300 Report and Recommendations re 190 Motion for Judgment on the Pleadings, filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc. (Motion(s) 300 , 190 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 379 | ORDER adopting Report and Recommendations for 303 Report and Recommendations re 181 Sealed Motion, filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 181 , 303 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 380 | ORDER adopting Report and Recommendations for 304 Report and Recommendations re 188 Sealed Motion,, filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 188 , 304 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 381 | ORDER adopting Report and Recommendations for 309 Report and Recommendations re 180 Sealed Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,215,613 filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 309 , 180 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 382 | ORDER adopting Report and Recommendations for 311 Report and Recommendations re 177 Sealed Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 8,589,541 filed by Verizon Corporate Services Group Inc., Verizon Communications Inc.. (Motion(s) 311 , 177 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 383 | ORDER adopting Report and Recommendations for 315 Report and Recommendations re 183 Sealed Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc.. (Motion(s) 315 , 183 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | | 384 | ORDER adopting Report and Recommendations for 325 Report and Recommendations re 182 Sealed Motion for Summary Judgment of No Pre-Suit Willful Infringement, Indirect Infringement, or Copying. filed by Verizon Corporate Services Group Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc. (Motion(s) 325 , 182 terminated). Signed by District Judge Rodney Gilstrap on 7/9/2025. (NKL) (Entered: 07/09/2025) |
| 07/09/2025 | 🔒 | 385 | SEALED MOTION *TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR* by Headwater Research LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Affidavit/Declaration Brian D. Ledahl, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Proposed Order)(Ledahl, Brian) (Entered: 07/09/2025) |
| 07/09/2025 | 386 | UNOPPOSED MOTION to Expedite *BRIEFING ON HEADWATER'S MOTION TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Ledahl, Brian) (Entered: 07/09/2025) |
| 07/10/2025 | 387 | ORDER granting 386 Motion to Expedite. Defendants' opposition to Headwaters Motion to Disqualify is due by **July 11, 2025 at 3:00 p.m.** No further briefing is permitted. Signed by Magistrate Judge Roy S. Payne on 7/10/2025. (wea) (Entered: 07/10/2025) |
| 07/11/2025 | 🔒 388 | SEALED RESPONSE re 385 SEALED MOTION *TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR* filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Selwyn, Mark) (Entered: 07/11/2025) |
| 07/11/2025 | 🔒 389 | UNOPPOSED SEALED MOTION *TO EXPEDITE BRIEFING ON HEADWATERS MOTION TO AMEND EXHIBIT LIST* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 07/11/2025) |
| 07/11/2025 | 🔒 390 | OPPOSED SEALED MOTION *FOR LEAVE TO AMEND EXHIBIT LIST* by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Adam S. Hoffman, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Proposed Order)(Mirzaie, Reza) (Entered: 07/11/2025) |
| 07/11/2025 | 391 | MEMORANDUM ORDER granting 385 SEALED MOTION *TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR. (Motion(s) 385 terminated). Signed by Magistrate Judge Roy S. Payne on 7/11/2025. (wea) (Entered: 07/11/2025)* |
| 07/12/2025 | 392 | ORDER denying 390 Sealed Motion for Leave to Amend Exhibit List. Signed by Magistrate Judge Roy S. Payne on 7/12/2025. (wea) (Entered: 07/12/2025) |
| 07/14/2025 | 393 | NOTICE *OF HEADWATER'S FINAL ELECTION OF ASSERTED CLAIMS* by Headwater Research LLC (Fenster, Marc) (Entered: 07/14/2025) |
| 07/14/2025 | 🔒 394 | SEALED OBJECTIONS by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. to 391 Memorandum & Opinion, Terminate Motions filed by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Selwyn, Mark) (Entered: 07/14/2025) |
| 07/14/2025 | 395 | UNOPPOSED MOTION to Expedite *Briefing and Consideration of Defendants' Objections to Order Disqualifying Wilmer Cutler Pickering Hale and Dorr LLP* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Selwyn, Mark) (Entered: 07/14/2025) |
| 07/14/2025 | 396 | NOTICE *OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Krevitt, Josh) (Entered: 07/14/2025) |
| 07/14/2025 | 397 | ORDER adopting Report and Recommendations for 346 Report and Recommendations re 173 Motion for Summary Judgment of Verizons First, |

| | | |
|---|---|---|
| | | Fifth, and Sixth Affirmative Defenses. (Motion(s) 346 , 173 terminated). Signed by District Judge Rodney Gilstrap on 7/14/2025. (NKL) (Entered: 07/14/2025) |
| 07/14/2025 | 398 | ORDER - The Court issues this Order sua sponte. Jury Selection reset for 7/16/2025 at 01:00PM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 7/14/2025. (NKL) (Entered: 07/14/2025) |
| 07/14/2025 | 399 | ORDER granting 395 Motion to Expedite Briefing. Signed by District Judge Rodney Gilstrap on 07/14/2025. (mdj) (Entered: 07/14/2025) |
| 07/14/2025 | 🔒 | (Court only) ***Motions terminated: 389 UNOPPOSED SEALED MOTION *TO EXPEDITE BRIEFING ON HEADWATERS MOTION TO AMEND EXHIBIT LIST* filed by Headwater Research LLC. (KLC) (Entered: 07/14/2025) |
| 07/14/2025 | 400 | NOTICE of Attorney Appearance by Joseph J Raffetto on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Raffetto, Joseph) (Entered: 07/14/2025) |
| 07/14/2025 | 🔒 401 | JOINT SEALED MOTION *BY THE PARTIES FOR LEAVE TO SUPPLEMENT EXPERT REPORTS* by Headwater Research LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order) (Mirzaie, Reza) (Entered: 07/14/2025) |
| 07/14/2025 | 402 | RESPONSE to 394 Sealed Response to Non-Motion, 391 Memorandum & Opinion, Terminate Motions *filed by Headwater Research LLC*. (Ledahl, Brian) (Entered: 07/14/2025) |
| 07/15/2025 | 🔓 403 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 05/29/2025 before Judge Roy S Payne. Court Reporter/Transcriber: Jenny L Hoyt,Telephone number: 972-890-3787.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 8/5/2025. Release of Transcript Restriction set for 10/14/2025. (mdj) (Entered: 07/15/2025) |
| 07/15/2025 | 404 | ORDER granting 401 Sealed Motion for Leave to Supplement Expert Reports. Signed by Magistrate Judge Roy S. Payne on 7/15/2025. (NKL) (Entered: 07/15/2025) |
| 07/15/2025 | 405 | ORDER re 391 MEMORANDUM ORDER. Signed by District Judge Rodney Gilstrap on 7/15/2025. (NKL) (Entered: 07/15/2025) |
| 07/16/2025 | 406 | NOTICE of Attorney Appearance by Jaysen S. Chung on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc. (Chung, Jaysen) (Entered: 07/16/2025) |
| 07/16/2025 | 407 | UNOPPOSED MOTION to Withdraw as Attorney *Mark D. Selwyn And Andrew J. Danford* by Cellco Partnership, d/b/a Verizon Wireless, Verizon |

| | | | |
|---|---|---|---|
| | | | Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Selwyn, Mark) (Entered: 07/16/2025) |
| 07/16/2025 | 🔒 | 408 | Sealed Bench Brief Regarding Scope of Dr. Gregory Raleighs Trial Testimony. (Attachments: # 1 Appendix A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Krevitt, Josh) (Entered: 07/16/2025) |
| 07/16/2025 | | 410 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Selection followed by Trial Day 1 held on 7/16/2025 from 12:53 PM - 06:09 PM. No exhibits. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/17/2025) |
| 07/17/2025 | 🔒 | 409 | SEALED RESPONSE by Headwater Research LLC to 408 Sealed Document filed by Headwater Research LLC. (Fenster, Marc) (Entered: 07/17/2025) |
| 07/17/2025 | | 411 | JOINT NOTICE *Regarding Updates to Proposed Jury Instructions and Verdict Form* by Headwater Research LLC re 283 Sealed Document, (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 07/17/2025) |
| 07/17/2025 | | 412 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 2 held on 7/17/2025 from 08:31 AM - 06:19 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/18/2025) |
| 07/18/2025 | 🔒 🔒 | 413 | *SEALED* Sealed Exhibit List by Headwater Research LLC.. (Attachments: # 1 Exhibit A)(Fenster, Marc) (Entered: 07/18/2025) |
| 07/18/2025 | | 416 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 3 held on 7/18/2025 from 08:32 AM - 06:06 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/21/2025) |
| 07/19/2025 | 🔒 | 414 | Sealed Defendants' Bench Brief re Plaintiff's Statements About ItsOn Practicing the Asserted Claims (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Krevitt, Josh) (Entered: 07/19/2025) |
| 07/20/2025 | 🔒 | 415 | SEALED RESPONSE by Headwater Research LLC to 414 Sealed Document filed by Headwater Research LLC. (Fenster, Marc) (Entered: 07/20/2025) |
| 07/21/2025 | | 417 | ORDER granting 407 Motion to Withdraw as Attorney. Attorney Andrew J Danford and Mark D. Selwyn terminated. Signed by District Judge Rodney Gilstrap on 7/21/2025. (NKL) (Entered: 07/21/2025) |
| 07/21/2025 | | 418 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 4 held on 7/21/2025 from 01:08 PM - 05:34 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/21/2025) |
| 07/22/2025 | | | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Informal Charge Conference held on 7/22/2025 from 01:01 PM - 01:27 PM. No exhibits. (Court Reporter - Not Recorded) (aeb) (Entered: 07/22/2025) |
| 07/22/2025 | | 419 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 5 held on 7/22/2025 from 08:28 AM - 04:19 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/22/2025) |
| 07/23/2025 | | 420 | JURY VERDICT. (aeb) (Entered: 07/23/2025) |

| | | | |
|---|---|---|---|
| 07/23/2025 | 🔒 | 421 | SEALED Jury Verdict. (aeb) (Entered: 07/24/2025) |
| 07/23/2025 | 🔒 | 422 | SEALED Jury Notes. (aeb) (Entered: 07/24/2025) |
| 07/23/2025 | | 423 | Plaintiff's Final Exhibit List for Jury Trial. (aeb) (Entered: 07/24/2025) |
| 07/23/2025 | | 424 | Defendants' Final Exhibit List for Jury Trial. (aeb) (Entered: 07/24/2025) |
| 07/23/2025 | | 425 | Joint Final Exhibit List for Jury Trial. (aeb) (Entered: 07/24/2025) |
| 07/23/2025 | | 426 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial completed on 7/23/2025 from 08:01 AM to 06:40 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/24/2025) |
| 07/25/2025 | | 427 | ORDER- Bench Trial set for 10/1/2025 at 08:30 AM before District Judge Rodney Gilstrap.. Signed by District Judge Rodney Gilstrap on 07/24/2025. (KLC) (Entered: 07/25/2025) |
| 08/19/2025 | 🔒 | 428 | JOINT SEALED MOTION *TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT* by Headwater Research LLC. (Attachments: # 1 Proposed Order)(Fenster, Marc) (Entered: 08/19/2025) |
| 08/21/2025 | | 429 | ORDER granting 428 Sealed Motion to Stay All Deadlines and Notice of Settlement. Signed by District Judge Rodney Gilstrap on 8/20/2025. (NKL) (Entered: 08/21/2025) |
| 09/11/2025 | 🔒 | 430 | SEALED JOINT NOTICE OF PARTIAL SETTLEMENT AND REQUEST TO LIFT STAY (Fenster, Marc) (Entered: 09/11/2025) |
| 09/15/2025 | 🔒 | 431 | JOINT SEALED MOTION *to Modify Deadlines for Equitable Defenses Bench Trial* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Dominguez, Katherine) (Entered: 09/15/2025) |
| 09/17/2025 | 🔒 | 432 | SEALED Trial Brief on Equitable Defenses (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Krevitt, Josh) (Entered: 09/17/2025) |
| 09/23/2025 | 🔒 | 433 | SEALED RESPONSE by Headwater Research LLC to 432 Sealed Document filed by Headwater Research LLC. (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit 1)(Mirzaie, Reza) (Entered: 09/23/2025) |
| 09/24/2025 | | 434 | ORDER granting 431 Sealed Motion to Modify Deadlines for Equitable Defenses Bench Trial. Signed by District Judge Rodney Gilstrap on 9/24/2025. (NKL) (Entered: 09/24/2025) |
| 09/26/2025 | | | NOTICE of Hearing:Start time for Bench Trial set for 11/10/2025 is 10:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. Refer to Dkt. No. 434 for additional instructions. (aeb) (Entered: 09/26/2025) |
| 10/22/2025 | 🔒 | 435 | Sealed Document: PLAINTIFF HEADWATER RESEARCH LLC'S TRIAL BRIEF ON EQUITABLE DEFENSES (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit 1, # 3 Exhibit 2)(Mirzaie, Reza) (Entered: 10/22/2025) |
| 10/22/2025 | 🔒 | 436 | SEALED Defendants Trial Brief on Equitable Defenses (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Krevitt, Josh) (Entered: 10/22/2025) |

| 10/28/2025 | 🔒 437 | UNOPPOSED SEALED MOTION *to Continue Date for Equitable Defenses Bench Trial* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Krevitt, Josh) (Entered: 10/28/2025) |
|---|---|---|
| 11/03/2025 | 438 | ORDER granting 437 Sealed Motion to Continue Date for Equitable Defenses Bench Trial. Signed by District Judge Rodney Gilstrap on 11/3/2025. (NKL) (Entered: 11/03/2025) |
| 11/04/2025 | 🔒 | (Court only) *** (Court Only) Deadlines and Hearings terminated. Bench Trial set for 11/10/2025 at 10:00 AM CANCELLED. Refer to Dkt. No. 438. (aeb) (Entered: 11/04/2025) |
| 11/04/2025 | 🔒 439 | Sealed JOINT NOTICE OF PARTIAL SETTLEMENT (Fenster, Marc) (Entered: 11/04/2025) |
| 11/14/2025 | | NOTICE of Hearing: Bench Trial RESET for 2/4/2026 at 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 11/14/2025) |
| 12/22/2025 | 440 | NOTICE *OF FINAL WRITTEN DECISION RELATED TO U.S. PATENT NO. 8,589,541* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Attachments: # 1 Exhibit 1)(Crowson, Celine) (Entered: 12/22/2025) |
| 01/20/2026 | 441 | NOTICE of Attorney Appearance by John T Cox, III on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Cox, John) (Entered: 01/20/2026) |
| 01/20/2026 | 442 | NOTICE of Attorney Appearance by Gregg Costa on behalf of Cellco Partnership, d/b/a Verizon Wireless, Verizon Corporate Services Group Inc. (Costa, Gregg) (Entered: 01/20/2026) |
| 02/04/2026 | 443 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Bench Trial held on 2/4/2026 from 08:53 AM - 02:25 PM. Exhibits admitted. (Court Reporter - Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 02/04/2026) |
| 02/17/2026 | 🔒 444 | Sealed Defendants' Post-Trial Brief on Equitable Defenses (Krevitt, Josh) (Entered: 02/17/2026) |
| 02/17/2026 | 🔒 445 | Sealed Document: HEADWATER RESEARCH LLC'S POST-TRIAL BRIEF ON EQUITABLE DEFENSES (Attachments: # 1 Affidavit/Declaration of Kristopher Davis, # 2 Exhibit 1)(Mirzaie, Reza) (Entered: 02/17/2026) |
| 02/25/2026 | 🔒 446 | SEALED Final Exhibit List for Bench Trial held 2/4/2026 before District Judge Rodney Gilstrap. (aeb) (Entered: 02/25/2026) |
| 04/22/2026 | 447 | MEMORANDUM OPINION AND ORDER re Bench Trial. Signed by District Judge Rodney Gilstrap on 4/22/2026. (NKL) (Entered: 04/22/2026) |
| 04/23/2026 | 448 | FINAL JUDGMENT. Signed by District Judge Rodney Gilstrap on 4/23/2026. (NKL) (Entered: 04/23/2026) |
| 04/23/2026 | 449 | Notice of Filing of Patent/Trademark Form (AO 120) at termination of case. AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (NKL) (Entered: 04/23/2026) |
| 05/07/2026 | 🔧 450 | UNOPPOSED MOTION for Bill of Costs by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group |

| | | | |
|---|---|---|---|
| | | | Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Krevitt, Josh) (Entered: 05/07/2026) |
| 05/14/2026 | | 451 | Order Granting 450 Motion for Bill of Costs(mdj) (Entered: 05/14/2026) |
| 05/19/2026 | | 452 | NOTICE of Attorney Appearance - Pro Hac Vice by Reedy Swanson on behalf of All Defendants. Filing fee $ 100, receipt number ATXEDC-11550503. (Swanson, Reedy) (Entered: 05/19/2026) |
| 05/21/2026 | 🔒 | 453 | SEALED MOTION *for Judgment as a Matter of Law* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration Declaration of Yi Zhang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Proposed Order)(Crowson, Celine) (Entered: 05/21/2026) |
| 05/21/2026 | | 454 | UNOPPOSED MOTION to Amend/Correct 448 Judgment by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Proposed Order)(Crowson, Celine) (Entered: 05/21/2026) |
| 05/22/2026 | | 455 | NOTICE OF APPEAL to the Federal Circuit as to 448 Judgment by Headwater Research LLC. Filing fee $605, receipt number ATXEDC-11558610. Copy of NOA to be sent by US Mail to appellees not electronically noticed.<br><br>(Clerk Note: Follow internal procedures found here to notify the Federal Circuit.) (Mirzaie, Reza) (Entered: 05/22/2026) |
| 05/26/2026 | | | Transmission of Notice of Appeal, Final Judgment, Memorandum Opinion and Order and certified copy of the Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 455 Notice of Appeal, (NKL) (Entered: 05/26/2026) |
| 05/26/2026 | | 456 | Acknowledgment of Receipt on 5/26/2026 as to 447 Memorandum & Opinion, 448 Judgment, 455 Notice of Appeal and a certified copy of the docket sheet. (NKL) (Entered: 05/26/2026) |
| 05/27/2026 | | 457 | REDACTION to 453 SEALED MOTION *for Judgment as a Matter of Law* by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc.. (Attachments: # 1 Affidavit/Declaration Declaration of Yi Zhang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10 (Redacted), # 12 Proposed Order) (Crowson, Celine) (Entered: 05/27/2026) |
| 05/29/2026 | | 458 | NOTICE of Docketing Notice of Appeal from USCA re 455 Notice of Appeal, filed by Headwater Research LLC. USCA Case Number 26-1884 (NKL) (Entered: 05/29/2026) |
| 05/29/2026 | | 459 | ORDER of USCA deactivating appeal as to 455 Notice of Appeal, filed by Headwater Research LLC (NKL) (Entered: 05/29/2026) |
| 05/29/2026 | | 460 | USCA Clerk's Notice to the Originating Tribunal: Upon disposition of the motion(s) subject to FRAP 4(a)(4), please transmit a certified copy of the docket entries re 455 Notice of Appeal (NKL) (Entered: 05/29/2026) |
| 05/29/2026 | | 461 | NOTICE OF CROSS APPEAL to the Federal Circuit as to 448 Judgment by Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., |

| | | |
|---|---|---|
| | | Verizon Corporate Services Group Inc.. Filing fee $605, receipt number ATXEDC-11572452. Copy of NOA to be sent by US Mail to appellees not electronically noticed.<br><br>(Clerk Note: Follow internal procedures found here to notify the Federal Circuit.) (Crowson, Celine) (Entered: 05/29/2026) |
| 05/31/2026 | 🔒 462 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 1) held on 07/16/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered.<br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.**<br><br>. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026) |
| 05/31/2026 | 🔒 463 | SEALED TRANSCRIPT of Trial (Volume 2) held on 07/17/2025 before Judge Rodney Gilstrap. Transcript is available only to authorized parties. Pursuant to LR CV-5.2/LR CR-49.1, during the first 90 days, it must be purchased from Court Reporter/Transcriber: Shawn McRoberts, (903) 923-8546. Thereafter, it may be purchased from the clerk by authorized parties. (SMM) (Entered: 05/31/2026) |
| 05/31/2026 | 🔒 464 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 2) held on 07/17/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered.<br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.**<br><br>. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026) |
| 05/31/2026 | 🔒 465 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 3) held on 07/18/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered.<br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is** |

due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.

. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026)

| 05/31/2026 | 🔒 466 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 4) held on 07/21/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered. <br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.**<br><br>. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026) |
| --- | --- | --- |
| 05/31/2026 | 🔒 467 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 5) held on 07/22/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered. <br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.**<br><br>. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026) |
| 05/31/2026 | 🔒 468 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Trial (Volume 6) held on 07/23/2025 before Judge Rodney Gilstrap. Pursuant to LR CV-5.2/LR CR-49.1, this transcript is available for 90 days by viewing in a TXED courthouse lobby or by purchase from Court Reporter/Transcriber: Shawn McRoberts, Telephone number: (903) 923-8546. Thereafter, it will be remotely available via PACER unless redacted or otherwise ordered. <br><br>**The parties have seven (7) days to file a Notice of Intent to Request Redaction to seek redaction of personal identifiers listed in FRCP 5.2/FRCrP 49.1. If redaction is requested, the Redaction Request form is due within 21 days. To seek additional redactions, e-file the motion using the *Motion to Redact Transcript* event.**<br><br>. Redaction request due 6/22/2026. Release of Transcript Restriction set for 8/31/2026. (SMM) (Entered: 05/31/2026) |
| 06/01/2026 | | Transmission of Notice of Cross Appeal, Final Judgment and a certified copy of the Docket Sheet to US Court of Appeals, Federal Circuit by separate email. |

re 461 Notice of Appeal,, (NKL) (Entered: 06/01/2026)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00352-JRG-RSP |
| | § | |
| CELLCO PARTNERSHIP d/b/a/ VERIZON | § | |
| WIRELESS and VERIZON CORPORATE | § | |
| SERVICES GROUP, INC., | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

A jury trial commenced in the above-captioned case on July 16, 2025. On July 23, 2025, the Jury reached and returned its unanimous verdict. (Dkt. No. 420). The Jury found that Defendants had willfully infringed Claim 1 of U.S. Patent No. 9,215,613 and Claim 83 of U.S. Patent No. 8,589,541. (*Id.* at 4, 6). The jury awarded Plaintiff a lump-sum amount of $175,000,000 as compensation for Defendants' infringement. (*Id.* at 7).

Subsequently, the Court held a bench trial on February 4, 2026, regarding Defendants' assertion of equitable estoppel and waiver. (Dkt. No. 443). The Court found that Plaintiff could not enforce the asserted patents against Defendants under the doctrine of implied waiver. (Dkt. No. 447).

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the Court's Memorandum Opinion and Order regarding Defendants' equitable defenses (Dkt. No. 447), the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Plaintiff cannot enforce the asserted claims against Defendants.

2. Under Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants are the prevailing party in this case and shall recover costs from Plaintiff. Defendants shall file their bill of costs forthwith.

All other requests for relief now pending between Plaintiff and Defendants that are not specifically addressed herein are **DENIED**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

        **So ORDERED and SIGNED this 23rd day of April, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE