NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**HEADWATER RESEARCH LLC,**

*Plaintiff-Appellee*

v.

**VERIZON COMMUNICATIONS, INC.,**

*Defendant*

**CELLCO PARTNERSHIP, dba Verizon Wireless, VERIZON CORPORATE SERVICES GROUP INC.,**

*Defendants-Appellants*

———————————

2026-1906

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00352-JRG-RSP, Judge J. Rodney Gilstrap.

———————————

**O R D E R**

On consideration of the notice of appeal filed on May 29, 2026, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court

2    HEADWATER RESEARCH LLC v. VERIZON COMMUNICATIONS, INC.

for the Eastern District of Texas rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

June 4, 2026
Date

Jarrett B. Perlow
Clerk of Court