**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>      Defendants. | Case No. 2:23-cv-00352-JRG-RSP |

**DECLARATION OF KRISTOPHER DAVIS IN SUPPORT OF
PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS'
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW
UNDER RULE 50(B) OR FOR A NEW TRIAL UNDER RULE 59**

**FILED UNDER SEAL**

I, Kristopher Davis, declare and state as follows:

1.     I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff Headwater's Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law Under Rule 50(b) or for a New Trial Under Rule 59. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.     Attached as **Exhibit A** is a true and correct copy of excerpts from Samsung's closing argument in Volume 4 of the Trial Transcript from *Headwater Research LLC v. Samsung Electronics Co., Ltd. et al*, No. 2:22-cv-422-JRG, dated January 16, 2025.

3.     Attached as **Exhibit B** is a true and correct copy of a presentation titled "Battery Performance Benchmark: Average User Profile," dated January 12, 2016.

4.     Attached as **Exhibit C** is a true and correct copy of the Android Developer Webpage Titled "The Activity Lifecycle," available at https://developer.android.com/guide/components/activities/activity-lifecycle, printed on April 13, 2024.

5.     Attached as **Exhibit D** is a true and correct copy of th Android Developer Webpage Titled "ConnectivityManager," available at https://developer.android.com/reference/android/net/ConnectivityManager, printed on February 9, 2024.

6.     Attached as **Exhibit E** is a true and correct copy of the Android Developer Webpage Titled "Optimize for Doze and App Standby," available at

1

**FILED UNDER SEAL**

https://developer.android.com/training/monitoring-device-state/doze-standby,     printed     on

February 11, 2024.

7.     Attached as **Exhibit F** is a true and correct copy of the Android Developer

Webpage     Titled     "App     Standby     Buckets,"     available     at

https://developer.android.com/topic/performance/appstandby, printed on February 11, 2024.

8.     Attached as **Exhibit G** is a true and correct copy of Schedules 3.3, 3.4 and 4.1 from

the July 3, 2025 Second Supplement to Expert Report of Jim W. Bergman (Redacted).

9.     Attached as **Exhibit  H** is a true and correct copy of Apple's WWDC20

Presentation     Titled     "Background     Execution     Demystified,"     available     at

https://wwdcnotes.com/documentation/wwdcnotes/wwdc20-10063-background-execution-

demystified.

10.     Attached as **Exhibit  I** is a true and correct copy of the Ericsson Mobility Report,

dated November 2024.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2026, at Los Angeles, California

*/s/ Kristopher Davis*
Kristopher Davis

2