# Exhibit H

# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document HW352-00352315.mp4

**Plaintiff's Exhibit**

PTX-929

Headwater Research v. Verizon Wireless
2:23-cv-00352-JRG-RSP

PTX-929-001

HW352-00352315