**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| HEADWATER RESEARCH LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS and VERIZON CORPORATE<br>SERVICES GROUP, INC.,<br>　　　　　Defendants. | Case No. 2:23-cv-00352-JRG-RSP<br><br>**REDACTED COPY** |

**SECOND DECLARATION OF YI ZHANG IN SUPPORT OF DEFENDANTS'**
**RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50(B)**
**OR FOR A NEW TRIAL UNDER RULE 59(E)**

I, Yi Zhang, hereby declare as follows:

1.    I am a resident of the United States and over the age of 21. The facts set forth herein are true and of my personal knowledge. If called upon to testify, I could and would verify competently thereto.

2.    I am an associate at the law firm of Hogan Lovells US LLP and represent the Defendants in this matter. I submit this second declaration in support of Defendants' Renewed Motion for Judgment as a Matter of Law under Rule 50(b) or for a New Trial under Rule 59(e).

3.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the demonstratives used by Dr. Richard Wesel at trial.

4.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the demonstratives used by Plaintiff Headwater Research LLC at trial.

5.    I declare under penalty of perjury under the law of the United States of America that the foregoing statements are true and correct.

Executed on June 25, 2026, in Sunnyvale, California

/s/ *Yi Zhang*
Yi Zhang

1