**N THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-cv-00352-JRG |

**ORDER**

Before the Court is the Renewed Motion for Judgment as a Matter of Law Under Rule 50(b) or for a New Trial (the "Motion") filed by Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc. (collectively, "Defendants"). (Dkt. No. 453). Plaintiff Headwater Research LLC ("Plaintiff") filed its response in opposition to the Motion on June 15, 2026. (Dkt. No. 475). Defendants filed their reply on June 25, 2026. (Dkt. No. 477). Plaintiff filed its sur-reply to the Motion on July 2, 2026. (Dkt. No. 479). The Court has carefully considered the parties' submissions, the record, and the applicable law. Accordingly, the Motion is **DENIED**.

**So ORDERED and SIGNED this 9th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE