UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br>Defendants. | Case No. 2:23-cv-00352-JRG-RSP |

## AMENDED NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Defendants Cellco Partnership (d/b/a Verizon Wireless) and Verizon Corporate Services Group, Inc. hereby file this amended notice of cross-appeal to the United States Court of Appeals for the Federal Circuit of this Court's final judgment entered on April 23, 2026, Dkt. No. 448, this Court's order entered on October 9, 2026 denying Defendants' posttrial motion for judgment as a matter of law or for a new trial, Dkt. No. 481, and any opinions, orders, or holdings underlying those decisions, including but not limited to the order denying Defendants' motion to dismiss for lack of standing, the Court's claim construction order, the order holding the Asserted Claims patentable under 35 U.S.C. § 101, and the jury's verdict. *See* Dkt. Nos. 140, 292, 300, 376, 377, 378, 421; *see also Ericsson, Inc. v. Harris Corp.*, 352 F.3d 1369, 1376 (Fed. Cir. 2003) (cross-appeal required "when a party seeks to enlarge its own rights under the judgment or to lessen the rights of its adversary under the judgment").

This amended notice is timely under Federal Rule of Appellate Procedure 4(a)(4) and relates to pending Federal Circuit Docket Nos. 2026-1884 and 2026-1906.

Dated: October 16, 2026

Respectfully submitted,

/s/ *Celine J. Crowson*

Celine J. Crowson (D.C. Bar No. 0436549A)
Reedy C. Swanson (D.C. Bar No. 230795)
**HOGAN LOVELLS CADWALADER US LLP**
555 13th St NW,
Washington, D.C. 20004
Telephone: 202-637-5600
celine.crowson@hlc.com
reedy.swanson@hlc.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
**HOGAN LOVELLS CADWALADER US LLP**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415-374-2300
tej.singh@hlc.com
yi.zhang@hlc.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record are being served with a copy of this document via this Court's CM/ECF system on October 16, 2026.

*/s/ Celine J. Crowson*
Celine J. Crowson