**From:** appeal
**To:** Nakisha Love
**Subject:** RE: EDTX 10-16-26 Cellco Partnership, d/b/a Verizon Wireless, Verizon Communications Inc., Verizon Corporate Services Group Inc 23CV352
**Date:** Friday, October 16, 2026 2:11:29 PM

---

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.

Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000