NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEADWATER RESEARCH LLC,**
*Plaintiff-Appellant*

**v.**

**CELLCO PARTNERSHIP, dba Verizon Wireless, VERIZON CORPORATE SERVICES GROUP INC.,**
*Defendants-Cross-Appellants*

---

2026-1884, 2026-1906

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00352-JRG-RSP, Judge J. Rodney Gilstrap.

---

**O R D E R**

Upon consideration of the court's May 29, 2026 orders deactivating these appeals and the amended notice of appeal filed in Appeal No. 2026-1906,

IT IS ORDERED THAT:

(1) The appeals are reactivated, and the revised official caption is reflected above to indicate these are cross-appeals.

(2) The appellant's opening brief is due no later than 60 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 4, 2026
Date